# EXHIBIT 5

For Federal civil complaint
Brian David Hill v. Executive Office
for United States Attorneys (EOUSA),
United States Department of Justice
(U.S. DOJ)



1
conspiracyoutpost_com

2
http___www_conspiracyoutpost_com_topic_7861-proof-from-sbi-leak-uswgo-brian-hill-framed-with-child-porn-by-pc-virus-remote-code-execution_



# Leaked SBI Docs prove USWGO framed with child porn

by Anonymous

Published July 20, 2012
Usage CC0 1.0 Universal
Topics child porn, framed, uswgo, brian, hill, sbi, leak, leaked,



**DOWNLOAD OPTIONS**

ABBYY GZ    2 files

DAISY    2 files

hack, hacked, frame up, political, activism, activist, news reporter

SHOW MORE

| | |
|---|---|
| EPUB | 2 files |
| FULL TEXT | 2 files |
| JPEG | 3 files |
| KINDLE | 2 files |
| PDF | 2 files |
| SINGLE PAGE PROCESSED JP2 ZIP | 2 files |
| TORRENT | 1 file |

SHOW ALL   23 Files

8 Original

Proof from SBI LEAK: USWGO Brian Hill framed with child porn by PC Virus, remote code execution

Spread this far and wide if you expect the ungrateful b@#tard of a U.S. Attorney Ripley Rand to acquit Brian.

Â Â Â Â Â  They are planning to frame Brian Hill for another Probation
Violation and this time it won't be 6 months Home Detention.Â Â Â  They
will imprison Brian in a maximum security prison if Alex Jones doesn't
cover this.Â Â Â  I hacked into enough government email accounts and hacked
into telephone conversations to know what will happen to Brian.Â Â Â Â 
They are planning to imprison Brian David Hill, former USWGO Alternative
News reporter, for a very long time.Â Â Â  His home will soon be ransacked
by U.S. Marshals and FBI Agents.

Â Â Â Â  As Brian is fighting right and left to prove his Innocence, the
State ICAC Task Force will receive more grant money and resources to
combat child pornography.

The State Committee Co-Chairs stabbed Brian in the back by tossing his
evidence and refusing to investigate corruption within the fraudulent



In Collection
Community Texts

Uploaded by
MasterOfFu
on 3/13/2016

Views
439



# CERTIFICATE OF DELIVERY
## STATE BUREAU OF INVESTIGATION
### CASE FILE

SBI Case File #: 2012-02046

Subject/Suspect(s): Brian David Hill

Based upon information and belief, the undersigned is providing a complete copy of the investigative file of the State Bureau of Investigation as of __10/29/13__ (date) related to the investigation of offenses alleged to have been committed and/or the subject/suspect listed above. This investigative file includes any statements, investigating agents' notes, results of tests and examinations, or any other matter of evidence obtained by the State Bureau of Investigation during the course of the investigation of the offenses alleged to have been committed.

If laboratory analyses are part of this investigative file, only the laboratory report is provided. The remaining portions of the laboratory case file must be requested directly from the laboratory conducting the analyses.

This report may contain portions of other agencies files and/or reports. If local or other state agencies participated in the investigation reported in the above referenced SBI Case File Number and/or the subject/suspect listed above, any statements, investigating officers' notes, results of tests and examinations, copies of reports or any other matter of evidence obtained by those agencies must be obtained from those agencies.

In the event additional work is done by the undersigned or other SBI personnel related to the investigation reported in the above referenced SBI Case File Number and/or the subject/suspect listed above, or other material related to the case is discovered, the undersigned understands he or she has a continuing duty to turn over such material to the appropriate prosecutorial agency in a timely manner.

The investigative file of the State Bureau of Investigation was delivered to _____ via hand delivery on __10/29/13__ (date)

(print name of person)

Signed: _____
(Special Agent)

**Distribution:**
Original - District Attorney
Copies - Case Records Management Section
         SAC
         Case Agent