# EXHIBIT 6

**For Federal civil complaint
Brian David Hill v. Executive Office
for United States Attorneys (EOUSA),
United States Department of Justice
(U.S. DOJ)**

*Office of Information Policy*     *Original*

Page 1/2 - NEW EVIDENCE for FOIA Appeal DOJ-AP-2017-002520 - 03/06/2017

# EVIDENCE FOR
## *******Freedom of Information Act Appeal*******
## U.S. DOJ OIP FOIA Appeal Case No. DOJ-AP-2017-002520
## OGIS Mediation Case No. 201701674
# Monday, March 6, 2017 - 01:53 AM

| | |
|---|---|
| ATTN: Director<br>Office of Information Policy (OIP)<br>United States Department of Justice<br>1425 New York Avenue, NW, Suite 11050<br>Washington, DC 20530-0001<br>Phone: (202) 514- 3642 (FOIA)<br>Fax: (202) 514-1009 | Certified Mail Tracking #:<br>7016 1970 0000 9602 0033<br>Return Receipt Mail Tracking #:<br>9590 9402 2456 6249 4860 15<br>(Big Envelope) Marked<br>FRAGILE! |
| CC: Office of the Inspector General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Suite 4706 | Washington, D.C. 20530-0001<br>Phone: (202) 514-3435<br>Faxed to: (202) 514-4001 |
| CC: Office of Professional Responsibility<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Suite 3529 | Washington, DC 20530-0001<br>Phone: (202) 514-3365<br>Faxed to: (202) 514-5050 |
| ATTN: Office of Government Information Services (OGIS)<br>National Archives and Records Administration (NARA)<br>8601 Adelphi Road-OGIS<br>College Park, Maryland 20740-6001<br>Phone: (202) 741-5770 /// Fax: (202) 741-5769 | Certified Mail Tracking #:<br>7016 1970 0000 9602 0040<br>Return Receipt Mail Tracking #:<br>9590 9402 2456 6249 4860 22<br>(Small Envelope) Marked<br>FRAGILE! |

Dear Office of Information Policy (OIP), Office of Government Information Services (OGIS),

    I am mailing you NEW EVIDENCE for the Office of Information Policy (OIP) in regards to my FOIA Appeal Case No. DOJ-AP-2017-002520, the Office of Government Information Services (OGIS) in regards to my Case No. 201701674, the Office of the Inspector General (OIG), and the Office of Professional Responsibility (OPR).

    The evidence for each respective office is 2-DVD discs within each disc sleeve with labels directed to each respective office. I shall produce 3 copies of this same letter with my original signature that I sign with, which I expect to be disseminated to each respective office. The document with the original signature shall be issued to the Office of Information Policy (OIP). I shall make a copy of what I send for my records locally.

This letter will be in two envelopes as follows.
Big Envelope (Cert. Mail # 7016 1970 0000 9602 0033):

1x) Original Letter for Office of Information Policy (OIP), and 2x copies of this letter for the Office of Professional Responsibility and Office of the Inspector General (OIG).

3x) Disc sleeve with 2 DVD discs per disc sleeve. Disc #1 contains a High Definition (1080P) MPEG-2 encoded video file containing the 'Evidence Video' by Brian D. Hill. Disc #2 contains a DVD-Video of the 'Evidence Video' by Brian D. Hill, which shall be compatible with standard DVD players.

Each disc sleeve contains 2 DVD discs and are for each of their respective offices. I ask that each office confirm receipt of the copy of this letter and attached 2-disc sleeve, either by mail or by phone.

Small Envelope (Cert. Mail # 7016 1970 0000 9602 0040):

1x) Copy of this letter for the Office of Government Information Services (OGIS).

1x) 1 disc sleeve with 2 DVD discs. Disc #1 contains a High Definition (1080P) MPEG-2 encoded video file containing the 'Evidence Video' by Brian D. Hill. Disc #2 contains a DVD-Video of the 'Evidence Video' by Brian D. Hill, which shall be compatible with standard DVD players.

The 'Evidence Video' was filmed on March 4, 2017, and was finalized on March 5, 2017. It contains arguments, photos of originally scanned documents, and proves the basis for the original FOIA Appeal, that the U.S. Attorney Office in Greensboro, NC may have selectively concealed, covered up, or destroyed their own criminal case (discovery) records with an intent to prevent me from proving my actual innocence in my criminal case. The video demonstrates arguments similar to what may go before a hearing chamber. I show what I had received in my FOIA response envelope packet, what I did not get that I believe I should have a right to have access to under FOIA, and the evidence shows that documents were secretly and selectively withheld with an intent to prevent and obstruct my ability to prove my actual innocence to my wrongful conviction, thus violating me all of my Constitutional rights to Fair Trial, effective assistance of Counsel, cross examination, confrontation of witnesses, and right to inspect and photocopy my original discovery papers. This FOIA Appeal further proves my case that my criminal conviction and plea agreement is UNCONSTITUTIONAL.



*Brian D. Hill*
Signed

Thank You & Sincerely,
Brian D. Hill
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| Brian David Hill | |
|---|---|
| Plaintiff(s), | Case No. _____ |
| v. | |
| Executive Office for United States Attorneys (EOUSA) United States Department of Justice (U.S. DOJ) | **NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK** |
| Defendant(s), | |

<u>**Apart of Exhibit 6**</u>, 480P **DVD Video** titled "Evidence Video" *disc* that was filed in <u>FOIA Appeal No. DOJ-AP-2017-002520</u> is being filed in paper or physical form with the Clerk's Office for the Western District of Virginia. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Virginia.

DATED this _____ day of _____ , _____ .

_____

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville, VA 24112
Phone: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK