# EXHIBIT 8

For Federal civil complaint
Brian David Hill v. Executive Office
for United States Attorneys (EOUSA),
United States Department of Justice
(U.S. DOJ)

## Declaration authorized by Title 28 U.S.C § 1746

I, Kenneth R. Forinash, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

I, Kenneth R. Forinash, spoke with attorney John Scott Coulter of Coulter Law Offices by telephone on this date at approximately 3:34 PM. The reason for my call was due to speaking with a different attorney pertaining to Brian Hill's case, and she was influenced by what Mr. Coulter had to say about the case, and advised me that she would not be able to take his case or do anything for him. I asked Mr. Coulter how Brian Hill could go about acquiring the discovery files from his court case. His response was that according to the rules of the Middle District Court of North Carolina the defendant in a case cannot have access to their discovery. He said an attorney is the only person that can get the files, or the files could be destroyed, and that is the only disposition available for discovery files. I mentioned that several attorneys had told me that Mr. Hill could have access to his discovery, and he said he could send Mr. Hill the rule from the Middle District if he so desired. I thanked him for his time and ended the call. The below pictures are proof of the calls I made to Mr. Coulter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on Apr 23, 2017

*Kenneth R. Forinash*

Kenneth R. Forinash, TSgt, USAF, Ret

916 Chalmers St., Apt A.

Martinsville, VA 24112



| | 3363387769 (336) 338-7769 • GREENSBORO, NC | PLACED Monday • 3:34pm Duration: 1m 49s |
|---|---|---|
| | 3363387769 (336) 338-7769 • GREENSBORO, NC | PLACED Tuesday • 1:59pm Duration: 1m 9s |