

Please serve with summons by U.S. Marshal or Deputy U.S. Marshal in accordance with Rule 4(c)(3) Brian David Hill proceeds in forma pauperis

- 2 disks included