


— 1 disk included