Clerk
Please write Case No. to complaint if your allowed to.

To Clerk
Please file this Complaint as document 1, and attach exhibits to this document like Exhibit 1 should be doc #1-1, exhibit 2 should be doc #1-2