Clerk,
Please have summons served in accordance with Rule 4(c)(3) by a U.S. Marshal or Deputy Marshal. Brian David Hill proceeds in forma pauperis