# Declaration of Evidence Exhibits Attached to MOTION UNDER RULE 45 ASKING THE CLERK TO SUBPOENA ATTORNEY JOHN SCOTT COALTER FOR DISCOVERY AND TO PROVE THE FACTUAL MATTER UNDER COMPLAINT

## Declaration authorized by Title 28 U.S.C. § 1746

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am Brian David Hill, also known as Brian D. Hill, and am the plaintiff in the Federal civil case Brian David Hill v. Executive Office for United States Attorneys et al., Civil Case No. 4:17-cv-00027. I file this Declaration type of Affidavit with the Court with original signature as a sign of good faith and demonstrating factual evidence showing good cause for such action.
2. I am aware that Attorney John Scott Coalter did have the entire discovery materials packet for my criminal case United States of America v. Brian David Hill. I am also aware that the materials were copied from the original Prosecution records that were stored at the U.S. Attorney Office in Greensboro, North Carolina. I have asked for the discovery materials and Attorney John Scott Coalter will not give me the discovery packet even though he is technically terminated as Counsel of record since November, 2014, according to what I had read on the Docket sheet for my criminal case. He will not let me make photocopies of it and he doesn't support my idea of proving my actual innocence. He verbally showed me how frustrated he was in front of my family on September 30, 2016, claiming that he would be in conflict of interest if he goes along with me filing a 2255 Motion to try to push for proving Actual Innocence. Four witnesses were present there including myself. The other three witnesses were Kenneth R. Forinash, Stella Forinash, and Roberta Hill.
3. Attached hereto as <u>Exhibit 1</u>, is a true and correct copy of a PDF printed online news article titled "NC SBI concludes agent's report violated practices". It was printed in 2013 when plaintiff was allowed to use the internet and conducted an investigation on the limited information available for his case before being arrested. The article was originally published on 05:12 PM, Friday, Aug 13, 2010. It was printed to PDF format to be retained for offline viewing by the plaintiff on 7/28/2013 6:11:46 AM. The PDF will be printed into paper form to file in attachment to this MOTION as exhibited. The article was reported by the

13

'The Fayetteville Observer' of Fayetteville, North Carolina. Entire Exhibit is 3 pages.

4. Attached hereto as <u>Exhibit 2</u>, is a true and correct copy of a PDF printed online news article titled "Agent violated its practices, SBI says". It was printed in 2013 when plaintiff was allowed to use the internet and conducted an investigation on the limited information available for his case before being arrested. The article was originally published Saturday, August 14, 2010 1:00 am, Updated: 8:29 pm, Tuesday, Dec 11, 2012. It was printed to PDF format to be retained for offline viewing by the plaintiff on 7/28/2013 6:12:49 AM. The PDF will be printed into paper form to file in attachment to this MOTION as exhibited. The article was reported by the 'Winston- Salem Journal' of Winston- Salem, North Carolina. Entire Exhibit is 5 pages.

5. Attached hereto as <u>Exhibit 3</u>, is a true and correct copy of a PDF printed online news article titled "Judge dismisses lawsuit alleging SBI misconduct in Clemmons dentist case". It was printed in 2013 when plaintiff was allowed to use the internet and conducted an investigation on the limited information available for his case before being arrested. The article was originally published Friday, April 12, 2013 12:18 pm, Updated: 11:54pm, Friday, Apr 12, 2013. It was printed to PDF format to be retained for offline viewing by the plaintiff on 7/28/2013 6:12:04 AM. The PDF will be printed into paper form to file in attachment to this MOTION as exhibited. The article was reported by the 'Winston- Salem Journal' of Winston- Salem, North Carolina. Entire Exhibit is 5 pages.

6. Attached hereto as <u>Exhibit 4</u>, is a true and correct copy of pages 20, 21, and 22 of the originally scanned Search Warrant Affidavit from Detective Robert W. Bridge. At a later time I did investigate and discovered that his sister Melanie Bridge worked for the Assistant District Attorney of Rockingham County, North Carolina, which would be under the payroll under now-former District Attorney Phil Berger Junior while working for the DA under her official capacity as Assistant District Attorney. Anyways the three pages show proof that SBI Agent Gerald Thomas was involved in part of the criminal investigation against Brian D. Hill. A copy of this Search Warrant was also filed in U.S. District Court for the Middle District of North Carolina, Case 1:13-cr-00435, Document 84-2, Filed 04/27/15, Pages 1 to 23 show a copy of the entire Search Warrant. Entire Exhibit is 3-pages.

7. Attached hereto as <u>Exhibit 5</u>, is a true and correct copy of a 2-page letter and a scan of the envelope from the Office of Information Policy ("OIP") of the U.S. Department of Justice ("U.S. DOJ"). The plaintiff has written on the envelope that plaintiff has received the envelope on April 27, 2017. It is the Appeal final notice from OIP that they have affirmed the decision of the Executive Office for United States Attorneys ("EOUSA") regarding the FOIA response to FOIA Request number FOIA-2016-03570. FOIA Appeal number for this decision was DOJ-AP-2017-002520. Exhibit is 3-pages.

14

8. Attached hereto as <u>Exhibit 6</u>, is a true and correct copy of 4 pages excerpt of the original 9-Page letter that had a physical book attached titled "The Frame Up of Journalist Brian D. Hill" (ISBN-13: 978-1541362499). Book will not be exhibited as too many pages will burden the Court with unnecessary information. That original letter including the Affidavit and Declaration of innocence was mailed to The White House on January 2017, with the Certified Mail tracking #: 7016-1970-0000-9600-3906; Return Receipt tracking #: 9590-9402-1676-6053-3026-67. The 4 pages exhibited here is one photocopy of a 2-Page Affidavit of Actual Innocence (it is a photocopy, so not original signature) and a 2-Page "Declaration of Innocence for The White House" that used the original signature of the plaintiff Brian D. Hill, when he had mailed it at the U.S. Post Office to be mailed to The White House. What is exhibited here is a copy of the Declaration and Affidavit that was originally mailed to the President of the United States ("POTUS") at The White House in Washington, DC. Entire Exhibit is 4-pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Apr. 27, 2017. 11:33PM

Brian D. Hill
Signed

**Brian David Hill(Pro Se)**

**Former news reporter & Founder of USWGO Alternative News**

**Home Phone #: (276) 790-3505**

**310 Forest Street, Apt. 2. Martinsville, VA 24112**



15