# EXHIBIT 2

For Federal civil complaint
-- MOTION UNDER RULE 45 ASKING THE CLERK TO SUBPOENA ATTORNEY JOHN SCOTT COALTER FOR DISCOVERY AND TO PROVE THE FACTUAL MATTER UNDER COMPLAINT --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

# Civil Case Number 4:17-cv-00027




CONTACT US  SUBSCRIBER SERVICES  ADVERTISE WITH US  MEDIA KIT  SOCIAL MEDIA  CONTESTS  SPECIAL SECTIONS    WELCOME!  LOGIN  SIGNUP



Sunday, July 28th, 2013

--° F

HOME  NEWS  OBITUARIES  OPINION  LIVING  ENTERTAINMENT  COMMUNITY  SPORTS  MEDIA    CLASSIFIEDS  HOMES  AUTO  JOBS

ARE YOU READY FOR 2013 MOUNTAINEER FOOTBALL?

Home > News > Local News

# Agent violated its practices, SBI says

Story  Comments                    Print   Font Size

Posted: Saturday, August 14, 2010 1:00 am | Updated: 8:20 pm, Tue Dec 11, 2012

JournalNow Staff

**RALEIGH**

The State Bureau of Investigation has concluded that one of its agents violated its practices when, without telling anyone, he changed a report to bolster the prosecution's case in a murder trial involving a Clemmons dentist.



In a letter obtained by The Associated Press, Erik Hooks of the SBI's professional-standards division said he believes that "a second separate report concerning the re-examination of evidence should have been issued" by Special Agent Gerald Thomas. He also said that the SBI concluded that Thomas didn't adhere to the agency's administrative practices.

The letter, dated July 6, was sent to Brad Bannon, one of the attorneys who represented Kirk Turner, a dentist in Clemmons, on charges that he killed his wife. Turner had said that he killed his wife in self-defense after she attacked him with a 7-foot spear in September 2007 at their home in Davie County.

A jury acquitted him last year, finding him not guilty by reason of self-defense.




SUBMIT NEWS

Submit a news tip or photo online



Thomas' actions in the case were first made public this week by the Raleigh *News & Observer*, which said that Thomas reported initially that the bloodstain pattern on Turner's T-shirt "was consistent with a bloody hand being wiped on the surface of the shirt." The newspaper's article was part of its series about the SBI.

Thomas then changed the report -- but kept the same Sept. 14, 2007, date on it -- to say that the bloodstain "was consistent with a pointed object, consistent with a knife, being wiped on the surface of the shirt," the newspaper reported.

The latter theory coincided with that of prosecutors, who contended that Turner killed his wife, Jennifer, then wiped his knife on his shirt. Prosecutors claimed that he staged the scene by ramming the spear's 18-inch blade through his thigh twice.

To verify the prosecution's theory, Thomas and another agent, Duane Deaver, did two tests which they recorded on video, the newspaper said.

The video shows Thomas twice putting on a clean shirt, dipping a knife in blood, and wiping the blade on his shirt to try to get a stain resembling the knife's outline. After the second attempt, Deaver, who was filming, said: "Oh, even better. Holy cow, that was a good one. Beautiful. That's a wrap, baby."

Evidence showing that the report had been changed affected the jury's decision, the jury foreman told the newspaper.

"And this guy's presenting evidence in a murder trial, and he's got two different reports with the same date on them, and nothing indicating his information has changed," foreman Landon Potts said. "Everybody on the jury was stunned by that. I think that really crippled the prosecution's case from the beginning."

Bannon, who provided a copy of the SBI letter to the AP by e-mail yesterday, was part of a group of criminal-defense lawyers who met in March with staff members from the N.C. Attorney General's Office to express their concerns about the SBI's work. That led to the internal review, during which Bannon was interviewed about Thomas' work and the Turner case.

The voice mail at Thomas' SBI office in Greensboro said that he was out of the office until Wednesday, and Deaver has declined repeated AP attempts to interview him. Bannon did not respond to phone calls or e-mails to discuss the letter.

2010 Winston-Salem Journal. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Print

Posted in Local, State region on Saturday, August 14, 2010 4:00 am. Updated: 9:29 pm.

## Similar Stories      ## Most Read



VIEW TODAY'S E-EDITION

Sign up for AM News
Sign up for Business News
Sign up for PM News
Sign up for Relish Now Emails
Sign up for Breaking News
Sign up for Advertising Emails
Sign up for Journal Deals

## ONLINE POLL

**Do you plan to attend the National Black Theatre Festival this year?**

○ Yes
○ No
○ Possibly

## LATEST VIDEOS

Roll Call
- Oversight proposal creates sparks
- Outgoing chancellor reflects on nearly 30-year tenure at Appalachian State
- Aw Shucks: Woman lives up to billing on her shirt in corn shucking contest
- Elections bill draws mixed reactions locally

Man and woman dead after shooting at Forsyth Medical Center
- Womble sues Sixth & Vine and estate of man killed in 2011 crash
- Man accused of killing the mother of his daughter threatened the woman in April
- Charges against UNC's P.J. Hairston are dropped
- It's a boy! UK's Kate gives birth to royal heir

Add a comment...



Local Jobs   Top Autos   Top Homes

## LOCAL JOBS

### Carpet Cleaning
CARPET CLEANING

### Weatherization Program Assistant
Weatherization Program Assistant

### Training Coordinator
Pittsburgh Glass Works, LLC (PGW), the #1 manufacturer and distributor of automotive glass i...

### Director of Planning & Development
GUILFORD COUNTY Director

### Job Fair
JOB FAIR/FORKLIFT POSITIONS

More Local Jobs













Open Houses
Sunday 2-4
goLRB.com

**Sponsored Results**
CD Rates: Up to
1.79% APY
Get the Highest
Rates on CDs. View
the Top 5 CD Rates

## SECTIONS
Home
News
Business
Opinion
Home & Food
Entertainment
Community
Sports
Photos & Videos
Weather

## SERVICES
About Us
Contact Us
Advertise
Subscription Services
Submission Forms
Site Index
Add Search Toolbar

## WINSTON-SALEM JOURNAL
Winston-Salem Journal
**Phone number:** 336-727-7211
**E-mail:** content@journalnow.com
**Address:** 418 N. Marshall Street
Winston-Salem, NC 27101

## SEARCH
Search in:
- [x] All
- [ ] News
- [ ] Business
- [ ] Opinion
- [ ] Home Food
- [ ] Video
- [ ] Entertainment
- [ ] Community
- [ ] Sports
- [ ] Winston-Salem Monthly
- [ ] Photos