# EXHIBIT 6

For Federal civil complaint
-- MOTION UNDER RULE 45 ASKING THE CLERK TO SUBPOENA ATTORNEY JOHN SCOTT COALTER FOR DISCOVERY AND TO PROVE THE FACTUAL MATTER UNDER COMPLAINT --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

## Civil Case Number 4:17-cv-00027

# Declaration of Innocence for The White House
## Sunday, January 22, 2017 - 07:33 PM EST

### Declaration authorized by Title 28 U.S.C. § 1746

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. Whereas, I am a Defendant in the United States District Court, for the Middle District of North Carolina, case # 1:13-cr-435-1, titled: United States of America v. Brian David Hill, and I am pushing for a Presidential Pardon on the basis of Innocence. I am not a licensed attorney, but I am slowly learning more about the Federal Rules and filing procedures as I feel I am not being represented by any of the Court Appointed lawyers in the past for trial Defense under the adversarial system, See U.S. Supreme Court Case Strickland v. Washington, 466 U.S. 668 (1984).

2. What I am saying in this Declaration to The White House, to Donald J. Trump, is the truth and nothing but the truth, so help me God. I, Brian David Hill, will briefly explain the facts that I am aware of in this Declaration, and swear that this is the truth. I will explain herein briefly as to why I am Innocent of the conviction.

3. I gave a false criminal confession at the Mayodan Police Department, in North Carolina, on August 29, 2012. I told the Police Detectives that I had put child porn on my Netbook, which is the "ASUS Netbook Computer Model Eee PC 100PPEB". Later on, around January 22, 2015, I got to finally review over the pages of my entire discovery packet of evidence for my criminal case. I noticed that there were <u>no "files of interest" for both video and photo</u>. So <u>there was no child porn in my Netbook that I voluntary handed over to the Police Detectives on August 29, 2012</u>. I told the Police that I had downloaded child porn for about "a year or so." The only download dates I had found in my criminal discovery were on eMule.exe's server.met where it downloaded between the dates July 20, 2012, and July 28, 2013. In July 2012, my Black Toshiba Laptop Computer was infected by some kind of malicious software program aka a computer virus. I was confused as to why child porn was downloading between those dates, because that very same Laptop was seized on August 28, 2012. I have a copy of both the Mayodan Police Report on myself, and the Police Inventory. It is impossible for child porn to download on a seized Laptop unless the police have lied in the report, or unless my Laptop was tampered with then evidence was planted on it. Even those explanations do not explain why my Laptop was infected in July 2012. I suspect that it was Win32/MoliVampire.A or Win32/MoliVampire.B, that was reported by ESET VirusRadar, which I had discovered between 2012 to 2013, before I was arrested on December 20, 2013, by Special Agent Brian Dexter of the U.S. Department of Homeland Security.

4. The whole forensic work done by North Carolina State Bureau of Investigation (SBI) Special Agent (S.A.) Rodney V. White, is questionable. There has never been any confirmed child pornography. It just simply says that they had found "files of interest" in different storage mediums, as so they had claimed. Then of course child porn had downloaded up until July 28, 2013, when that very Laptop was seized on August 28, 2012. I tried to bring up those dates in letters to law enforcement such as the SBI and another agency. Nobody is giving me any explanation as to why those download dates are in S.A. White's report. That is odd.

5. The Presentence Investigation (PSI) report even admitted that no supposed victims were even identified. I personally do not know who they are, I don't know their names, their ages. I don't even know what they look like. That is because I was framed with child porn. It stated, Citing Document #33, Filed 09/16/14, Page 6 of 26, "*According to the government, none of the children have been identified as part of a known series by the National Center for Missing and Exploited Children (NCMEC),*" and "*However, the victims in this case have not filed a claim for restitution.*" The only victims that I am personally aware of and have knowledge of, is <u>Victim #1: The State of North Carolina</u>" for <u>my political rantings on uswgo.com</u> about the <u>State and verbally criticizing a state politician</u>. I don't even know if the supposed "files of interest" child porn claims are really even of children, there is no verification as to if they really are child porn or just files of interest to the Bureau.

6. My Black Toshiba Laptop Computer, Satellite C655D, Serial # 2C276987Q, had been infected in approximately sometime in July, 2012. It ran programs that I did not authorize, and it ran conime.exe, emule.exe, ares.exe, and shareaza.exe. The SBI report did mention that they found Ares searching up a keyword term called "very sexy". The SBI refused to investigate my seized Laptop for listing computer viruses and Trojan horses. I was involved in various political activities as apart of USWGO Alternative News from 2009 to 2012. I believe my political activities caused some repercussions, retaliation against me to shut me up by assassinating my character. I am Innocent, I believe I am actually Innocent because of the affirmative Defense of "Frame Up" I assert as to my actual innocence. I was framed with child porn, by an unknown assailant to assassinate my character.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 22, 2017.

