**U.S.W.G.O.**

Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, VA 24112

*Brian D. Hill*
Signed



7016 0600 0000 8318 9067



1000

24011

U.S. POSTAGE
PAID
COLLINSVILLE, VA
24078
APR 28, 17
AMOUNT
**$6.01**
R2305K141315-01

ATTN: Clerk of the Court
U.S. District Court
210 Franklin Road, S.W., Ste. 540
Roanoke, VA 24011-2208

RECEIVED
MAY 0 1 2017
USDC Clerk's Office
Mail Room