7016 2140 0000 5877 0734

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee   $3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $2.75
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage   $7.20

$ $13.30

ROANOKE, VA 24008

1011
06
05/11/2017


DOWNTOWN FINANCE STA
ROANOKE VA
24011
MAY 11
USPS
Postmark Here

4:17CV00027
U.S. Attorney
PO Box 1709
Roanoke, VA 24008

See Instructions



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

4:17CV00027
U.S. Attorney
PO Box 1709
Roanoke, VA 24008

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2403 6249 7273 21

2. Article Number *(Transfer from service label)*

7016 2140 0000 5877 0734

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☒ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery
5-12-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

DOWNTOWN
ROANOKE
2401
MAY 12 2017
STA
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [Insured] Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Brian David Hill | COURT CASE NUMBER 4:17CV00027 |
|---|---|
| DEFENDANT Executive Office for United States Attorneys, et al. | TYPE OF PROCESS Summons and Complaint |

**RECEIVED.**
**U.S. MARSHALS SERVICE**
**ROANOKE, VA**

**2017 MAY 10 A 10: 27**

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Attorney

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

P.O. Box 1709, Roanoke, VA 24008

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Brian David Hill, Pro Se Plaintiff 310 Forest Street, Apt. 2 Martinsville, VA 24112 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,* **CLERK'S OFFICE U.S. DIST. COURT**
*All Telephone Numbers, and Estimated Times Available for Service):* **AT ROANOKE, VA**
**FILED**

Fold                                                                                      Fold

Copy of Order to Proceed Without Prepaying Fees or Costs signed by Judge Jackson L. Kiser attached.   **MAY 1 8 2017**

**JULIA C. DUDLEY, CLERK**
**BY:** _____
**DEPUTY CLERK**

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 434-793-7147, ext. 1 | DATE 5/8/2017 |
|---|---|---|---|
| M. X. Hupp, Deputy Clerk | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 084 | District to Serve No. 084 | Signature of Authorized USMS Deputy or Clerk | Date 5/10/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 5/12/17 | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | $8.00 | $8.00 | | $0.00 |

REMARKS: mailed 5/11/17

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Civil Action No. 4:17CV00027

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___USA___

was received by me on *(date)* ___5/10/17___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___5/18/17___

_____
*Server's signature*

___Matthew Woods   Purchasing Agent___
*Printed name and title*

___210 Franklin Rd SW Suite 247 Roanoke VA 24011___
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE. VA

for the

Western District of Virginia

2017 MAY 10 A 10: 27

| | |
|---|---|
| Brian David Hill | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )   Civil Action No. 4:17CV00027 |
| | ) |
| Executive Office for United States Attorneys; United States Department of Justice | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Attorney
P.O. Box 1709
Roanoke, VA 24008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian David Hill (Brian D. Hill), Pro Se Plaintiff
310 Forest Street, Apartment 2
Martinsville, VA 24112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/8/2017

*Signature of Clerk or Deputy Clerk*

RECEIVED
US MARSHALS SERVICE
ROANOKE. VA

2017 MAY 10 A 10: 35

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY - 4 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

BRIAN DAVID HILL,                          )
                    Plaintiff              )
                                           )
v.                                         )    Civil Action No. 4:17CV00027
                                           )
EXECUTIVE   OFFICE   FOR   UNITED          )
STATES ATTORNEYS, ET AL.,                  )
                    Defendants             )

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☒  Granted:

    ☐  The Clerk is ordered to file the complaint. Plaintiff is represented by counsel and has not requested that the Court order that service of the summons and complaint be made by the United States Marshal. Accordingly, counsel for plaintiff is directed to effect service of process upon defendant(s).

    ☒  The Clerk is ordered to file the complaint and issue a summons.
The United States Marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service.

☐  Denied:

    ☐  This application is denied for these reasons: Insert reasons for denial.

    ☐  **If the filing fee is not paid within 14 days, the case will be dismissed.**

Date:   May 4, 2017

Hon. Jackson L. Kiser, Senior U.S. District Judge