

Case 4:17-cv-00027-JLK-RSB   Document 7   Filed 05/19/17   Page 1 of 5   Pageid#: 209

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    4:17CV00027

    United States Department of Justice
    600 East St, NW, Suite 7300
    Bicentennial Building
    Washington, DC 20530

9590 9402 2403 6249 7273 38

2. Article Number (Transfer from service label)

    7016 2140 0000 5877 0741

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   MAY 15 2017

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA
2017 MAY 10 A 10: 27

| | |
|---|---|
| PLAINTIFF: Brian David Hill | COURT CASE NUMBER: 4:17CV00027 |
| DEFENDANT: Executive Office for United States Attorneys, et al. | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: United States Department of Justice
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 600 East Street, NW, Suite 7300, Bicentennial Building, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Brian David Hill, Pro Se Plaintiff
310 Forest Street, Apt. 2
Martinsville, VA 24112

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 3
- Check for service on U.S.A.: X

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Copy of Order to Proceed Without Prepaying Fees or Costs signed by Judge Jackson L. Kiser attached.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 19 2017
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
M. A. Hupp, Deputy Clerk
TELEPHONE NUMBER: 434-793-7147, ext. 1
DATE: 5/8/2017

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
- Total Process: 1
- District of Origin No.: 084
- District to Serve No.: 084
- Signature of Authorized USMS Deputy or Clerk: /s/
- Date: 5/10/17

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

Address *(complete only different than shown above)*:

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode
- Date: 5/15/17
- Time: [ ] am [ ] pm
- Signature of U.S. Marshal or Deputy: /s/

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | $8.00 | $8.00 | | $0.00 |

REMARKS: Mailed 5/11/17

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Civil Action No. 4:17CV00027

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    US DOJ

was received by me on *(date)*    05/10/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/19/17

*Server's signature*

Matthew Woods, Purchasing Agent
*Printed name and title*

PO Box 2280 Roanoke, VA 24009
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA
2017 MAY 10 A 10: 27

| | |
|---|---|
| Brian David Hill <br> *Plaintiff* <br> v. <br> Executive Office for United States Attorneys; United States Department of Justice <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 4:17CV00027 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Justice (U.S. DOJ)
600 East Street, NW, Suite 7300, Bicentennial Building
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian David Hill (Brian D. Hill), Pro Se Plaintiff
310 Forest Street, Apartment 2
Martinsville, VA 24112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/8/2017

*Signature of Clerk or Deputy Clerk*