# EXHIBIT 2

For Federal civil complaint
-- DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF DOCUMENT 2 COMPLAINT AND IN SUPPORT OF MOTION UNDER RULE 45 ASKING THE CLERK TO SUBPOENA ATTORNEY JOHN SCOTT COALTER FOR DISCOVERY AND TO PROVE THE FACTUAL MATTER UNDER COMPLAINT --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

## Civil Case Number 4:17-cv-00027

## WESTERN ROCKINGHAM FAMILY MEDICINE, P.A.
## BROWN SUMMIT FAMILY MEDICINE

Donald W. Moore, M.D.
Tom Pickard, M.D.
Mary Beth Dixon, PA-C
Andrew Maier, PA-C,
Francis P. Wong, M.D.

Deana Steadman, R.N.-C.S., N.P.
Mary Margaret Martin, FNP
Susan Weeks, FNP
Michelle Bozovich, Pharm-D, CPP
Tammy Eckard, Pharm-D, CPP

September 6, 2012

Re: Brian Hill
DOB: 5-26-90

To Whom It May Concern:

Brian Hill is a current patient at Western Rockingham Family Medicine. He has a diagnosis of Type I Diabetes, GERD, Autism, and depression with suicidal thoughts. His medication list is as follows: Nexium 40 mg, 1 po qd, Lantus Sola star pen, 36 units q hs, Novolog flex pen-- sliding scale, Lisinopril 5mg, 1 po qd. Mr. Hill has an inability to take of himself, therefore needs around the clock care. If further assistance is required, please do not hesitate to contact our office at (336) 548-9618.

Sincerely,

Andrew Maier, PA-C
Western Rockingham Family Medicine

401 W. DECATUR STREET, MADISON, NORTH CAROLINA 27025  OFFICE: (336) 548-9618  FAX: (336) 548-4877

4901 NC HWY . 150 EAST, BROWN SUMMIT, NC 27214  OFFICE: (336) 656-9985  FAX: (336)656-5227
WEBSITE: www.wrfm.com