# EXHIBIT 3

For Federal civil complaint
-- DECLARATION OF BRIAN DAVID HILL IN SUPPORT OF DOCUMENT 2 COMPLAINT AND IN SUPPORT OF MOTION UNDER RULE 45 ASKING THE CLERK TO SUBPOENA ATTORNEY JOHN SCOTT COALTER FOR DISCOVERY AND TO PROVE THE FACTUAL MATTER UNDER COMPLAINT --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

## Civil Case Number 4:17-cv-00027

# REQUEST FOR FORENSICS REVIEW

## FOR BRIAN D. HILL

Mr. Hill,

I am the lead investigator at SLC Security Services LLC and received your letter dated 10/12/2016 concerning your need for a computer forensics review of your laptop. In order to review your laptop we estimate a total of 40-120 hours depending on the size of the hard drive and amount of information to review and document. The process in doing the review for you is outlined below.

1. Sign and return this letter which will act as your contract with a deposit for $3000.00 USD.

Once we receive your confirmation and payment here is the process and what we will do in exchange for payment for services.

1. Verify that the Toshiba Laptop is still in the custody of the Greensboro SBI
2. Schedule a meeting to do a cursory examination of the laptop and validate that the image created by the SBI is the same as the actual drive to ensure that the drive has not been tampered with in any manner.
3. Provide a preliminary report and schedule the full forensics examination after consulting with the client.
4. Preform the full forensics review which will document the status of the drive and data, any viruses and malware found during the review and look for any indications of hacking or malicious code on the system.
5. Provide a full report – This will include affidavits, report and summary of findings.

That is the process. As you can imagine this type of investigation can be very time consuming so this estimate and deposit will be for the first 40 hours. If we do more work than 40 hours on the case, we will bill you an hourly rate of $125/hr plus expenses which will be paid as the work is performed.

I have included our standard investigative contract form for you to fill out and return with a $3000 deposit. I will have a better estimate of the time within the first 8 hours.