# U.S.W.G.O.

**Brian D. Hill**
**310 Forest Street, Apt. 2**
**Martinsville, VA 24112**

*Brian D. Hill*
*Signed*

AHP 35
6/12/17

JLM 6-12

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 1370 0002 2158 5969

7016 1370 0002 2158 5969

**ATTN: Clerk of the Court**
**U.S. District Court**
**P.O. Box 1400**
**Danville, VA 24543**

U.S. POSTAGE
PAID
MARTINSVILLE, VA
24112
JUN 10. 17
AMOUNT

1000

24543

R2305K137062-16

**$5.59**