CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED

JUN 16 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

In the United States District Court

For the Western District of Virginia

Danville Division

|  |  |  |
|---|---|---|
| Brian David Hill | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:17-cv-00027 |
| | ) | |
| Executive Office for United States Attorneys (EOUSA) | ) | |
| & | ) | |
| United States Department of Justice (U.S. DOJ) | ) | |
| Defendant(s) | ) | |

## MOTION ASKING THE COURT TO REQUEST LEGAL COUNSEL TO REPRESENT THE PLAINTIFF

NOW COMES, the plaintiff ("Brian D. Hill"), representing himself, and hereby asks that the Court request an Attorney to represent the plaintiff since he was already found to have been in forma pauperis (See Doc. #3). This is pursuant to 28 U.S.C. §1915(e)(1), "The court may **request an attorney to represent any person** unable to afford counsel."

The plaintiff is severely limited in legal knowledge, and needs the assistance of Counsel to aid in his ability to protect his Constitutional and Federal legal rights.

The plaintiff cannot afford an experienced attorney at law to fight for justice for the plaintiff, to fight for his constitutional and legal rights as per this civil case.

The plaintiff has Autism and Type 1 diabetes as exhibited in Document #2-1, and is considered legally handicapped/disabled under the Virginia Department of Motor Vehicles. It has stated that a licensed physician has certified that the plaintiff is

1

permanently limited or impaired since 2016, which "has been diagnosed with a mental or developmental amentia or delay that impairs judgment including, but not limited to, an autism spectrum disorder." Not just that but Carilion Clinic has been seeing plaintiff for his Type 1 diabetes, which can be considered brittle enough to require him to see an endocrinologist at Roanoke, VA.

Because of these health issues, it will be difficult for the plaintiff to present a case himself at trial without assistance, and it will be difficult to argue the case correctly while at trial without somebody to assist him. Due to disability health reasons and IFP status, the plaintiff asks the Court to please grant this motion as soon as possible. The plaintiff asks the Court to find an attorney to request representation of the plaintiff to aid in his case for the interests of justice and fighting for plaintiff's due process rights.

Plaintiff also requests with the Court that copies of this Motion be served upon the Government as stated in **28 U.S.C. §1915(d)**, that "The **officers of the court shall issue and serve all process, and perform all duties** in such cases. **Witnesses shall attend as in other cases**, and the **same remedies shall be available as are provided for by law in other cases.** Plaintiff requests that copies be served with the defendants' and the U.S. Attorney office of Roanoke, VA via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

| | |
|---|---|
| **Date of signing:** | **Respectfully submitted,** |
| *June 13, 2017* | *Brian D. Hill* Signed |
| | **Signed** |
| | **Brian D. Hill (Pro Se)** |
| | **310 Forest Street, Apartment 2** |
| | **Martinsville, VA 24112** |
| | **Phone #: (276) 790-3505** |
| | **U.S.W.G.O.** |