# EXHIBIT 1

For Federal civil complaint
-- PLAINTIFF'S OBJECTION TO THE DEFENDANTS' "ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF" --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

May 11, 2017

Brian David Hill
310 Forest Street, Apt. 2
Martinsville, VA 24112

Dear Mr. Hill:

The purpose of this letter is to acknowledge receipt of your correspondence dated March 20, 2017 and April 26, 2017. Our office, the U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. However, the matters that you raised are more appropriate for review by another office within the DOJ. Therefore, your complaint dated March 20, 2017 has been forwarded to:

> U.S. Department of Justice
> Office of Information Policy (OIP)
> 1425 New York Avenue, N.W., Suite 11050
> Washington, D.C. 20530

Any further correspondence regarding this matter should be directed to that office.

Any additional material you provide our office regarding this matter will not be forwarded to the above office. Instead, we recommend that you correspond directly with that office if you have additional information to provide. Please be advised that this is the only correspondence you will receive from this Office regarding this matter.

If you have new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division