IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRIAN DAVID HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:17-cv-00027 |
| v. | ) | |
| | ) | **ORDER** |
| EXECUTIVE OFFICE FOR | ) | |
| UNITED STATES ATTORNEYS, *et al.*, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed a "Motion to Extend Time for Filing Motions." [June 20, 2017 ECF No. 18]. Plaintiff seeks an extension of deadlines established by the Pretrial Order (June 9, 2017 [ECF No. 11].) Plaintiff is specifically concerned with the language in Paragraph 4. Paragraph 4 states that "[i]n the event that a motion *has been filed prior to the entry of this Order* and it was not supported by a brief, movant must file a supporting brief within 14 days of the date of this Order." (*Id.* at ¶ 4 (emphasis added).) Plaintiff seems to understand this to mean that the Parties have 14 days to file *all* pretrial motions and supporting briefs. The text of the Pretrial Order clearly states that this deadline applies only to Motions that were filed prior to the entry of the Pretrial Order. There are no such motions. Therefore, there is no deadline to extend. On this basis and to the extent that Plaintiff's Motion seeks any other relief, Plaintiff's Motion is hereby **DENIED**.

Entered this 23rd day of June, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE