Please inform Judge to rule on Motion asking for Counsel before the expediing Motion.

Please file both documents in binders on docket quicltly before July 4.

file both docs seperately.

Judge Kiser should review both subppoenas attached to this Motion and you may file them on docket.