# EXHIBIT 1

For Federal civil complaint
-- DECLARATION OF BRIAN DAVID HILL AND EXHIBITS IN SUPPORT OF COMPLAINT AND PARTIAL EVIDENCE (FOIA APPEAL) OF WHAT WILL BE PRESENTED AT TRIAL --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

COLLEGE PARK, MD 20740    OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0362 |
| $ | $2.75 | 06 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _$0.00_
- ☐ Return Receipt (electronic)   $ _$0.00_
- ☐ Certified Mail Restricted Delivery   $ _$0.00_
- ☐ Adult Signature Required   $ _$0.00_
- ☐ Adult Signature Restricted Delivery $

Postage $2.67

Total Postage and Fees $8.77

Sent To *Office of Government Information Services*
Street and Apt. No., or PO Box No. *8601 Adelphi Road - OGIS*
City, State, ZIP+4® *College Park, Maryland 20740*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 9602 0040

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

WASHINGTON, DC 20530    OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.35 | 0362 |
| $ | $2.75 | 06 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _$0.00_
- ☐ Return Receipt (electronic)   $ _$0.00_
- ☐ Certified Mail Restricted Delivery   $ _$0.00_
- ☐ Adult Signature Required   $ _$0.00_
- ☐ Adult Signature Restricted Delivery $

Postage $3.03

Total Postage and Fees $9.13

Sent To *Office of Information Policy U.S. DOJ*
Street and Apt. No., or PO Box No. *1425 New York Avenue NW Ste. 11050*
City, State, ZIP+4® *Washington, DC 20530-0001*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 9602 0033

---

Office of Information Policy (OIP)
United States Department of Justice
Phone: (202) 514-3642 (FOIA)
Fax: (202) 514-1009
  --- FOIA Appeal Case No. DOJ-AP-2017-002520 ---

Office of Government Information Services (OGIS)
National Archives and Records Administration (NARA)
Phone: (202) 741-5770
Fax: (202) 741-5769
  --- OGIS Mediation Case No. 201701674 ---

---

```
=======================================
           MARTINSVILLE
          1123 SPRUCE ST
           MARTINSVILLE
                VA
            24112-9998
            5156520362
03/06/2017    (800)275-8777    4:04 PM
=======================================
=======================================
Product              Sale       Final
Description          Qty        Price

First-Class           1         $2.67
Parcel Service
    (Domestic)
    (COLLEGE PARK, MD  20740)
    (Weight:0 Lb 2.60 Oz)
    (Expected Delivery Day)
    (Thursday 03/09/2017)
Certified             1         $3.35
    (@@USPS Certified Mail #)
    (70161970000096020040)
Return                1         $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940224566249486022)
First-Class           1         $3.03
Parcel Service
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 5.90 Oz)
    (Expected Delivery Day)
    (Thursday 03/09/2017)
Certified             1         $3.35
    (@@USPS Certified Mail #)
    (70161970000096020033)
Return                1         $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940224566249486015)

Total                          $17.90

Cash                           $20.00
Change                         ($2.10)


*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************

All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

       HELP US SERVE YOU BETTER
       TELL US ABOUT YOUR RECENT
```