# EXHIBIT 6

For Federal civil complaint
-- DECLARATION OF BRIAN DAVID HILL AND
EXHIBITS IN SUPPORT OF COMPLAINT AND
PARTIAL EVIDENCE (FOIA APPEAL) OF
WHAT WILL BE PRESENTED AT TRIAL --
Brian David Hill v. Executive Office
for United States Attorneys (EOUSA),
United States Department of Justice
(U.S. DOJ)

Civil Case Number 4:17-cv-00027

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 4/26/2017 Time: 8:49:37 AM
Number of pages: 35 Session duration: 29:24
Attn.: Director, Office of Information Policy (OIP) To: U.S. Department of Justice
Recipient's number: T12025141009 Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\NOTICE of pending lawsError Correction: NoxA(4)(Signed, READY to FAX) {2017-04-26}_General (Letter).tif
File description: NOTICE of pending lawsuit to OIP and EOUSA(4)(Signed, READY Resolution: 200*200 dpi
Recipient's Fax ID: 2025141009 Record number: 6370
Rate: 14400 bps

# Fax Cover Page

Date: 4/26/2017 Time: 8:49:37 AM Pages: 35

## To: U.S. Department of Justice

## Attn.: Director, Office of Information Policy (OIP)

From: Brian David Hill

Fax ID: 276-790-3505

--NOTICE OF PENDING LAWSUIT to Office of Information Policy--
*******Freedom of Information Act Appeal/LAWSUIT*******
FOIA Appeal # DOJ-AP-2017-002520
APPEAL and Response to FOIA Request to Executive Office for
United States Attorneys – Re: FOIA-2016-03570
Wednesday, April 26, 2017 - 03:16 AM

ATTN: Director
Office of Information Policy (OIP)
United States Department of Justice
1425 New York Avenue, NW, Suite 11050
Washington, DC 20530-0001
Phone: (202) 514- 3642 (FOIA)/ Fax: (202) 514-1009
FOIA Appeal Case No. DOJ-AP-2017-
002520 // OGIS Mediation Case No.
201701674
Office of Government Information Services
National Archives
8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
Phone: (202) 741-5770 /// Fax: (202) 741-
5769
CC: Office of the Inspector General
U.S. Department of Justice
CC: Office of Professional Responsibility
U.S. Department of Justice
Phone: (202) 514-3365
Faxed to: (202) 514-5050
CC: Executive Office for United States Attorneys
U.S. Department of Justice (FOIA Office)
Phone: (202) 252-6020
Faxed to: (202) 252-6047

RECEIPT CONFIRMATION
REQUESTED

**URGENT**

VentaFax Cover Page

# Fax Cover Page

Date: 4/26/2017      Time: 7:42:28 AM      Pages: 35

## To: U.S. Department of Justice

## Attn.: Director, Office of Information Policy (OIP)

From: Brian David Hill

Fax ID: 276-790-3505

--NOTICE OF PENDING LAWSUIT to Office of Information Policy--
*******Freedom of Information Act Appeal/LAWSUIT*******
FOIA Appeal # DOJ-AP-2017-002520
APPEAL and Response to FOIA Request to Executive Office for
United States Attorneys – Re: FOIA-2016-03570
Wednesday, April 26, 2017 - 03:16 AM

ATTN: Director
Office of Information Policy (OIP)
United States Department of Justice
1425 New York Avenue, NW, Suite 11050
Washington, DC 20530-0001
Phone: (202) 514- 3642 (FOIA)/ Fax: (202) 514-1009
FOIA Appeal Case No. DOJ-AP-2017-
002520 // OGIS Mediation Case No.
201701674
Office of Government Information Services
National Archives
8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
Phone: (202) 741-5770 /// Fax: (202) 741-
5769
CC: Office of the Inspector General
U.S. Department of Justice
CC: Office of Professional Responsibility
U.S. Department of Justice
Phone: (202) 514-3365
Faxed to: (202) 514-5050
CC: Executive Office for United States Attorneys
U.S. Department of Justice (FOIA Office)
Phone: (202) 252-6020
Faxed to: (202) 252-6047

RECEIPT CONFIRMATION
REQUESTED

**URGENT**

VentaFax Cover Page

--NOTICE OF PENDING LAWSUIT to Office of Information Policy--
*******Freedom of Information Act Appeal/LAWSUIT*******
FOIA Appeal # DOJ-AP-2017-002520
APPEAL and Response to FOIA Request to Executive Office for United States Attorneys – Re: FOIA-2016-03570

