# EXHIBIT 7

For Federal civil complaint
-- DECLARATION OF BRIAN DAVID HILL AND EXHIBITS IN SUPPORT OF COMPLAINT AND PARTIAL EVIDENCE (FOIA APPEAL) OF WHAT WILL BE PRESENTED AT TRIAL --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

## Civil Case Number 4:17-cv-00027

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 4/26/2017                                         Time: 8:40:00 AM
Number of pages: 3                                      Session duration: 3:40
Attn.: Director, Office of Information Policy (OIP)     To: U.S. Department of Justice
Recipient's number: T12025141009                        Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Litigation hold letter to O|Error Correction: Yes|ned, READY to FAX) {2017-04-26}.tif
File description: Litigation hold letter to OIP and EOUSA(2)(Signed, READY to FAX Resolution: 200*200 dpi
Recipient's Fax ID:   2025141009                        Record number: 6366
Rate: 14400 bps

Page 1/3 - LITIGATION HOLD LETTER to OIP; Re: DOJ-AP-2017-002520 - 04/26/2017

# LITIGATION HOLD LETTER
## --NOTICE OF PENDING LAWSUIT to Office of Information Policy--
## *******Freedom of Information Act LAWSUIT*******
## FOIA Appeal # DOJ-AP-2017-002520
# Wednesday, April 26, 2017 - 05:55 AM

| ATTN: Director<br>Office of Information Policy (OIP)<br>United States Department of Justice<br>1425 New York Avenue, NW, Suite 11050<br>Washington, DC 20530-0001<br>Phone: (202) 514- 3642 (FOIA)<br>Fax: (202) 514-1009 | FOIA Appeal Case No. DOJ-AP-2017-002520 // OGIS Mediation Case No. 201701674<br>Office of Government Information Services<br>National Archives<br>8601 Adelphi Road-OGIS<br>College Park, Maryland 20740-6001<br>Phone: (202) 741-5770 /// Fax: (202) 741-5769 |
|---|---|
| CC: Office of the Inspector General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Suite 4706 | Washington, D.C. 20530-0001<br>Phone: (202) 514-3435<br>Faxed to: (202) 514-4001 |
| CC: Office of Professional Responsibility<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Suite 3529 | Washington, DC 20530-0001<br>Phone: (202) 514-3365<br>Faxed to: (202) 514-5050 |
| CC: Executive Office for United States Attorneys<br>U.S. Department of Justice (FOIA Office)<br>600 East Street, NW, Suite 7300, Bicentennial Building | Washington, DC 20530<br>Phone: (202) 252-6020<br>Faxed to: (202) 252-6047 |

Dear Office of Information Policy (OIP), Re: Case No DOJ-AP-2017-002520
and Defendant Executive Office for United States Attorneys,

  Brian D. Hill, the plaintiff, hereby notifies the defendants' Executive Office for United States Attorneys ("EOUSA") and United States Department of Justice ("U.S. DOJ") to preserve all electronically stored information, physical copies, case file records, records, Audio discs including Audio CD discs, copies and backup, as defined by Rule 34 of the Federal Rules of Civil Procedure, along with any paper files which EOUSA and U.S. DOJ maintains, relevant to this dispute. Brian will be seeking in discovery electronic and non-electronic (paper, discs, photographs) data in EOUSA and U.S. DOJ's custody and control that is relevant to this action, including without limitation emails, paper records, case files, and other information contained on EOUSA's computer systems, case files, any other relevant record keeping, and any electronic storage systems. Brian D. Hill considers this electronic data and paper files to be valuable and irreplaceable sources of discoverable information in this matter, to prove that the U.S. Attorney may be covering up evidence, in violation of the FOIA, to attempt to cover up or conceal any evidence that is favorable to the plaintiff's criminal case discovery which can be used to help prove any factual matter claim of actual innocence.

# LITIGATION HOLD LETTER
## --NOTICE OF PENDING LAWSUIT to Office of Information Policy--
## *******Freedom of Information Act LAWSUIT*******
## FOIA Appeal # DOJ-AP-2017-002520
# Wednesday, April 26, 2017 - 05:55 AM

| | |
|---|---|
| ATTN: Director<br>Office of Information Policy (OIP)<br>United States Department of Justice<br>1425 New York Avenue, NW, Suite 11050<br>Washington, DC 20530-0001<br>Phone: (202) 514-3642 (FOIA)<br>Fax: (202) 514-1009 | FOIA Appeal Case No. DOJ-AP-2017-002520 // OGIS Mediation Case No. 201701674<br>Office of Government Information Services<br>National Archives<br>8601 Adelphi Road-OGIS<br>College Park, Maryland 20740-6001<br>Phone: (202) 741-5770 /// Fax: (202) 741-5769 |
| CC: Office of the Inspector General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Suite 4706 | Washington, D.C. 20530-0001<br>Phone: (202) 514-3435<br>Faxed to: (202) 514-4001 |
| CC: Office of Professional Responsibility<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W., Suite 3529 | Washington, DC 20530-0001<br>Phone: (202) 514-3365<br>Faxed to: (202) 514-5050 |
| CC: Executive Office for United States Attorneys<br>U.S. Department of Justice (FOIA Office)<br>600 East Street, NW, Suite 7300, Bicentennial Building | Washington, DC 20530<br>Phone: (202) 252-6020<br>Faxed to: (202) 252-6047 |

