these two documents were filed in Roanoke because of 7-day Priority Mail and I cannot afford express Mail for overnight delivery

Please file all pages as this Declaration and all Exhibits on docket.