# EXHIBIT 2

For Federal civil complaint
-- MOTION REQUESTING PRETRIAL STATUS CONFERENCE FOR DISCOVERY MATTER -- MOTION AND BRIEF IN SUPPORT OF THIS REQUEST --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027

Case title: USA v. HILL

Date Filed: 11/25/2013
Date Terminated: 11/12/2014

Assigned to: JUDGE THOMAS D. SCHROEDER

Appeals court case number: 15-4057

**Defendant (1)**

| | |
|---|---|
| **BRIAN DAVID HILL**<br>*TERMINATED: 11/12/2014* | represented by **ERIC D. PLACKE**<br>OFFICE OF FEDERAL PUBLIC DEFENDER<br>301 N. ELM ST., STE. 410<br>GREENSBORO, NC 27401<br>336-333-5455<br>Fax: 336-333-5463<br>Email: Eric_Placke@fd.org<br>*TERMINATED: 09/30/2014*<br>*LEAD ATTORNEY*<br>Designation: Public Defender or Community Defender Appointment<br><br>**JOHN SCOTT COALTER**<br>MCKINNEY PERRY & COALTER, PA<br>POB 1800<br>GREENSBORO, NC 27401<br>336-549-5386<br>Email: scott@greensborolawyers.com<br>*TERMINATED: 11/12/2014*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment<br><br>**RENORDA E. PRYOR**<br>HERRING LAW CENTER, PLLC<br>16 W. MARTIN ST., STE. 307<br>RALEIGH, NC 27601<br>919-665-6737<br>Fax: 919-869-2367<br>Email: renordapryor@herringlawcenter.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252A(a)(5)(B) and (b)(2)<br>Possess child pornography of a prepubescent minor under 12 years of age<br>(1) | Ten (10) months and twenty (20) days imprisonment, but not less than time served; ten (10) years supervised release; $100.00 special assessment |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

USA represented by **ANAND PRAKASH RAMASWAMY**
U. S. ATTORNEY'S OFFICE
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336-333-5351
Fax: 336-333-5381
Email: anand.ramaswamy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2013 | 1 | INDICTMENT as to BRIAN DAVID HILL (1) count(s) 1. (Daniel, J) (Entered: 11/26/2013) |
| 11/26/2013 | 2 | ARREST Warrant Issued in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 11/26/2013) |
| 12/23/2013 | | Arrest of BRIAN DAVID HILL on 12/23/2013. (Starr, Logan) (Entered: 12/23/2013) |
| 12/23/2013 | | Attorney update in case as to BRIAN DAVID HILL. Attorney ERIC D. PLACKE for BRIAN DAVID HILL added. (Starr, Logan) (Entered: 12/23/2013) |
| 12/23/2013 | | Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD:Initial Appearance as to BRIAN DAVID HILL held on 12/23/2013. Proceedings Recorded. AUSA Sandra Hairston appeared on behalf of the USA. (Williamson, Wanda) (Entered: 12/23/2013) |
| 12/23/2013 | | Oral Motion Re: Detention by USA as to BRIAN DAVID HILL. (Williamson, Wanda) (Entered: 12/23/2013) |
| 12/23/2013 | 3 | SEALED FINANCIAL AFFIDAVIT by BRIAN DAVID HILL. (Daniel, J) (Entered: 12/23/2013) |
| 12/23/2013 | 4 | ORDER appointing Assistant Federal Public Defender ERIC D. PLACKE as counsel for BRIAN DAVID HILL. Signed by MAG/JUDGE L. PATRICK AULD on 12/23/2013. (Daniel, J) (Entered: 12/23/2013) |
| 12/23/2013 | 5 | ORDER SCHEDULING DETENTION HEARING/ARRAIGNMENT for 1/2/2014 at 2:30 PM in Winston-Salem Courtroom #3 before MAG/JUDGE JOI ELIZABETH PEAKE as to BRIAN DAVID HILL. Signed by MAG/JUDGE L. PATRICK AULD on 12/23/2013. (Daniel, J) (Entered: 12/23/2013) |
| 12/27/2013 | 6 | SEALED Pretrial Service Report. UPON COMPLETION OF THE DETENTION HEARING, ANY PAPER COPIES OF THE PRETRIAL SERVICES REPORT SHALL BE RETURNED TO THE PROBATION OFFICE. by Plaintiff USA, Defendant BRIAN DAVID HILL (Walser, Elizabeth) (Entered: 12/27/2013) |

