# PRIORITY MAIL



- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE

7016 0600 0000 8319 8520

FROM:
**U.S.W.G.O.**
Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, VA 24112

ATTN: Clerk of the Court
U.S. District Court
210 Franklin Road, S.W., Ste. 540
Roanoke, VA 24011

$10.00


