UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRIAN DAVID HILL, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:17-CV-00027-JLK |
| | ) | |
| v. | ) | |
| | ) | |
| EXECUTIVE OFFICE FOR THE | ) | |
| UNITED STATES ATTORNEYS, AND | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNITED STATES' MOTION TO QUASH DISCOVERY REQUESTS, OR IN THE ALTERNATIVE, TO STAY DISCOVERY**

NOW COMES the UNITED STATES OF AMERICA, on behalf of the

DEPARTMENT OF JUSTICE ("DOJ"), and its sub-component, the EXECUTIVE

OFFICE FOR THE UNITED STATES ATTORNEYS ("EOUSA"),  or (collectively

referred to as "Defendants"), through Rick A. Mountcastle, the Acting United States

Attorney for the Western District of Virginia,  and hereby moves to quash Brian David

Hill's, ("Plaintiff"), Request for Production of Documents and Things and Set of

Interrogatories, or in the alterative, to stay discovery, for reasons set forth in the

accompanying Memorandum in Support of the United States' Motion to Quash

Discovery Requests.

This the 12th day of July, 2017.

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney


/s/ Cheryl T. Sloan
Cheryl T. Sloan
NCSB #12557
Special Assistant U.S. Attorney
Western District of Virginia
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
(336)333-5351
cheryl.sloan@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRIAN DAVID HILL, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 4:17-CV-00027-JLK |
| | ) |
| v. | ) |
| | ) |
| EXECUTIVE OFFICE FOR THE | ) |
| UNITED STATES ATTORNEYS, AND | ) |
| UNITED STATES DEPARTMENT OF | ) |
| JUSTICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATION OF SERVICE

I hereby certify that on July 12, 2017, I electronically filed the foregoing Motion

to Quash, or in the alternative, to Stay Discovery, with the Clerk of the Court using the

ECF system.

I further certify that I have mailed by U.S. mail the Motion to Quash, or in the

alternative, to Stay Discovery, to the following non-ECF participants:

Brian David Hill
310 Forest Street, Apartment 2
Martinsville, VA  24112

RICK A. MOUNTCASTLE
Acting United States Attorney

 /s/ Cheryl T. Sloan
Cheryl T. Sloan
NCSB #12557
Special Assistant U.S. Attorney
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
(336)333-5351
Cheryl.Sloan@usdoj.gov