# EXHIBIT 2

For Federal civil complaint
-- PLAINTIFF'S OBJECTION TO DEFENDANTS' "UNITED STATES' MOTION TO QUASH DISCOVERY REQUESTS, OR IN THE ALTERNATIVE, TO STAY DISCOVERY" RE: DOC. # 28 -- OBJECTION AND BRIEF IN SUPPORT OF THIS OBJECTION --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

Brian David Hill

Plaintiff(s),

v.

Executive Office for United States Attorneys (EOUSA)
United States Department of Justice (U.S. DOJ)

Defendant(s),

Case No. **4:17-cv-00027**

**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK**

<u>Apart of Exhibit 2</u>, 480P DVD Video titled "Exhibit 2" video disc that was filed in support of PLAINTIFF'S OBJECTION TO DEFENDANTS' "UNITED STATES' MOTION TO QUASH DISCOVERY REQUESTS, OR IN THE ALTERNATIVE, TO STAY DISCOVERY" RE: DOC. # 28 -- _____ is being filed in paper or physical form with the Clerk's Office for the Western District of Virginia. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Virginia.

DATED this _____ day of _____ , _____ .

Brian D. Hill ( Pro Se)
310 Forest Street, Apartment 2
Martinsville VA 24112
Phone #: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK