# EXHIBIT 3

For Federal civil complaint
-- PLAINTIFF'S OBJECTION TO
DEFENDANTS' "UNITED STATES' MOTION TO
QUASH DISCOVERY REQUESTS, OR IN THE
ALTERNATIVE, TO STAY DISCOVERY" RE:
DOC. # 28 -- OBJECTION AND BRIEF IN
SUPPORT OF THIS OBJECTION --
Brian David Hill v. Executive Office
for United States Attorneys (EOUSA),
United States Department of Justice
(U.S. DOJ)

Civil Case Number 4:17-cv-00027

doc.leaK.sbi.hill.1.jpg

Ares Search Keywords — Ares search keyword "very sexy"

- Files Known.dat: The known.dat saves all files while knowing whether they are shared files. Files currently in the download list or downloaded in the past. For every file, information like file size, file name, hash keys, hash values, and some statistics are saved. From the analysis, this record showed that 422 files had been downloaded with the Ares program between July 20, 2011 and May 18, 2012. This record also showed that files were shared with other users and the number of times each file was shared.

- Files Search Keywords: This record is everything that has been recorded with Ares Downloaded. From the analysis, it was shown that the search terms recovered from the Ares file related friends, little […] Kindergarten, Kids [...] Nightmare, [...] passion, […] Shower, […] girl rape, reaching […] gets fucked.

doc.leak.sbi.hill.2.jpg

Area Search Keywords: One search keyword "very sexy"

eMule Known meta: The Known.met saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 30, 2012, and July 24, 2013. This record also showed that files were shared with other users and the number of times each file was shared.

eMule Search Keywords: This record contains every search that has been recorded and an acknowledgement if anything if a new search matches a previous one. From the analysis, this record showed 30 search terms: capture 11m, "pthc+6yr", "pthc+8yr", asian lolitas friends, lolita gang rape11, anal babies, "Yukie Kurahashi," "pthc Alabama5y," "olis preteens friends," Nina Nishizawa, 11yo, 13yo, [illegible], [illegible], 11yo peeing, 11yo bathroom, 11yo [illegible], [illegible], 11yo shower, 11yo chewing, [illegible], [illegible], loli rape, lesbian porn, 11yo bottom, preteen [illegible], ptsc forest.

[illegible lines]

doc.leak.sbi.hill.3.jpg



# CERTIFICATE OF DELIVERY
## STATE BUREAU OF INVESTIGATION
### CASE FILE

SBI Case File #: 2012-02446

Subject/Suspect(s): Brian David Hill

Based upon information and belief, the undersigned is providing a complete copy of the investigative file of the State Bureau of Investigation as of _____ (date), related to the investigation of offenses alleged to have been committed and/or the subject/suspect listed above. This case file/copy includes any statements, investigating agents' notes, results of tests and examinations, or any other matter or evidence obtained by the State Bureau of Investigation during the course of the investigation of the offenses alleged to have been committed.

If laboratory analyses are part of the investigation file, only the laboratory report is provided. The receiving person of the case file may find the need to request directly from the laboratory any data/bay the analyst.

This report may not be provided to other agencies that police reports. If local or state law enforcement participated in the investigation reported in the above-referenced SBI Case File Number and the undersigned being aware, the statements, investigating officers' notes, results of tests and examinations, copies of reports or any other matter or evidence obtained by such agencies may be obtained from those agencies.

In the event additional work is done on the investigation or other SBI personnel relative to the investigation reported in the above-referenced SBI Case File Number and/or the subject/suspect listed above or other material related to the case is discovered, the undersigned understands he or she has a continuing duty to turn over such material to the appropriate prosecutorial agency in a timely manner.

The investigative file of the State Bureau of Investigation was delivered to _____ vs _____ and delivered on _____ (date)

_____
(print name of person)

Signed: _____
(Special Agent)

Distribution:
Original: District Attorney
Copies: Records Management Section
        SAC
        Case Agent

SIGN IN  



# Leaked SBI Docs prove USWGO framed with child porn

by Anonymous

**Publication date** 2012-07-20
**Usage** CC0 1.0 Universal
**Topics** child porn, framed, uswgo, brian, hill, sbi, leak, leaked, hack, hacked, frame up, political, activism, activist, news reporter
**Publisher** Anonymous

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 2 files |
| DAISY | 2 files |
| EPUB | 2 files |
| FULL TEXT | 2 files |

Collection opensource

Contributor

Language English

| | |
|---|---|
| JPEG | 3 files |
| KINDLE | 2 files |
| PDF | 2 files |
| SINGLE PAGE PROCESSED JP2 ZIP | 2 files |
| TORRENT | 1 file |

SHOW ALL    23 Files

8 Original

Proof from SBI LEAK: USWGO Brian Hill framed with child porn by PC Virus, remote code execution

Spread this far and wide if you expect the ungrateful b@#tard of a U.S. Attorney Ripley Rand to acquit Brian.

