# EXHIBIT 4

For Federal civil complaint
-- PLAINTIFF'S OBJECTION TO DEFENDANTS' "UNITED STATES' MOTION TO QUASH DISCOVERY REQUESTS, OR IN THE ALTERNATIVE, TO STAY DISCOVERY" RE: DOC. # 28 -- OBJECTION AND BRIEF IN SUPPORT OF THIS OBJECTION --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027

**Exhibit 4**

