# EXHIBIT 6

**For Federal civil complaint**
**-- PLAINTIFF'S OBJECTION TO**
**DEFENDANTS' "UNITED STATES' MOTION TO**
**QUASH DISCOVERY REQUESTS, OR IN THE**
**ALTERNATIVE, TO STAY DISCOVERY" RE:**
**DOC. # 28 -- OBJECTION AND BRIEF IN**
**SUPPORT OF THIS OBJECTION --**
**Brian David Hill v. Executive Office**
**for United States Attorneys (EOUSA),**
**United States Department of Justice**
**(U.S. DOJ)**

**Civil Case Number 4:17-cv-00027**

# Exhibit 6

