Exhibit 8
1x disc for Clerk to file
Exhibit 8
...ill v. EOUSA
Audio disc

4:17-CV-27

~~1x disc for~~
Brian David Hill's testimony under Oath on July 14, 2017