CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 24 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

In the United States District Court

For the Western District of Virginia

Danville Division

Brian David Hill
Plaintiff(s)

v.

Executive Office for United States Attorneys
(EOUSA)
&
United States Department of Justice (U.S. DOJ)
Defendant(s)

Civil Action No. 4:17-cv-00027

## NOTICE OF APPEAL

Notice is hereby given that Brian David Hill ("Plaintiff") of 'Brian David Hill v. Executive Office for United States Attorneys and United States Department of Justice' in the above named case,* hereby appeal to the United States Court of Appeals for the 4th Circuit from the Order under Document #32 entered in this action on the 19th day of July, 2017. The Plaintiff appeals the Order under Document #32. Also Document #31 containing Plaintiff's objections (response) must be apart of the Appeal record since it was filed on 07/17/2017, two days before the order was entered.

**Plaintiff's NOTICE OF APPEAL is respectfully filed with the Court, this the 20th day of July, 2017**

1

| Date of signing: July 20, 2017 | Respectfully submitted, *Brian D. Hill* Signed Brian D. Hill (Pro Se) 310 Forest Street, Apartment 2 Martinsville, VA 24112 Phone #: (276) 790-3505 **U.S.W.G.O.** |
|---|---|

* See Rule 3(c) for permissible ways of identifying appellants.

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, I filed the foregoing
**NOTICE OF APPEAL**
with the Clerk of the Court by mail via United States Postal Service, Postage prepaid. Certified mailing Tracking # 7016-0600-0000-8319-8469

A copy of this filing was also mailed to the following:

| Cheryl Thornton Sloan | Clerk of the Court |
|---|---|
| U.S. Attorney Office | U.S. Court of Appeals |
| Civil Case # 4:17-cv-00027 | Civil Case # 4:17-cv-00027 |
| 101 South Edgeworth Street, 4th Floor | 1100 East Main Street, #501 |
| Greensboro, NC 27401 | Richmond, VA 23219 |
| Certified Mail tracking #: | Certified Mail tracking #: |
| 7016-0600-0000-8319-8476 | 7016-0600-0000-8319-8452 |

Plaintiff requests with the Court that copies of this filing be served upon the defendants' as stated in 28 U.S.C. §1915(d), that "The officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases. Plaintiff requests that copies be served with the defendants' via CM/ECF Notice of Electronic Filing ("NEF") email, by facsimile if the Government consents, or upon U.S. Mail. Thank You!

*Brian D. Hill*
Signed

**Signed**

**Brian David Hill (Pro Se)**
**Former news reporter & Founder of USWGO Alternative News**
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112
**U.S.W.G.O.**

2



7016 0600 0000 8319 8452

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 0600 0000 8319 8452

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To Clerk of the Court U.S. Court of Appeals

Street and Apt. No., or PO Box No. 1100 East Main Street #501

City, State, ZIP+4® Richmond, VA 23219

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8319 8469

7016 0600 0000 8319 8469

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To Clerk of the Court U.S. District Court

Street and Apt. No., or PO Box No. P.O. Box 1400

City, State, ZIP+4® Danville, VA 24543

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 0600 0000 8319 8476

7016 0600 0000 8319 8476

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To Cheryl Thornton Sloan, U.S. Attorney Office

Street and Apt. No., or PO Box No. 101 South Edgeworth Street, 4th Floor

City, State, ZIP+4® Greensboro, NC

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

FOIA, shine light on government thugs committing endless felonies and high crimes.

We won't fall even if the Government plants child porn yucky garbage on full of US. TRUMP will END the New World Order

Brian D. Hill
Signed

— Appeal Filed

Trump needs to drain the swamp.

Drain The Swamp [9/11 was an inside job.] MAGA

USWGO Alt. News stands against corruption. We won't fall even though Brian D. Hill got framed with yucky child porn garbage that was planted by Government thugs/slavedrivers.
INFOWARS will not fall to child porn planting.
We Are Change/We Are Alternative Media