**U.S.W.G.O.**

USWGO Alternative News stands against corruption
INFOWARS.COM stands against corruption-9/11 inside job

Brian D. Hill (USWGO)    *Brian D. Hill*
310 Forest St., Apt. 2    Signed
Martinsville, VA 24112

ATHOUS
7/22/17

ATTN: Clerk of the Court
U.S. District Court
P.O. Box 1400
Danville, VA 24543

CERTIFIED MAIL

7016 0600 0000 8319 8469

U.S. POSTAGE PAID
LYNCHBURG, VA
24504
JUL 20, 17
AMOUNT
$3.84
R2305K141802-02