CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 25 2017

JULIA C. DUDLEY, CLERK
BY: /s/ 
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRIAN DAVID HILL, | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:17-cv-00027 |
| v. | ) |
| | ) **ORDER** |
| EXECUTIVE OFFICE FOR | ) |
| UNITED STATES ATTORNEYS, *et al.*, | ) By: Hon. Jackson L. Kiser |
| | ) Senior United States District Judge |
| Defendants. | ) |

On June 23, 2017, Plaintiff Brian David Hill filed a Motion to Expedite Trial Proceedings. [ECF No. 21]. Defendants have not filed a response. Trial is currently scheduled, at both Plaintiff's and Defendants' request, for January 29-31, 2018. If the Parties wish to reschedule trial for an earlier date, they should confer amongst themselves and contact the clerk's office with a proposed date. The Court will not unilaterally decide an alternate date for trial. Accordingly, the Motion is **DENIED.**

The clerk is directed to forward this Order to Plaintiff and all counsel of record.

Entered this 25th day of July, 2017

*/s/ Jackson L. Kiser*
SENIOR UNITED STATES DISTRICT JUDGE