# EXHIBIT 4

For Federal civil complaint
-- PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING POSSIBLE DISHONESTY OF THE U.S. ATTORNEY OFFICE OF GREENSBORO, NORTH CAROLINA --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

**Civil Case Number 4:17-cv-00027**

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 7/25/2016
Number of pages: 2
Attn.: FOIA/Privacy Unit
Recipient's number: T12022526047
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\FOIA Request to EOUS\Error Correction: Yes to FAX) {2016-07-25} (2).tif
File description: FOIA Request to EOUSA(2)(Signed, READY to FAX).pdf
Recipient's Fax ID: 2022526047
Rate: 14400 bps

Time: 3:51:01 PM
Session duration: 2:13
To: U.S. Dept. of Justice, Executive Office for US Attys
Message type: Fax
Resolution: 200*200 dpi
Record number: 3573

Page 1/2 - FOIA Request to Exe. Office for U.S. Attorneys - 07/25/2016

# FOIA Request to Executive Office for United States Attorneys
## Monday, July 25, 2016 - 02:39 PM

| Susan B. Gerson, Acting Assistant Director<br>FOIA/Privacy Unit<br>Executive Office for United States Attorneys<br>U.S. Department of Justice | Room 7300, 600 E. Street, N.W.<br>Washington, DC 20530-0001<br>Phone: (202) 252-6020<br>Faxed to: (202) 252-6201 (please FWD) |

Dear FOIA/Privacy Unit, *Faxed to: 202-252-6047*

Pursuant to Title 5 U.S.C. § 552, Freedom of Information Act, I am filing this request Pro Se, as a respectful individual in his individual capacity, requesting a small number of specific records, if such records exist and can be located.

The records I am requesting are any copies of email records, documents, memos, fax records, digital records, and voice messages. The records I am requesting is in reference to "Brian David Hill" and any cases or research involving "Brian David Hill" between the dates, January 2012 to August 2012. Any exchanges between the U.S. Attorney and anybody between those dates.

The records are for the component of the U.S. Attorney Office in Greensboro, N.C., under Ripley Rand. The federal case is now closed and has been closed since November 12, 2014.

The Fee Category I am filing this request through is as follows:

Disability and indigent status: The request is pertinent to investigating the truth. I am indigent and qualify under Social Security to receive SSI Disability income, and that I qualify for a caretaker under Virginia Medicaid. Since I live off of SSI disability, I cannot afford any fees over $75. So I like to be notified in advance, if I have to pay any fees per this FOIA request.

I like to receive a written response after successfully receiving and processing this FOIA Request. I request a written response from the FOIA Unit upon successful receipt of this letter and attached "Declaration(Statement under Penalty of Perjury): Release Statement."

*Brian D. Hill*
Signed
U.S.W.G.O.

RECEIPT CONFIRMATION REQUESTED

Thank You & Sincerely,
Brian D. Hill
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 970-3505
310 Forest Street, Apt. 2, Martinsville, VA 24112

**URGENT**

(276) 790-3505

# FOIA Request to Executive Office for United States Attorneys
## Monday, July 25, 2016 - 02:39 PM

| | |
|---|---|
| Susan B. Gerson, Acting Assistant Director<br>FOIA/Privacy Unit<br>Executive Office for United States Attorneys<br>U.S. Department of Justice | Room 7300, 600 E. Street, N.W.<br>Washington, DC 20530-0001<br>Phone: (202) 252-6020<br>Faxed to: ~~(202) 252-6201 (please FWD)~~<br>*Faxed to: 202-252-6047* |

Dear FOIA/Privacy Unit,

Pursuant to Title 5 U.S.C. § 552, Freedom of Information Act, I am filing this request Pro Se, as a respectful individual in his individual capacity, requesting a small number of specific records, if such records exist and can be located.

The records I am requesting are any copies of email records, documents, memos, fax records, digital records, and voice messages. The records I am requesting is in reference to "Brian David Hill" and any cases or research involving "Brian David Hill" between the dates, January 2012 to August 2012. Any exchanges between the U.S. Attorney and anybody between those dates.

The records are for the component of the U.S. Attorney Office in Greensboro, N.C., under Ripley Rand. The federal case is now closed and has been closed since November 12, 2014.

The Fee Category I am filing this request through is as follows:

Disability and indigent status: The request is pertinent to investigating the truth. I am indigent and qualify under Social Security to receive SSI Disability income, and that I qualify for a caretaker under Virginia Medicaid. Since I live off of SSI disability, I cannot afford any fees over $75. So I like to be notified in advance, if I have to pay any fees per this FOIA request.

I like to receive a written response after successfully receiving and processing this FOIA Request. I request a written response from the FOIA Unit upon successful receipt of this letter and attached "Declaration(Statement under Penalty of Perjury): Release Statement."

*Brian D. Hill*
Signed

U.S.W.G.O.

**RECEIPT CONFIRMATION REQUESTED**

**URGENT**

Thank You & Sincerely,
Brian D. Hill
Former news reporter & Founder of USWGO Alternative News
Home Phone #: ~~(276) 970-3505~~
310 Forest Street, Apt. 2. Martinsville, VA 24112
(276) 790-3505

# (Attachment to 1-page Letter)
# Declaration(Statement under Penalty of Perjury):
# --Release Statement--

Declaration authorized by Title 28 U.S.C. § 1746

I declare that I am Brian David Hill, that I am currently a U.S. Citizen, and that I am born on May 26, 1990.

My SS# is [Rule5.2(a)]-0319.

I am requesting records on myself. I am the person that is seeking the records of myself.

I grant myself permission to request records that contain personal and confidential information on myself.

I live off of my SSI disability and I do not work a job. So I live off of a limited income. I am disabled.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on July 25, 2016.

*Brian D. Hill*
Signed
Signed
Brian David Hill(Pro Se)
310 Forest St., Apt. 2
Martinsville, VA 24112
Phone #: (276)790-3505