*Brian D. Hill*
Signed

*Brian D. Hill*
Signed
Brian David Hill (Pro Se)
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112

## GENERAL AFFIDAVIT
### by Brian David Hill

Commonwealth of Virginia
~~County~~ City of Martinsville

BEFORE ME, the undersigned Notary,

_____Jennifer Cline Bitz_____ *[name of Notary before whom affidavit is sworn]*, on this __10th__ *[day of month]* day of __November__ *[month]*, 2015, personally appeared __Brian David Hill__ *[name of affiant]*, known to me to be a credible person and of lawful age, who being by me first duly sworn, on __his__ *[his or her]* oath, deposes and says:

I am Brian David Hill, a natural born citizen of the United States. I am a citizen of Virginia at the time that my Affidavit was signed and sworn in as credible testimony. I have high functioning Autism Spectrum Disorder. I also have Obsessive Compulsive Disorder (OCD) and Generalized Anxiety Disorder. Because of my neurological disabilities, it limits by ability to live a normal life and makes it nearly impossible to hold down a career of employment. I cannot work so I live off of Social Security Disability payments.

I believe that I am Innocent of the charge/indictment of 18:2252A(a)(5)(B) and (b)(2) Possession of child pornography. It's because I am Innocent of the charge/indictment of 18:2252A(a)(5)(B) and (b)(2).

The reason I am Innocent is because I have noticed signs and evidence in 2012 that my computer had been hacked into by a computer hacker which I also believed may have used a PC Virus or Trojan Horse. I also believe that there may have been evidence tampering, planting, and/or contamination. I also believe and have evidence that I was framed with child pornography. I know I was framed since the Mayodan Police Raid on August 28, 2012.

I gave a false confession on August 29, 2012 to two police detectives at the Mayodan Police Department located at 101 North 3rd Ave., Mayodan, NC. I was threatened by Mayodan, NC Police Chief Charles J. Caruso to "Fess Up" and that if I did not fess up then my own mother would be held responsible for the criminal charge. I was also coerced on August 2012 into producing false confession statements. I told the Detectives that I did not download the child porn but they told me a claim that they believe they had found it on my computer and said I had better just tell them. Then I changed my statements to whatever they had wanted to hear. That was why I had suspected evidence tampering because they had admitted to have been on my computer to make such a claim to have found files on there. The police detectives are not SBI crime lab technicians and are not computer forensic scientists under strict LAB/ASCLD standards. They just accessed my computer to make such a claim of finding files. That was why I had attempted to suppress the evidence and that I believe I was framed with child porn. I believe that the evidence may have been tampered with because of such admission that the police accessed my computer without the

state crime lab technicians.

The reason I had accepted responsibility falsely in my criminal case was because Judge Osteen had either hinted or threatened to take away my acceptance of responsibility which would threaten my prison sentence of Time already served which means that I would get out of jail to protect my health from further deteriorating due to my Type 1 brittle diabetes. The reason I had falsely plead guilty was due to multiple valid reasons and one was to get a prison sentence of Time Served so that I could get out of jail. My family told me to plead guilty in the court room due to ineffective assistance of counsel and bad legal advice to the best of my knowledge of what they had told me.

I am Innocent of the charge and am willing to prove Actual Innocence or let a Jury decide my fate in the worst case scenario. I am Innocent and am willing to prove my Innocence for the rest of my life.

The charge I am asserting my Innocence to is:

## U.S. District Court; North Carolina Middle District (NCMD)
## CRIMINAL CASE #: 1:13-cr-00435-WO-1
## United States of America v. Brian David Hill

*[set forth affiant's statement of facts]*

**Brian D Hill**
*[signature of affiant]*

Brian David Hill
*[typed name of affiant]*

916 Chalmers St., Apt. D
*[address of affiant, line 1]*

Martinsville, VA 24112
*[address of affiant, line 2]*

Subscribed and sworn to before me, this ____6th____ *[day of month]* day of
____November____ *[month]*, 2015.

*[Notary Seal:]*
_____
*[signature of Notary]*

JENNIFER CLINE BITZ
Notary Public
Commonwealth of Virginia
7041984
My Commission Expires Jan 31, 2014

Jennifer Cline Bitz
*[typed or printed name of Notary]*

NOTARY PUBLIC    My commission expires: __1/31__, 20_18_.

JENNIFER CLINE BITZ
Notary Public
Commonwealth of Virginia
7041984
My Commission Expires Jan 31, 2018

Case 4:17-cv-00027-JLK   Document 4-7   Filed 05/01/17   Page 5 of 5   Pageid#: 189