# Wednesday, April 26, 2017 - 03:16 AM

| ATTN: Director<br>Office of Information Policy (OIP)<br>United States Department of Justice<br>1425 New York Avenue, NW, Suite 11050<br>Washington, DC 20530-0001<br>Phone: (202) 514-3642 (FOIA)<br>Fax: (202) 514-1009 | FOIA Appeal Case No. DOJ-AP-2017-002520 // OGIS Mediation Case No. 201701674<br>Office of Government Information Services<br>National Archives<br>8601 Adelphi Road-OGIS<br>College Park, Maryland 20740-6001<br>Phone: (202) 741-5770 /// Fax: (202) 741-5769 |
| --- | --- |
| CC: Office of the Inspector General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Suite 4706 | Washington, D.C. 20530-0001<br>Phone: (202) 514-3435<br>Faxed to: (202) 514-4001 |
| CC: Office of Professional Responsibility<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Suite 3529 | Washington, DC 20530-0001<br>Phone: (202) 514-3365<br>Faxed to: (202) 514-5050 |
| CC: Executive Office for United States Attorneys<br>U.S. Department of Justice (FOIA Office)<br>600 East Street, NW, Suite 7300, Bicentennial Building | Washington, DC 20530<br>Phone: (202) 252-6020<br>Faxed to: (202) 252-6047 |

Dear Office of Information Policy (OIP), Re: Case No DOJ-AP-2017-002520,

I submit my official notification that I am suing your agency for multiple violations of FOIA by covering up records and refusing to let me prove my actual Innocence while I get state police random visits, which is Sex Offender harassment against a innocent man. I am not playing games, my life and freedom are on the line here. I want my lost liberty.

If your agency does not give me my entire discovery for my criminal case, so that I can work on proving my Actual Innocence, then I will file a Rule 33 Motion (Federal Rules of Criminal Procedure) for a New Trial, then file a Rule 21 (Federal Rules of Criminal Procedure) to transfer venue to the Western District of Virginia. If you attempt any matter to dismiss my lawsuit or if you attempt to legitimize the criminal cover up of evidence that would help me be found Not Guilty, then I will take it back to a trial immediately in the next two weeks, I will withdraw my guilty plea and show proof to the Judge that I was given no diabetic insulin while in jail/Federal Court before I took my guilty plea, and the Judge will grant me a New Trial, and my guilty plea will be VOID.

It is all up to your lawyers as to whether you want to further DEFY me and refuse to let me prove my Innocence, violate my rights under Brady v. Maryland, colluding with one or two of my Court Appointed lawyers to threaten me with perjury and obstruction of justice if I attempt to be removed from the sex offender registry for being actually innocent.

I am backed by both statutory law and the U.S. Constitution. I will fight right and left until I am found innocent, then off of the damn Sex Offender Registry of hell, OF HELL.

How would you feel if your teenage daughters or sons become registered sex offenders for sexting, or six year olds' on Nationwide sex offender registries, romeo juilet type couples charged as sex offenders. How do you feel about me with Autism, a virgin, having to get over 40 hours of care a month, I have to have a medical caretaker otherwise I would likely die of a seizure or diabetic coma, and <u>your agency is ABUSING ME, it might as well be like child abuse since Autistic people seems to have the mind of a child,</u> then <u>your abusing me by allowing my false confession in your criminal case against me,</u> the <u>police tried to confuse me into thinking that adult porn and child porn are similar when they are not, tell me what to say, then the next day I repeat what they told me</u> to give a <u>false confession because of my Autism and OCD</u>.

I won't show your agency any mercy in litigation as you have shown no mercy to me, you didn't want to just offer me pretrial diversion which would have prevented me from being forced to register as a sex offender. If I do take it back to trial, your U.S. Attorney at least owes me a pretrial diversion or an apology for being so corrupt and crooked. I have already been punished enough for technical possession of child porn. <u>I did NOT put it there. Under Mens Rea, I have to have an intent for wanting to possess child porn but enough evidence shows that there is no intent.</u>

In the missing records that the U.S. Attorney may be lying about and covering up:

1. <u>Child porn was downloading between the dates July 20, 2012, and July 28, 2013.</u> Your agency has ignored this and have refused to investigate this. The FBI have acted like thugs by refusing to investigate political criminal activities that I have proof of. They are no longer a legitimate law enforcement agency but a pack of thugs that love to strip search people and hand cuff them like it is desire to put possibly innocent people under misery, torture, medical deprivation.
2. I was told in the Search Warrant Affidavit what PTHC stands for which is Preteen Hard Core. You can read the missing Search Warrant that the U.S. Attorney acts like it doesn't exist and find the proof. So I had absolutely no familiarity in the criminal case, I had no idea what child porn actually was until I read the Search Warrant affidavit while sitting on the stairs of the front porch.
3. I told the Detectives that child porn was on my Netbook that they didn't get (in

their search and seizure the day before), photographs taken of the Netbook, and yet no files of interest were noted so the Netbook was returned back to Mayodan Police Department which was in the covered up SBI case file.
4. I told the Detectives about the downloading it for "about a year or so" yet the only evidence shows that it had downloaded from July 20, 2012, on up to July 28, 2013. So only 1 month and 8 days. How is that exactly a "Year or so?" It is yet another false confession statement that the U.S. Attorney of Greensboro, NC Ripley Rand and Anand Prakash Ramaswamy have ignored.

Yes I heard from the Office of Government Information Services telling me that the AUSA claims that the records I am seeking don't exist anymore and that the investigative reports would be returned back to the investigative agencies. I never did get that letter that they were going to send me, hmmmm.

**THAT IS ANOTHER LIE BY ASSISTANT U.S. Attorney!!!!! LIE!!! LIE!!! Lie! Like Trump would say! Fake News! Fake Fake! Well I say fake response from AUSA.**

If that was the case, then why did the Executive Office for U.S. Attorneys release 19 pages of the 20-page Mayodan Police Report (along with Police photos and inventory but no search warrant) but conveniently the 20th page that was not included in EOUSA's FOIA response mentioned about SBI Agent Rodney V. White? Yet another cover up of truth.

I am willing to drop this lawsuit upon one condition, that you let me have a photocopy of my entire criminal case discovery packet and make a CD-R Copy of my confession audio from Mayodan Police Department, and let me use that in my 2255 Motion for Actual Innocence to vacate my sex offender status and vacate my wrongful conviction, and vacate my Federal Probation sentence.

The U.S. Attorney may have completely covered up records but I know who still has such records. During the discovery period we can both agree on subpoenaing Attorney John Scott Coalter and compel him under Court ORDER to make copies of the entire discovery packet of evidence that was obtained through the U.S. Attorney Office in Greensboro, NC, for my criminal case. We can both subpoena Attorney John Scott Coalter as I will give you written permission/Authorization to subpoena Mr. Coalter for the entire discovery evidence, then I can have a copy during the discovery phase then we can push for summary judgment against former U.S. Attorney Ripley Rand and Assistant Anand Prakash Ramaswamy for misconduct since they are covering up records that would have helped to have me found INNOCENT. We need to subpoena Mr. Coalter and demand under Court order subpoena that he produce copies of the entire discovery packet for my criminal case, and produce copies to all of us. Then you will have proof that the U.S. Attorney did have the SBI Case File and Confession Audio CD and simply <u>rather cover it up than admit that I may be innocent of possessing child porn via affirmative defense of frame up. No reasonable Jury will convict a frame up victim</u>, especially in light

of valid claims of evidence tampering which the child porn download dates do show an blatant admission of evidence tampering.

John Scott Coalter claims he may destroy my discovery evidence for my criminal case and has threatened me with two criminal charges (obstruction of justice and perjury for my false guilty plea under Rule 11) on September 30, 2016, if I dare try to prove my Innocence. <u>This is nonsense. What would Adam Walsh think of all of this if he were alive today and saw that the law in his name is being used to bully people, add children and teenagers to the sex offender registry when the whole point John Walsh only wanted rapists and child molesters in the sex offender registry.</u> Now your agencies are abusing the Adam Walsh Act to add innocent frame up victims, children, young couples, and others onto a bloated and unreliable sex offender registry which is no longer being used for the rightful reasons. <u>If I continue being blocked by the U.S. Attorney then I will also have no choice but to sue SORNA and sue the Adam Walsh Act for cruel and unusual punishment and request that the sex offender registry be ruled as unconstitutional</u> and <u>violates my freedom of speech and freedom of press</u> since <u>sex offenders aren't allowed on social networking websites and forums</u>. I will sue the sex offender registry if you continue keeping me wrongfully convicted. I will submit my book to book tours for "The Frame Up of Journalist Brian D. Hill." I will be a big political nuisance to every corrupt government official and will continue fighting for a presidential pardon of Innocence from the honorable U.S. President Donald J. Trump. I just want to prove my Innocence, that is all I ever wanted from the Justice Department. I don't want millions of dollars, I don't wish to get into these lawsuits unless it is the right thing to do, and will prevent me from committing suicide over the sex offender garbage I am forced to endure on a every-day basis. I am even having to wear a baseball cap because I am embarrassed for being placed on a sex offender registry for being framed with child porn. Your agency has embarrassed me and abused me. Causing me unnecessary stress, anxiety, and mental health damage, I can't even think straight anymore unless I win, or I just fall into depression, anger and despair. I will sue your agency for the despair and mental health damages your all causing me.