Dear Office of Information Policy (OIP), Re: Case No DOJ-AP-2017-002520
and Defendant Executive Office for United States Attorneys,

    Brian D. Hill, the plaintiff, hereby notifies the defendants' Executive Office for United States Attorneys ("EOUSA") and United States Department of Justice ("U.S. DOJ") to preserve all electronically stored information, physical copies, case file records, records, Audio discs including Audio CD discs, copies and backup, as defined by Rule 34 of the Federal Rules of Civil Procedure, along with any paper files which EOUSA and U.S. DOJ maintains, relevant to this dispute. Brian will be seeking in discovery electronic and non-electronic (paper, discs, photographs) data in EOUSA and U.S. DOJ's custody and control that is relevant to this action, including without limitation emails, paper records, case files, and other information contained on EOUSA's computer systems, case files, any other relevant record keeping, and any electronic storage systems. Brian D. Hill considers this electronic data and paper files to be valuable and irreplaceable sources of discoverable information in this matter, to prove that the U.S. Attorney may be covering up evidence, in violation of the FOIA, to attempt to cover up or conceal any evidence that is favorable to the plaintiff's criminal case discovery which can be used to help prove any factual matter claim of actual innocence.

The plaintiff places the EOUSA and U.S. DOJ on notice to preserve all documents regarding Brian David Hill and/or any case files of discovery evidence which includes the confession Audio CD, SBI Case File, Search Warrant, complete 20-Page Mayodan Police Report, and any other evidence relevant to the actual innocence of Brian D. Hill. In addition, Brian D. Hill places EOUSA and U.S. DOJ on notice not to allow the deletion of any electronic and non-electronic communications, case files, records, such as emails, relating to the guilt or innocence of the plaintiff ("Brian David Hill").
We are confident that EOUSA and U.S. DOJ already has taken steps to preserve this data since it had an obligation to preserve relevant evidence. Thus, no procedures should have been implemented to alter any active, deleted or fragmented data. Moreover, no electronic and non-electronic data should have been disposed of or destroyed.
We further trust that EOUSA and U.S. DOJ will continue to preserve such electronic data and paper files throughout this litigation.

The plaintiff Brian David Hill ("Brian D. Hill") has filed a lawsuit in the United States District Court for the Western District of Virginia, Roanoke Division. Brian D. Hill is seeking improperly withheld records under the Freedom of Information Act ("FOIA") from the EOUSA and U.S. DOJ, on records that should have been maintained and controlled by the U.S. Attorney Office in Greensboro, North Carolina. The plaintiff is also seeking for summary judgment to determine any factual matter that the U.S. Attorney Office did inappropriately covered up, destroyed, or concealed records which would aid in proving the Actual Innocence of plaintiff and allow the plaintiff to be found "Not Guilty" by a Jury of his peers. The North Carolina State Bureau of Investigation ("N.C. SBI") has a history of manufacturing evidence in a murder case and has conducted other questionable forensic practices. The N.C. SBI may coverup the truth on possible evidence tampering then resubmit the report to the U.S. Attorney to give plaintiff a high risk of going to prison and further create a miscarriage of justice based upon possibly false information and evidence fraud. The lawsuit is meant to deter such misconduct that could arise against the plaintiff. The purpose of FOIA is to protect the plaintiff's lost Constitutional rights ("Right to cross examine, confrontation clause, right to Due Process") there were never given due to judicial corruption and ineffective assistance of Counsel within the Middle District of North Carolina.
Brian's lawsuit will be governed by the FOIA statute, and the Federal Rules of Civil Procedure. The Federal Rules of Civil Procedure applies to all suits filed in United States federal courts such as the one in the Western District of Virginia. Pursuant to the Federal Rules of Civil Procedure, every party to a lawsuit has a duty to preserve all evidence which could be relevant to the suit. This includes the duty to preserve all electronic and non-electronic evidence, such as all case files and diuscovery evidence that was originally obtained by Assistant Federal Public Defender Eric David Placke and then transferred back to the U.S. Attorney, then the discovery was transferred over to John Scott Coalter who hinted around the threat of the possibility that he may dispose of the discovery evidence from plaintiff's criminal case, and any other relevant information related to matters at issue in the suit.

This duty to preserve evidence is broad and extends to all documents, regardless of whether the document is stored electronically (such as email) or in hard-copy and regardless of the type of document or even Audio CD record. For example, reports, spreadsheets, photographs Audio recordings, and videotapes are all considered documents/records that must be preserved. Furthermore, the duty to preserve this documentary evidence extends to all documents/records in existence as of the time you reasonably anticipated this litigation.

To ensure that all relevant documents/records are preserved, you should communicate directly with all employees in the U.S. Attorney Office, as well as the EOUSA and U.S. DOJ who have possession or control of potentially relevant evidence, including but not limited to personnel who deal with record retention, deletion, and archiving. You should advise each of these employees to preserve any relevant documents in their custody. Furthermore, you should advise all such persons that any regularly scheduled and/or automatic deletion of paper or electronic documents must be discontinued with respect to any relevant data. In addition, any document destruction (such as shredding of documents) must cease with respect to any relevant documents. All relevant documents, both electronic and paper, must be preserved for the duration of this litigation.

If you have any questions about the details of these obligations, please contact me.

*Brian D. Hill*
Signed

**U.S.W.G.O.**

Thank You & Sincerely,
Brian D. Hill
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112