| 12/27/2013 | 7 | ARREST Warrant Returned Executed on 12/20/2013 in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 12/30/2013) |
|---|---|---|
| 01/02/2014 | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:ARRAIGNMENT AND DETENTION HEARING as to BRIAN DAVID HILL (1) Count 1 held on 1/2/2014. AUSA Rob Lang. AFPD Eric Placke present with defendant. Defendant(s) pleads NOT GUILTY to all charges. No evidence presented. Defendant's Counsel stipulated to presentence report and ask detention order be entered until suitable conditions of release could be presented to the Court. The government consented to this request. Written order forthcoming. Proceedings recorded. (Garrett, Kim) (Entered: 01/02/2014) |
| 01/02/2014 | 8 | SCHEDULING ORDER as to BRIAN DAVID HILL Signed by John S. Brubaker, Clerk, U. S. District Court. Motions due 1/15/14. Responses due 1/22/14. Motion Hearing on any motions set for 2/3/14 at 9:30 am in Greensboro, N.C. Plea Agreements, if any, due no later than 12:00 noon 1/30/14. Change of Plea Hearing at 9:30 a.m. on 2/3/14, in Greensboro, N.C. Counsel to notify U.S. Attorneys Office of any scheduling conflicts no later than 1/27/14. Jury Trial set for 2/10/14 at 9:30 am in Greensboro, N.C. unless otherwise instructed by the Court. Distributed on 01/02/14. (Garrett, Kim) (Entered: 01/02/2014) |
| 01/03/2014 | 9 | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 1/2/2014, granting Government's Oral Motion for Detention without prejudice to Defendant moving to reopen these proceedings if he able to present a potential release plan for consideration by the Court as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 01/03/2014) |
| 01/15/2014 | 10 | MOTION for Extension of Time To File Motion Pretrial Motions until January 22, 2014 by BRIAN DAVID HILL. (Attachments: # 1 Text of Proposed Order)(PLACKE, ERIC) (Entered: 01/15/2014) |
| 01/17/2014 | | Motion Submission as to BRIAN DAVID HILL re 10 MOTION for Extension of Time To File Motion Pretrial Motions until January 22, 2014 to JUDGE CATHERINE C. EAGLES. (Sanders, Marlene) (Entered: 01/17/2014) |
| 01/17/2014 | 11 | ORDER signed by JUDGE CATHERINE C. EAGLES on 1/17/2014; the pretrial motion deadline in this case is hereby extended until Wednesday, January 22, 2014. The deadline for responses is hereby extended until Wednesday, January 29, 2014. The Court finds that the ends of justice are best served by granting this extension, and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this extension shall be excluded in computing the time within which the trial of any such offense must commence. See Title 18, United States Code, Section 3161(h)(7). (Sheets, Jamie) (Entered: 01/17/2014) |
| 01/22/2014 | 12 | MOTION for Psychiatric Exam – SEALED by USA, BRIAN DAVID HILL as to BRIAN DAVID HILL. Responses due by 2/18/2014 (Attachments: # 1 Text of Proposed Order)(PLACKE, ERIC) (Entered: 01/22/2014) |
| 01/23/2014 | | Motion Submission as to BRIAN DAVID HILL re 12 MOTION for Psychiatric Exam – SEALED to JUDGE CATHERINE C. EAGLES. (Sanders, Marlene) (Entered: 01/23/2014) |
| 01/23/2014 | 13 | SEALED ORDER re: 12 Motion for Psychiatric Exam – SEALED filed by BRIAN DAVID HILL. Signed by JUDGE CATHERINE C. EAGLES on 1/23/2014. (Daniel, J) (Entered: 01/23/2014) |
| 02/18/2014 | 14 | SEALED ORDER. Signed by JUDGE CATHERINE C. EAGLES on 2/18/2014. (Daniel, J) (Entered: 02/19/2014) |
| 04/21/2014 | 15 | MOTION to Suppress Confession by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 04/23/2014) |
| 04/21/2014 | 16 | MOTION to Suppress Evidence by BRIAN DAVID HILL. (Attachments: # 1 Letter from Defendant, # 2 Envelope)(Daniel, J) (Entered: 04/23/2014) |
| 05/08/2014 | 17 | Psychiatric Report Received SEALED as to BRIAN DAVID HILL. (Daniel, J) (Entered: 05/08/2014) |

| | | |
|---|---|---|
| 06/04/2014 | | Minute Entry for proceedings held before JUDGE N. C. TILLEY, JR: AUSA Anand Ramaswamy appeared on behalf of the Government. FAFPD Eric Placke appeared as counsel for the defendant. Status Conference as to BRIAN DAVID HILL held on 6/4/2014. Defendant did not state a basis to support the Pro Se Motions to Suppress, therefore the court denied the Motions. The Court denies Pro Se Motion to Substitute Counsel. Jury Trial set for 6/9/2014 before Judge Osteen, Jr., Courtroom No. 1, Greensboro, NC. (Court Reporter Jane Calhoun.) (Winchester, Robin) (Entered: 06/04/2014) |
| 06/04/2014 | | ORAL ORDER denying 15 Motion to Suppress as to BRIAN DAVID HILL (1); denying 16 Motion to Suppress as to BRIAN DAVID HILL (1) by JUDGE N. C. TILLEY, JR on 6/4/2014. See 6/4/2014 Minute Entry. (Winchester, Robin) (Entered: 06/04/2014) |
| 06/04/2014 | | Set Hearing as to BRIAN DAVID HILL Jury Trial set for 6/9/2014 09:30 AM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR.. (Winchester, Robin) (Entered: 06/04/2014) |
| 06/04/2014 | | Case as to BRIAN DAVID HILL assigned to Judge CHIEF JUDGE WILLIAM L. OSTEEN JR. (Winchester, Robin) (Entered: 06/04/2014) |
| 06/04/2014 | 18 | MOTION to Continue Trial by BRIAN DAVID HILL. Responses due by 6/30/2014 (Attachments: # 1 Text of Proposed Order)(PLACKE, ERIC) (Entered: 06/04/2014) |
| 06/05/2014 | | TEXT ORDER – The case of United States v. Brian David Hill was originally set for plea or trial during the June, 2014 Criminal Term. On June 4, 2014, a status conference was held, and following the status conference, this matter was set for trial beginning June 9, 2014, in Courtroom 1, apparently without objection. Later on June 4, 2014, counsel for Defendant filed a motion to continue. In light of the exceptional family circumstances described in the motion to continue, this court will continue jury selection and trial from June 9 to June 10 beginning at 11:00. If additional time is required to allow counsel and Defendant time to prepare for trial, the court will consider a request on June 10 to delay the start of the evidence until Wednesday, June 11, 2014. However, a further continuance to another term of court does not appear necessary in light of the fact counsel's motion suggests the requested delay is primarily for the purpose of allowing consultation between counsel and Defendant as to the court's rulings and to permit further plea discussions. Notably, the motion does not specifically identify any necessary trial preparation. [Issued by CHIEF JUDGE WILLIAM L. OSTEEN, JR., on 6/5/2014.] (Cable, Frances) (Entered: 06/05/2014) |
| 06/10/2014 | 19 | Factual Basis Document as to BRIAN DAVID HILL filed on 6/10/2014 (Welch, Kelly) (Entered: 06/10/2014) |
| 06/10/2014 | 20 | PLEA AGREEMENT as to BRIAN DAVID HILL (Welch, Kelly) (Entered: 06/10/2014) |
| 06/10/2014 | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G-1: CHANGE OF PLEA HEARING held on 6/10/2014. AUSA Anand Ramaswamy present on behalf of the Government. FAFPD Eric Placke present on behalf of the Defendant. Defendant present in custody. Defendant placed under oath and advised of rights/charges/penalties; Court reviews the plea agreement; BRIAN DAVID HILL (1) pleads GUILTY to Count 1. Court finds the Defendant is competent to enter a guilty plea; plea accepted and defendant adjudged GUILTY; Court orders the preparation of a Presentence Report, to be expedited. Court orders a psychosexual evaluation; (Sentencing set for 9/30/2014 09:30 AM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR.) (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 06/10/2014) |
| 08/11/2014 | 21 | SEALED Draft Presentence Investigation Report as to BRIAN DAVID HILL. Per LCrR32.2, the parties shall notify the probation officer of initial objections or corrections/modifications to the presentence report by 8/25/2014. Pleadings related to sentencing factors are due by 9/2/2014. (Whitten, Dana) (Entered: 08/11/2014) |
| 08/19/2014 | 22 | SEALED Response to Draft PSR – NOTICE TO PROBATION AND OPPOSING COUNSEL ONLY as to BRIAN DAVID HILL. (RAMASWAMY, ANAND) (Entered: 08/19/2014) |