Â Â Â Â Â They are planning to frame Brian Hill for another Probation
Violation and this time it won't be 6 months Home Detention.Â Â Â  They
will imprison Brian in a maximum security prison if Alex Jones doesn't
cover this.Â Â Â  I hacked into enough government email accounts and hacked
into telephone conversations to know what will happen to Brian.Â Â Â Â 
They are planning to imprison Brian David Hill, former USWGO Alternative
News reporter, for a very long time.Â Â Â  His home will soon be ransacked
by U.S. Marshals and FBI Agents.

In Collection

Community Texts

Uploaded by

MasterOfHu

on 3/13/2016

Â Â Â Â  As Brian is fighting right and left to prove his Innocence, the
State ICAC Task Force will receive more grant money and resources to
combat child pornography.

Views
507

The State Committee Co-Chairs stabbed Brian in the back by tossing his
evidence and refusing to investigate corruption within the fraudulent
child porn investigations geared towards political activism to destroy
activists.

Brian threatens the child pornography set up scheme along with Luke
Rudkowski and Stewart Rhodes for going public. Â Â Â Â  They want to charge
Brian with another felony. The leaked SBI Dox are his last hope. Â Â Â Â
Maybe Donald Trump will pardon him once he becomes President of the
United States. Maybe you all can rally for Trump to pardon Brian for his
legal innocence once he is voted in.

Once they imprison Brian in a Supermax, he is gone forever and might as
well be dead since they will drug him up until he becomes a school
shooter pasty. Â Â Â  The crooked U.S. Attorney knows there is a lot of
evidence for Jury acquittal of Brian David Hill but the system is stacked against him.

http://planet.infowars.com/politics/news-reporter-brian-david-hill-framed-with-child-pornography-proof

We hacked several different email accounts/Cellular_phones to receive a copy of these documents.

Had to violate federal hacking laws to receive photos via snarfing & reverse engineering android, OS, v.2. Â Â Â  Tools via darknet and hacking
CORE.

The documents LEAKED today are photos taken of State Bureau Of Investigation(North Carolina) documents.

https://www.anony.ws/i/2016/03/12/doc.leak.sbi.hill.1.jpg

https://www.anony.ws/i/2016/03/12/doc.leak.sbi.hill.2.jpg

https://www.anony.ws/i/2016/03/12/doc.leak.sbi.hill.3.jpg

The document screenshots show that it was signed by SA Rodney White. Â Â
SA White conducted a forensic examination of Brian David Hillâs Laptop.

Brian Hill is a former news reporter of that infamous organization called USWGO Alternative News, and made infowars & $#it.

All kinds of different websites acknowledge Brianâs work. Â DHS FOIA Doc dump anyone!

The document photos leaked, are Page IV, of SBI Forensic analysis report.

You can compare it with the Inventory listed on USAvHill(Archive.org).

Doc # 84-3, 1:13-cr-00435-WO, proves that Laptop seized on Aug 28, 2012.

Details:

Laptop that SBI White claimed child porn was downloaded: Black Toshiba Laptop Computer Satellite C655D Serial # 2C276987Q

Dates of when child porn was discovered downloaded: July 20, 2012, to July 28, 2013.

Date of when Laptop seized: Aug 28, 2012

Virus believed to have caused incident: Win32/MoliVampire.A, Win32/MoliVampire.B, eSet Virusradar detection; Generic.bfr!84C4BDF1E273, mcafee virus profile.

ESET found suspected virus: 07/26/2012

MCAFEE found suspected virus: 2/22/2012

Date that uswgo.com shut down: 09/01/2012

How did child porn download for 373 days to USWGOâs personal Laptop when most of the time it was not in his possession?

I know a lot âbout hacking. Â Â Â Â I believe the following happened on Brianâs computer:

1. Brian had written articles on uswgo.com that didnât paint a pretty picture of certain corrupt politicians.

2. In July 2012, Brianâs Laptop was hacked via remote code execution,
Windows vulnerabilities, hacking Windows 7 Operating System using basic
script kiddy tools, and computer viruses. Generic.bfr!84C4BDF1E273,
MoliVampire.A, or MoliVampire.B, attacked computer to run executed
software programs to share and download illegal child pornography files.
PTHC, PTSC, 10yo, you get the picture here.

3. Detective Robert Bridge(North Carolina) discovered IP Address
â24.148.156.211â³ downloading child pornography from eMule software
program. Around time that viruses were running on Laptop. Child
Protection System logged Laptop while infection was running emule.exe
and other file sharing programs/apparatus, by virus system via remote
code injection and execution. Hacker using remote control interface to
access eMule on unsuspecting computers..