<u>I will not commit suicide, I WILL FIGHT TO PROVE MY INNOCENCE.</u> If your agency continues blocking me, <u>I will sue Adam Walsh Act, I will sue SORNA, I will sue to get my wrongful conviction overturned.</u> I will not rest everyday, until I am off the Virginia Sex Pretender Registry that I am on. I will submit Innocence Affidavits and get a psychologist to testify as to why SORNA is cruel and unusual punishment to me. I will file a lot of evidence against SORNA and show 2012-2013 or older news articles (that I had looked at before being barred from using the internet) like CNN admitting that 6 year olds' are on the sex offender registry, yes actual kids are on the registry making them targets of pedophiles lurking around. Your agency has made kids a living sexual target by adding kids to the State Sex Offender Registries. What a pack of thugs that the police and FBI have become? They rather make <u>kids and innocent people into sex offenders and laugh about it</u> rather than admit that they were wrong about some of their convictions.

<u>This kind of torture and abuse I WILL NOT TOLERATE. Give me Liberty or put me to death! Give me my right to prove my Innocence to a Jury!</u> Give me my right to prove that I was framed with child porn!! If you don't then the American people will know whom the real cowards are.

With Gorsuch being a newly appointed Justice whom believes in our old Constitution including Brady v. Maryland and other Constitutional rights to a fair trial, I will appeal all the way up to the U.S. Supreme Court and call every media outlet from California to Virginia and North Carolina. I will fight every single day, without rest, without mercy, to prove my Innocence and file valid claims against them for making a innocent man a registered sex offender and forcing me not to be allowed on the internet or be placed under unreasonable piles of state sex offender restrictions for no good reason, applying these laws to all sex offenders regardless of circumstances. It violates Freedom of Press and Freedom of Speech so lawsuits need to be filed for that as well against you and the United States Government. If Congress doesn't fix this, I will speak with Judicial Watch and ask them to investigate the entire Federal prosecution and corruption and malfeasance.

I just want my discovery packet, I want to get my discovery packet in front of independent experts to review and examine and cross reference, cross examination of statements and papers. If your agency continues this <u>trend of abusing me then your no different than child abusers abusing and criminalizing the Autistic MIND</u>, the mind of a <u>mentally disabled autistic people, your all bullying people with AUTISM and don't care whether they live or die</u>. I outta sue you under the Americans with Disabilities Act next. You are abusing somebody who is a virgin and has never abused any children. You have abused me and are hurting me with your restrictions. <u>I will fight until I die of medical complications from the constant stress and anxiety that your U.S. Attorney of Greensboro, NC have caused me</u>. You want to make me a political character martyr, you want to kill my character then make me suffer every day while my health is deteriorating at alarming rate. <u>I am going to die of stress and anxiety BECAUSE OF YOU, ALL OF YOU, THE U.S. ATTORNEYS</u> that are <u>vicious and show no mercy to people with Autism and OCD that are virgins and never had sex</u>. You all want to <u>bully people with Autism and make them suffer</u>? WHY?

  I have a right to prove my Actual Innocence, and the purpose of my original FOIA Request was quite clear, that the interests of Justice and correcting a false Sex Offender registration, fixing the integrity of the Federal Courts, fixing the integrity of justice, righting the wrongs done in our legal system, it all outweighs the need to conceal and prohibit disclosure to me. The U.S. Attorney should find what they covered up and release to the EOUSA paralegal, and should release to me promptly before I am forced to file a Rule 33 Motion for a New Trial, by the deadline of <u>June 10, 2017</u>. I will file, I will change Venue in my criminal case, and be

found not guilty.

I must prove my Innocence, and for that I must get access to all records and the Audio CD that was originally requested in my FOIA Request to EOUSA.

This lawsuit notification is final, I will prove my case and call for sanctions or disciplinary action against your offending employees that have obstructed justice, bullied, and tried to ruin an innocent man.

*Brian D. Hill*
Signed

U.S.W.G.O.

Thank You & Sincerely,
Brian D. Hill
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2, Martinsville, VA 24112