| 08/21/2014 | 23 | Psychiatric Report Received SEALED dated 8/5/2014 in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 08/21/2014) |
|---|---|---|
| 08/25/2014 | 24 | SEALED Response to Draft PSR – NOTICE TO PROBATION AND OPPOSING COUNSEL ONLY as to BRIAN DAVID HILL. (PLACKE, ERIC) (Entered: 08/25/2014) |
| 08/27/2014 | 25 | SEALED MOTION *to Withdraw as Counsel of Record and to Extend Deadline for Filing Sentencing Position Papers* by BRIAN DAVID HILL as to BRIAN DAVID HILL. Responses due by 9/22/2014 (Attachments: # 1 Exhibit)(PLACKE, ERIC) (Entered: 08/27/2014) |
| 09/02/2014 | 26 | (SEALED) POSITION PAPER RE SENTENCING FACTORS – NOTICE TO THE COURT AND OPPOSING COUNSEL ONLY as to BRIAN DAVID HILL (PLACKE, ERIC) (Entered: 09/02/2014) |
| 09/02/2014 | 27 | MOTION filed by BRIAN DAVID HILL to Withdraw Guilty Plea. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/03/2014) |
| 09/03/2014 | 28 | FACTUAL STATEMENT of BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/03/2014) |
| 09/03/2014 | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G-1: Motion Hearing as to BRIAN DAVID HILL held on 9/3/2014. AUSA Nick Matkins appeared on behalf of the Government. FAFPD Eric Placke appeared on behalf of the Defendant. For the reasons stated in the record the Court denied 25 SEALED Motion, and as a result of the denial of the motion, the Court finds the motion for extension of time to file sentencing pleadings is moot and therefore denied. (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 09/04/2014) |
| 09/09/2014 | 29 | MOTION filed by BRIAN DAVID HILL to file more evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/09/2014) |
| 09/10/2014 | 30 | SUPPLEMENT filed by BRIAN DAVID HILL re: 29 MOTION to file more evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/10/2014) |
| 09/10/2014 | 31 | Additional Attachments to 30 Supplement. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/10/2014) |
| 09/15/2014 | 32 | MOTION by BRIAN DAVID HILL to file Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/15/2014) |
| 09/16/2014 | | Motion Submission as to BRIAN DAVID HILL re 29 MOTION to file more evidence, 27 MOTION to Withdraw Plea of Guilty, 32 MOTION to file evidence to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 09/16/2014) |
| 09/16/2014 | 33 | SEALED PRESENTENCE INVESTIGATION REPORT – FINAL as to BRIAN DAVID HILL. (Whitten, Dana) (Entered: 09/16/2014) |
| 09/18/2014 | 34 | MOTION to File Evidence filed by BRIAN DAVID HILL. (Attachments: # 1 Presidential Pardon Application, # 2 Envelope) (Sheets, Jamie) (Entered: 09/18/2014) |
| 09/18/2014 | 35 | MOTION entitled "Motion of Discovery" (Case files) filed by BRIAN DAVID HILL. (Sheets, Jamie) (Entered: 09/18/2014) |
| 09/18/2014 | 36 | MOTION entitled "Motion of Discovery" (forensic comupter examination) filed by BRIAN DAVID HILL. (Sheets, Jamie) (Entered: 09/18/2014) |
| 09/18/2014 | 37 | MOTION entitled "Motion to File Evidence" filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope) (Sheets, Jamie) (Entered: 09/18/2014) |
| 09/22/2014 | 38 | MOTION filed by BRIAN DAVID HILL of Evidence and Notification. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/23/2014) |
| 09/23/2014 | 39 | MOTION filed by BRIAN DAVID HILL for Substitution of Counsel. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/23/2014) |
| 09/23/2014 | 40 | MOTION filed by BRIAN DAVID HILL of Notification. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/23/2014) |