4. IP logged(24.148.156.211) and entered into Child Protection
System; child pornography investigated.

5. Brian raided by Mayodan Police Department. Same Police dept. that he
personally had political dealings with according to chats Iâve had with
Clerk Hopper, from the daily town gossip. Mayodan public online records
of July, 2012, public comment period, reveals his frustration with

N.D.A.A federal law. Threatened to use statute to remove senator from

office. son of senator was over child pornography investigation and prosecution.

6. Case went federal after Brian was threatened by police to confess falsely, according to federal case files.

A computer virus is the culprit for downloading child porn to news reporterâs computer. SBI ignored computer virus as well as Mayodan Police. Â Â  Police threatened harm to Brian to falsely confess and the harm was his Mother being charged with child porn,, as a consequence.Â Â Â
Brian retaliated by consistent pro se filings and 2013 emails(J. Strickland) which later caused a probation violation hearing(2015).Â Â Â
public defender didnât represent former news reporter.

Ineffective counsel used to convict innocent news reporter.

It is clear that USWGO Alternative News reporter was framed with child
porn, framed by PC Virus caused by remote code injection, execution and
security holes found on his Laptop.

Early version of Windows 7 and lack of Service Pack updates caused child
porn to easily download to his Laptop via computer virus.

SBI report confirms this anomaly.

U.S. Attorney should overturn the criminal conviction of Brian David Hill as soon as possible. LEAK made possible by hacking tools created to
snark phones and Android based OS. Snarking programs will not be sourced as this creates intent to hack criminal violation. U.S. Attorney will lose more than his J.O.B if he continues with this immoral conviction. Even Mike Moore would film a Documentary about this.

We Are Anonymous!

We do not forgive!

We do not forget!

Expect us!

We know that Brian of USWGO was framed with kiddie porn. Overturn his
conviction or Anonymous fights back against corrupt Justice
Department. Â Â Â  We will not forgive!


Â Â Â  Brian defeated Righthaven within Federal Court.


Â Â Â Â Â  Hackers kept attempting to shut down uswgo.com for all
of their online political postings via DDoS attacks:


http://planet.infowars.com/politics/uswgo-has-been-suspended-due-to-a-traffic-spike-and-needs-new-server


Â Â Â Â Â  Now they are using child porn and threatening Brian with up to
two years in prison plus six months halfway house for each alleged
probation violation.


Â Â Â Â Â Â  All the corrupt USPO Kristy Burton said was "I was
afraid when Brian threw that temper tantrum"


Â Â Â Â Â  Lawyer asked "Did Brian try to come at you? Did he try to
attack you while he threw his temper tantrum?"


Â Â Â Â Â Â  USPO Burton said that Brian didn't ever try to attack her, just
sat in the chair while having his Autistic meltdown due to falsely
pleading guilty and they found him guilty for the Probation Violation

just for getting upset while sitting in a chair and throwing stuff behind him.

Â Â Â Â Â Â Â Â Â Â  The USPO Burton was likely planted by the corrupt State
Senator that his his fingers throughout the entire child porn investigation and state prosecution. Who Knows?

Â Â Â Â Â Brian is under one attack after another.

Â Â Â Â Â I've heard that one major law school in particular inside of North
Carolina has taken an interest in proving Brian's Innocence.

The enemy plans to set him up for another Probation Violation then give
him enough security points for a Super maximum Security Prison.Â Â Â Â They
will do everything they can to upset him and hurt him until he finally
loses it then the U.S. Attorney will have it's case to lock Brian away
with the Aaron Brotherhood gangsters.

In June 2012, Brian was filming right beside of Alex Jones and Aaron
Dykes. Â Â Â Â Â They even worked together at one time as Brian was the
ultimate ally of Infowars.

Now Brian is a registered Sex Offender for a crime that he didn't
commit.Â Â Â Â He interviewed Virgil Goode on May 26, 2012.Â Â Â Months
before he was framed with child porn.

Brian was a threat to a major political gear in the cog of the machine
of corruption.Â Â Â Â They will use his Autism and OCD against him until he
loses it mentally or he dies of diabetic complications.

The U.S. Marshals are definitely talking here and they suspect corruption within the Federal Court system and admitted to the corruption.Â Â Â Â  I can't say their names or which district they work for.Â Â Â Â  Brian is a target for his activism.

Identifier
Identifier-ark
Ocr
Ppi
Year 2012

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

SIMILAR ITEMS (based on metadata) ☐ Play items



Gmail Agenda Question
And Attendee Redacted



Former USWGO
Alternative News reporter