| 09/26/2014 | 41 | MOTION by BRIAN DAVID HILL to Declare. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| --- | --- | --- |
| 09/26/2014 | 42 | MOTION by BRIAN DAVID HILL to Suppress Evidence & Suppress the Confession. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/26/2014 | 43 | MOTION by BRIAN DAVID HILL to Withdraw Guilty Plea and Request a Trial. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/26/2014 | 44 | MOTION by BRIAN DAVID HILL to Testify. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/26/2014 | 45 | MOTION by BRIAN DAVID HILL to file Last Minute Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 09/26/2014) |
| 09/30/2014 | 46 | DECLARATION of Susan Basko in Support of BRIAN DAVID HILL'S Motion to Withdraw Guilty Plea, Motion for a Substitute Attorney, Sentencing, and any other purposes. (Attachments: # 1 Envelope)(Welch, Kelly) (Entered: 09/30/2014) |
| 09/30/2014 | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G-1: Case called for Sentencing as to BRIAN DAVID HILL on 9/30/2014; AUSA Anand Ramaswamy appeared on behalf of the Government. FAFPD Eric Placke appeared on behalf of the Defendant. Defendant present in custody. In light of Defendants pro se statements, Court allows FAFPD Placke to withdraw as counsel of record; Court to appoint substitute counsel; Court ordered all discovery material previously provided by the United States to be sealed and can only be viewed by substitute counsel; FAFPD Placke returned discovery material to AUSA Ramaswamy at the conclusion of this hearing; Court ordered Government to subpoena Susan Basko to appear at the sentencing hearing (see pleading 46 ); Court continued sentencing in this matter to 11/7/2014 at 3:00 p.m. in Greensboro, Courtroom 1; Status Conference set for 10/15/2014 at 2:00 p.m. (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 09/30/2014) |
| 09/30/2014 | | Set Hearings as to BRIAN DAVID HILL: Sentencing **reset** for 11/7/2014 03:00 PM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR. Status Conference set for 10/15/2014 02:00 PM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 09/30/2014) |
| 10/01/2014 | 47 | CJA 20 Appointment of Attorney JOHN SCOTT COALTER for BRIAN DAVID HILL. <br><br>**NOTICE: Pursuant to 18 U.S.C. section 3006A(d)(4), approved CJA voucher forms will be posted to CM/ECF. Appointed counsel is responsible for requesting redactions to information contained within CJA vouchers.** <br><br>Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 10/1/2014. (Attachments: # 1 CJA 20 Worksheets) (Daniel, J) (Entered: 10/01/2014) |
| 10/06/2014 | 48 | MOTION by BRIAN DAVID HILL to File Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 10/07/2014) |
| 10/06/2014 | 49 | MOTION by BRIAN DAVID HILL to File Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 10/07/2014) |
| 10/07/2014 | 50 | MOTION by BRIAN DAVID HILL to File Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 10/07/2014) |
| 10/07/2014 | 51 | MOTION by BRIAN DAVID HILL to File Evidence. Responses due by 10/31/2014 (Attachments: # 1 Envelope)(Daniel, J) (Entered: 10/07/2014) |
| 10/15/2014 | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G-1:Status Conference as to BRIAN DAVID HILL held on 10/15/2014. AUSA Anand Ramaswamy appeared on behalf of the Government. Attorney Scott Coalter appeared on behalf of the Defendant. Court addressed the status of this case with the parties; Defense counsel advised Mr. Hill doesn't want to withdraw his guilty plea and that he would be prepared to proceed with sentencing on 11/07/2014; Court allowed defendant until 10/27/2014 to file pleadings; Government's responses due 11/04/2014; (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 10/15/2014) |

| 10/24/2014 | 52 | (SEALED) POSITION PAPER RE SENTENCING FACTORS – NOTICE TO THE COURT AND OPPOSING COUNSEL ONLY as to BRIAN DAVID HILL (COALTER, JOHN) (Entered: 10/24/2014) |
|---|---|---|
| 10/29/2014 | 53 | NOTICE by BRIAN DAVID HILL. (Attachments: # 1 Envelope) (Sheets, Jamie) (Entered: 10/29/2014) |
| 11/10/2014 | | Minute Entry for proceedings held before CHIEF JUDGE WILLIAM L. OSTEEN JR. in G-1: Sentencing hearing as to BRIAN DAVID HILL held on 11/10/2014. AUSA Kyle Pousson appeared on behalf of the Government. Attorney Scott Coalter appeared on behalf of the Defendant. Defendant present in custody. For the reasons stated on the record, Court denied all pending pro se motions. (Court Reporter Joseph Armstrong.) (Welch, Kelly) (Entered: 11/10/2014) |
| 11/10/2014 | | ORAL ORDER denying Pro se Motions; Documents 27, 29, 32, 34, 35, 36, 38, 41, 42, 43, 44, 45, 48, 49, 50 and 51 as to BRIAN DAVID HILL (1). Issued by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 11/10/14. (See Minute Entry on 11/10/2014.) (Welch, Kelly) (Entered: 11/10/2014) |
| 11/12/2014 | 54 | JUDGMENT as to BRIAN DAVID HILL (1), Count(s) 1, Ten (10) months and twenty (20) days imprisonment, but not less than time served; ten (10) years supervised release; $100.00 special assessment. Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 11/12/2014. (Daniel, J) (Entered: 11/12/2014) |
| 01/12/2015 | 55 | MOTION filed by BRIAN DAVID HILL for Extension of Time to file Notice of Appeal. (Attachments: # 1 Notice of Appeal, # 2 Complaint, # 3 Additional Evidence, # 4 Envelope)(Daniel, J) (Entered: 01/13/2015) |
| 01/13/2015 | | Motion Submission as to BRIAN DAVID HILL re 55 MOTION for Extension of Time to File Notice of Appeal to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 01/13/2015) |
| 01/15/2015 | 56 | NOTICE filed by BRIAN DAVID HILL of Motion to Extend Time to file Appeal. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/15/2015) |
| 01/16/2015 | 57 | ORDER signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 1/16/2015; that Defendant's pro se Motion to Extend Time to File Appeal (Doc. 55) is **DENIED**. (Sheets, Jamie) (Entered: 01/16/2015) |
| 01/26/2015 | 58 | MOTION by BRIAN DAVID HILL to Stay Judgment. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/26/2015) |
| 01/26/2015 | 59 | MOTION by BRIAN DAVID HILL to Request a Delay on Destruction of Property. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/26/2015) |
| 01/26/2015 | 60 | New Evidence by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/26/2015) |
| 01/26/2015 | 61 | New Evidence Brief by BRIAN DAVID HILL re: 60 New Evidence. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/26/2015) |
| 01/29/2015 | 62 | NOTICE OF APPEAL without payment of fees filed by BRIAN DAVID HILL re: 54 Judgment and 57 Order. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 01/29/2015) |
| 01/29/2015 | 63 | Transmission of Notice of Appeal and Docket Sheet as to BRIAN DAVID HILL to US Court of Appeals re: 62 Notice of Appeal Without Fee Payment. (Daniel, J) (Entered: 01/29/2015) |
| 01/30/2015 | 64 | NOTICE of Docketing Appeal from USCA as to BRIAN DAVID HILL re: 62 Notice of Appeal Without Fee Payment. USCA Case Mgr. Cathi Bennett; USCA Case Number 15-4057. (Daniel, J) (Entered: 01/30/2015) |
| 02/02/2015 | 65 | REQUEST by BRIAN DAVID HILL for Transcript. (Attachments: # 1 CJA 24 & Letter to Court Reporter, # 2 Envelope)(Daniel, J) (Entered: 02/03/2015) |
| 02/02/2015 | 66 | REQUEST by BRIAN DAVID HILL for Transcripts. (Attachments: # 1 CJA 24(s))(Daniel, J) (Entered: 02/03/2015) |
| 02/03/2015 | 67 | CJA 20 as to BRIAN DAVID HILL Authorization to Pay John S. Coalter in the amount of $4,680.48, Voucher #141216000106. Signed by CHIEF JUDGE WILLIAM |

| | | L. OSTEEN JR. on 12/30/2014. (Daniel, J) (Entered: 02/03/2015) |
|---|---|---|
| 02/03/2015 | 68 | SEALED Attachments to 67 CJA 20 – Authorization to Pay in case as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 02/03/2015) |
| 02/05/2015 | 69 | USCA ORDER appointing **Mark A. Jones** as counsel for BRIAN DAVID HILL re: 62 Notice of Appeal Without Fee Payment. USCA Case #15-4057. (Daniel, J) (Entered: 02/06/2015) |
| 03/30/2015 | 70 | Letter/MOTION by BRIAN DAVID HILL for certified copies of all documents or information including all SEALED documents for this case. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 03/30/2015) |
| 04/03/2015 | 71 | New Evidence for a New Trial, Habeas Corpus Petition (2255 Motion), Judgment of Acquittal, to overturn the conviction, or any other purpose filed by BRIAN DAVID HILL. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Envelope)(Daniel, J) (Entered: 04/07/2015) |
| 04/06/2015 | 72 | Correction to New Evidence for a New Trial, Habeas Corpus Petition (2255 Motion), Judgment of Acquittal, to overturn the conviction, or any other purpose filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Additional attachment(s) added on 4/7/2015: # 2 Affidavit of Brian David Hill) (Daniel, J). (Entered: 04/07/2015) |
| 04/06/2015 | 73 | Additional Evidence for a New Trial, Habeas Corpus Petition (2255 Motion), Judgment of Acquittal, to overturn the conviction, or any other purpose filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 04/07/2015) |
| 04/07/2015 | 74 | USCA OPINION affirming in part; dismissed in part in case as to BRIAN DAVID HILL. USCA Case #15-4057. (Daniel, J) (Entered: 04/07/2015) |
| 04/07/2015 | 75 | JUDGMENT of USCA. In accordance with the decision of this court, the judgment of the district court is affirmed in part. The appeal is dismissed in part. This judgment shall take effect upon issuance of this court's mandate inaccordance with Fed. R. App. P. 41 in case as to BRIAN DAVID HILL. USCA Case #15-4057. (Daniel, J) (Entered: 04/07/2015) |
| 04/13/2015 | | Motion Submission as to BRIAN DAVID HILL re 70 MOTION for certified copies of all documents or information including all SEALED documents, 58 MOTION to Stay, 59 MOTION to Request a Delay on Destruction of Property to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 04/13/2015) |
| 04/22/2015 | | Case as to BRIAN DAVID HILL referred to CHIEF JUDGE WILLIAM L. OSTEEN JR., re: Prob 12B. (Daniel, J) (Entered: 04/22/2015) |
| 04/22/2015 | 76 | MOTION by BRIAN DAVID HILL requesting computer forensic examination in preparation for a writ of habeas corpus. (Daniel, J) (Entered: 04/23/2015) |
| 04/22/2015 | 77 | DECLARATION by BRIAN DAVID HILL on conditions at the times of false admissions of guilt. (Daniel, J) (Entered: 04/23/2015) |
| 04/23/2015 | 78 | Letter to BRIAN DAVID HILL regarding proper filing of court documents. (Daniel, J) (Entered: 04/24/2015) |
| 04/27/2015 | 79 | LETTER to Judge filed by BRIAN DAVID HILL. (Attachments: # 1 Envelope) (Daniel, J) (Entered: 04/27/2015) |
| 04/27/2015 | 80 | MOTION by BRIAN DAVID HILL to Strike and Rule out Psychiatric Diagnosis. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Envelope)(Daniel, J) (Exhibit E replaced with correct image on 4/28/2015) (Daniel, J). (# 7 Exhibit F) (Daniel, J) (Entered: 04/27/2015) |
| 04/27/2015 | 81 | MOTION by BRIAN DAVID HILL requesting for Autism Expert Testimony in preparation for Writ of Habeas Corpus. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 04/27/2015) |
| 04/27/2015 | 82 | SECOND DECLARATION by BRIAN DAVID HILL on conditions at the times of false admissions of guilt. (Attachments: # 1 Envelope)(Daniel, J) (Entered: |

| | | |
|---|---|---|
| | | 04/27/2015) |
| 04/27/2015 | 83 | EVIDENCE by BRIAN DAVID HILL of the fact IP Address 24.148.156.211 was well known to other people prior to it being flagged or menually entered in Boca Raton. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 04/27/2015) |
| 04/27/2015 | 84 | EVIDENCE by BRIAN DAVID HILL of first Joy Strickland email proving prior warning to NC SBI agent Rodney White on defendant's innocence. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Envelope)(Daniel, J) (Entered: 04/27/2015) |
| 04/28/2015 | | Motion Submission as to BRIAN DAVID HILL re: 76 MOTION for Discovery, 80 MOTION to Strike, 81 MOTION Requesting Autism Expert Testimony in preparation for Writ of Habeas Corpus, to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 04/28/2015) |
| 04/29/2015 | 85 | MANDATE of USCA. The judgment of this court, entered April 7, 2015, takes effect today. This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure as to BRIAN DAVID HILL. USCA Case #15-4507. (Daniel, J) (Entered: 04/29/2015) |
| 04/29/2015 | 86 | Probation form 12B Petition for Modification of Conditions of Probation with Consent of the Offender as to BRIAN DAVID HILL. Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 4/29/2015. (Daniel, J) (Entered: 04/29/2015) |
| 04/29/2015 | 87 | ORDER signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 4/29/2015, that Defendant's pro se Motion to Stay Judgment (Doc. 58 ), Motion to Request a Delay on Destruction of Property (Doc. 59 ), Letter/Motion requesting certified copies of documents (Doc. 70 ), Motion for Requesting Computer Forensic Examination (Doc. 76 ), Motion to Strike and Rule out Psychiatric Diagnosis (Doc. 80 ), and Motion for Requesting Autism Expert Testimony (Doc. 81 ) are **DENIED** for lack of good cause as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 04/29/2015) |
| 04/29/2015 | 88 | ORDER FOR WARRANT as to BRIAN DAVID HILL. Signed by CHIEF JUDGE WILLIAM L. OSTEEN JR. on 4/29/2015. (Daniel, J) Modified on 5/27/2015 to unseal document (Garrett, Kim). (Entered: 04/29/2015) |
| 04/29/2015 | 89 | Warrant Issued SRV as to BRIAN DAVID HILL. (Daniel, J) Modified on 5/27/2015 to unseal document(Garrett, Kim). (Entered: 04/29/2015) |
| 05/05/2015 | 90 | USCA ORDER granting counsel's motion to withdraw in case as to BRIAN DAVID HILL. USCA Case #15-4057. (Daniel, J) (Entered: 05/05/2015) |
| 05/28/2015 | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:Initial Appearance for Violators in case as to BRIAN DAVID HILL held on 5/28/2015. AUSA Randall Galyon. Proceedings recorded. (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | | Oral Motion Re: Detention by USA as to BRIAN DAVID HILL. (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | 91 | SEALED FINANCIAL AFFIDAVIT by BRIAN DAVID HILL (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | 92 | CJA 20 Appointment of Attorney RENORDA E. PRYOR for BRIAN DAVID HILL. **NOTICE: Pursuant to 18 U.S.C. section 3006A(d)(4), approved CJA voucher forms will be posted to CM/ECF. Appointed counsel is responsible for requesting redactions to information contained within CJA vouchers.** Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 05/28/15. (Attachments: # 1 CJA Worksheets) (Garrett, Kim) (Entered: 05/28/2015) |
| 05/28/2015 | 93 | ORDER SCHEDULING DETENTION/PRELIMINARY REVOCATION HEARING as to BRIAN DAVID HILL Detention/Preliminary Revocation Hearing set for 6/4/2015 02:30 PM in Winston-Salem Courtroom #3 before MAG/JUDGE JOI ELIZABETH PEAKE. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 05/28/15. (Garrett, Kim) (Entered: 05/28/2015) |

| 05/28/2015 | 94 | SRV Warrant Returned Executed on 5/27/2015 in case as to BRIAN DAVID HILL. (Daniel, J) (Entered: 05/29/2015) |
|---|---|---|
| 05/29/2015 | 95 | Emergency MOTION by BRIAN DAVID HILL to Recuse Judge. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 05/29/2015) |
| 05/29/2015 | 96 | Emergency MOTION by BRIAN DAVID HILL for Private Counsel. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 05/29/2015) |
| 05/29/2015 | 97 | NOTICE by BRIAN DAVID HILL of Deteriorating Health. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 05/29/2015) |
| 05/29/2015 | 98 | DECLARATION on Probation Issue by BRIAN DAVID HILL. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 05/29/2015) |
| 06/01/2015 | 100 | MOTION by BRIAN DAVID HILL for Case Dismissal. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/02/2015) |
| 06/01/2015 | 101 | DECLARATION by BRIAN DAVID HILL re: 100 Motion for Case Dismissal. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/02/2015) |
| 06/02/2015 | 99 | First MOTION to Continue *Detention and Preliminary Revocation Hearing* by BRIAN DAVID HILL. (Attachments: # 1 Text of Proposed Order)(PRYOR, RENORDA) (Entered: 06/02/2015) |
| 06/03/2015 | | Motions Referred: RE: 99 First MOTION to Continue *Detention and Preliminary Revocation Hearing*, to MAG/JUDGE JOI ELIZABETH PEAKE (Garrett, Kim) (Entered: 06/03/2015) |
| 06/03/2015 | 102 | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 6/3/2015, that the Defendant's Motion to Continue (Doc. # 99 ) is GRANTED, and the Detention and Preliminary Revocation Hearing is continued until 6/11/2015 in case as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 06/03/2015) |
| 06/03/2015 | 104 | DECLARATION by BRIAN DAVID HILL for Probable Cause hearing and any other purposes. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/04/2015) |
| 06/04/2015 | 103 | NOTICE OF HEARING as to BRIAN DAVID HILL: Final Hearing re Revocation of Supervised Release set for 6/25/2015 09:30 AM in Greensboro Courtroom #1 before CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 06/04/2015) |
| 06/04/2015 | | Motion Submission as to BRIAN DAVID HILL re 95 MOTION for Recusal, 96 MOTION to Appoint Attorney, 100 MOTION to Dismiss to CHIEF JUDGE WILLIAM L. OSTEEN JR. (Welch, Kelly) (Entered: 06/04/2015) |
| 06/05/2015 | | Reset Hearings as to BRIAN DAVID HILL: Detention/Preliminary Revocation Hearing set for 6/11/2015 02:30 PM in Winston-Salem Courtroom #3 before MAG/JUDGE JOI ELIZABETH PEAKE. (Garrett, Kim) (Entered: 06/05/2015) |
| 06/05/2015 | 105 | LETTER by BRIAN DAVID HILL {Entitled "Opinion on Judge Osteen"}. (Attachments: # 1 Deft's Letter "Promise of Change following Reinstatement of Supervised Release", # 2 Envelope) (Daniel, J) (Entered: 06/08/2015) |
| 06/08/2015 | | Case as to BRIAN DAVID HILL Reassigned to JUDGE THOMAS D. SCHROEDER. CHIEF JUDGE WILLIAM L. OSTEEN JR. no longer assigned to the case. (Powell, Gloria) (Entered: 06/08/2015) |
| 06/08/2015 | 106 | LETTER by BRIAN DAVID HILL {Entitled "Defendant Begs Probation Office"}. (Attachments: # 1 Deft's Letter "Health Deterioration Report #1/Week1", # 2 Envelope) (Daniel, J) (Entered: 06/08/2015) |
| 06/09/2015 | 107 | NOTICE of Rescheduling: Final Revocation Hearing set for 6/30/2015 at 02:00 PM in Winston-Salem Courtroom #2 before JUDGE THOMAS D. SCHROEDER. (Engle, Anita) (Main Document 107 replaced on 6/9/2015) (Engle, Anita). (Entered: 06/09/2015) |
| 06/11/2015 | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE:PRELIMINARY REVOCATION AND DETENTION HEARING as to BRIAN DAVID HILL held on 6/11/2015. AUSA Drew Cochran. Attorney Renorda Pryor present with defendant. Evidence presented. Probable cause found. Defendant |

| | | |
|---|---|---|
| | | detained. Written order forthcoming. Proceedings recorded. (Garrett, Kim) (Entered: 06/11/2015) |
| 06/15/2015 | 108 | LETTER filed by BRIAN DAVID HILL {Entitled "Health Deterioration Report #2/Week 2"}. (Attachments: # 1 Envelope) (Daniel, J) (Entered: 06/15/2015) |
| 06/16/2015 | 109 | REQUEST by BRIAN DAVID HILL for Transcripts. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/16/2015) |
| 06/17/2015 | 110 | ORDER granting Oral Motion as to BRIAN DAVID HILL (1) signed by MAG/JUDGE JOI ELIZABETH PEAKE on 6/17/2015; that Defendant be held in custody until the final revocation hearing in this matter. (Sheets, Jamie) (Entered: 06/17/2015) |
| 06/18/2015 | 111 | REQUEST by BRIAN DAVID HILL {Entitled "Request for Expediation of Revocation Hearing – Emergency Request/Motion"}. (Attachments: # 1 Complaint, # 2 Envelope)(Daniel, J) (Entered: 06/19/2015) |
| 06/18/2015 | 112 | DECLARATION filed by BRIAN DAVID HILL {Entitled "Declaration of Suffering and Recommendation for Release to Mental Hospital Pending Further Proceedings – Motion (Petition)"}. (Attachments: # 1 Envelope)(Daniel, J) (Entered: 06/19/2015) |
| 06/24/2015 | 113 | TRANSCRIPT of Plea as to BRIAN DAVID HILL for dates of 06/10/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336-332-6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <P>NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.</P> Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
| 06/24/2015 | 114 | TRANSCRIPT of Motion Hearing as to BRIAN DAVID HILL for dates of 09/03/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336-332-6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <P>NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.</P> Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
| 06/24/2015 | 115 | TRANSCRIPT of Hearing as to BRIAN DAVID HILL for dates of 09/30/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336-332-6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <P>NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.</P> Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |

| 06/24/2015 | [116](#) | TRANSCRIPT of Status Conference as to BRIAN DAVID HILL for dates of 10/15/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336-332-6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <P>NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.</P> Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
|---|---|---|
| 06/24/2015 | [117](#) | TRANSCRIPT of Sentencing as to BRIAN DAVID HILL for dates of 11/10/2014 before Judge William L. Osteen, Jr., Court Reporter/Transcriber J. Armstrong, Telephone number 336-332-6034. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <P>NOTICE RE: REDACTION OF TRANSCRIPTS: The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.</P> Redaction Request due 7/20/2015. Redacted Transcript Deadline set for 7/30/2015. Release of Transcript Restriction set for 9/25/2015. (Armstrong, Joe) (Entered: 06/24/2015) |
| 06/30/2015 | | Minute Entry for proceedings held before JUDGE THOMAS D. SCHROEDER: FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to BRIAN DAVID HILL held on 6/30/2015. Matter is contested. The Defendant denies violations and evidence is presented (see witness and exhibit list). The Court finds the Defendant in violation and continues the Defendant on supervision. Defendant withdraws all Pro se filings filed prior to 6/30/2015 hearing. Defendant is in the custody of the United States Marshal. AUSA Anand Ramaswamy appeared on behalf of the Government. Attorney Renorda Pryor appeared as counsel for the Defendant. (Court Reporter Briana Nesbit.) (Engle, Anita) (Entered: 07/01/2015) |
| 07/01/2015 | | TEXT ORDER by JUDGE THOMAS D. SCHROEDER on 7/1/2015 as to BRIAN DAVID HILL. Defendant withdraws all Pro se filings filed prior to the 6/30/2015 Supervised Release Violation Hearing including [97](#) Notice-Other filed by BRIAN DAVID HILL, [104](#) Declaration filed by BRIAN DAVID HILL, [108](#) Letter filed by BRIAN DAVID HILL, [111](#) Request filed by BRIAN DAVID HILL, [98](#) Declaration, [106](#) Letter filed by BRIAN DAVID HILL, [112](#) Declaration, [105](#) Letter filed by BRIAN DAVID HILL, and [109](#) Request filed by BRIAN DAVID HILL. All motions are denied as moot (see 6/30/2015 Minute Entry). (Engle, Anita) Docket Entry Modified on 7/8/2015 (Kemp, Donita). (Entered: 07/01/2015) |
| 07/02/2015 | | NOTICE of Docket Text/Event Modification as to defendant BRIAN DAVID HILL re: 118 OPINION, 119 DIABETIC SEIZURE REPORT #1, 120 EMERGENCY MOTION for Autism Expert for Revocation Hearing, 121 NOTICE of Recanting Testimonial Statement removed from the docket and released to the Defendant's attorney. (Daniel, J) (Entered: 07/02/2015) |
| 07/24/2015 | [122](#) | ORDER Supervised Release Violation Hearing signed by JUDGE THOMAS D. SCHROEDER on 7/23/2015. Defendant's supervised release is not revoked and the Defendant is to remain on supervised release. The Defendant shall participate in a cognitive behavioral treatment program and location monitoring home detention program as set out herein. All other terms and conditions of supervised release as previously imposed remain in full force and effect in case as to BRIAN DAVID HILL (1). (Daniel, J) (Entered: 07/24/2015) |
| 08/21/2015 | [123](#) | TRANSCRIPT of Proceedings as to BRIAN DAVID HILL SRV hearing for dates of 6/30/2015 before Judge Thomas D.Schroeder, Court Reporter Briana L. Nesbit, |

| | | |
|---|---|---|
| | | Telephone number 336-734-2514. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <P>NOTICE RE: REDACTION OF TRANSCRIPTS: **The parties have 5 business days to file a Notice of Intent to Request Redaction and 21 calendar days to file a Redaction Request. If no notice is filed, this transcript will be made electronically available to the public without redaction after 90 calendar days. Transcript may be viewed at the court public terminal or purchased through the court reporter before the 90 day deadline. After that date it may be obtained through PACER.**</P> Redaction Request due 9/14/2015. Redacted Transcript Deadline set for 9/24/2015. Release of Transcript Restriction set for 11/23/2015. (Nesbit, Brianna) (Entered: 08/21/2015) |
| 08/28/2015 | | Case as to BRIAN DAVID HILL referred to CHIEF JUDGE WILLIAM L. OSTEEN, JR. RE: PROB 12A. (Israel, Lisa) (Entered: 08/28/2015) |
| 09/01/2015 | | Case as to BRIAN DAVID HILL referred to JUDGE THOMAS D. SCHROEDER RE: PROB 12A. (Israel, Lisa) (Entered: 09/01/2015) |
| 09/04/2015 | 124 | PROBATION PETITION/ORDER adopting the Recommendation(s) of the Probation Officer in case as to BRIAN DAVID HILL. Signed by JUDGE THOMAS D. SCHROEDER on 9/2/2015. (Sheets, Jamie) (Entered: 09/04/2015) |
| 09/22/2015 | | Case as to BRIAN DAVID HILL referred to JUDGE THOMAS D. SCHROEDER re: Prob 22. (Daniel, J) (Entered: 09/22/2015) |