CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 25 2017

JULIA C. DUDLEY, CLERK
BY: HMcDaniel
DEPUTY CLERK

**In the United States District Court**

**For the Western District of Virginia**

**Danville Division**

| | |
|---|---|
| Brian David Hill )<br>Plaintiff(s) )<br> )<br>v. )<br> )<br>Executive Office for United States Attorneys )<br>(EOUSA) )<br>& )<br>United States Department of Justice (U.S. DOJ) )<br>Defendant(s) )<br> ) | Civil Action No. 4:17-cv-00027<br><br>ATTN: Hon. Judge Jackson L. Kiser |

### PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING NEW FOIA DOCUMENT RELEASE FROM DEFENDANT EOUSA 1 DAY AFTER CALL-IN APPEARANCE ON INFOWARS NEW SHOW "WAR ROOM" WITH OWEN SHROYER

NOW COMES, the plaintiff Brian D. Hill ("Plaintiff Hill", or "Plaintiff"), representing himself, and hereby respectfully files this DECLARATION in support of the Document #2 complaint and is filing new evidence in this civil case with the court concerning a new FOIA document release from Defendant Executive Office for United States Attorneys ("EOUSA") of the United States Department of Justice ("U.S. DOJ"), the other named Defendant of this case. Other new evidence will be detailed in the rest of this filing. The pages were released to Plaintiff on September 14, 2017 (date of receipt), and were mailed out via FedEx priority mail overnight delivery by Defendant EOUSA FOIA office on September 13, 2017. Coincidentally or non-coincidentally, on September 13, 2017,

1

Plaintiff had appeared for an INFOWARS show between 3 to 4 minutes titled the "War Room" with the host Owen Shroyer, publicly endorsed and/or supported by Alex Jones to which is the host of the famous Alex Jones Show on Geneses Communications Network ("GCN"). Owen Shroyer's new show is hosted around the time of 4-7 EST (3-6 CST), Monday-Friday. Anybody can call in with a phone number aka the call-in number (public show call in numbers: 512-646-4426 or 888-201-2244) to call into these INFOWARS shows operated by business 'Free Speech Systems, LLC', located in Austin, Texas. Because of the fact that Plaintiff Hill had proven to this court that he had been involved personally with Alex Jones when he had met with Alex Jones and Stewart Rhodes at the Hyatt Place Hotel in Chantilly, VA, around June, 2012. (See Document #31-4, the photograph of Exhibit 4 in *"PLAINTIFF'S OBJECTION TO DEFENDANTS' "UNITED STATES' MOTION TO QUASH DISCOVERY REQUESTS, OR IN THE ALTERNATIVE, TO STAY DISCOVERY" RE: DOC. # 28 -- OBJECTION AND BRIEF IN SUPPORT OF THIS OBJECTION"*). Alex Jones ("Mr. Jones") is the creator of the business known as 'Infowars' and 'PrisonPlanet'. He has been an Administrator, founder, and/or operator of both news media outlets to which Mr. Jones has stated that he wanted people to hear about what is going on around the world and how it relates to the "new world order" criminal conspiracy agenda or agendas by the Bilderberg Group and the other globalists. Infowars is also responsible for the successful presidential election of Donald John Trump, whom is famous for two of the campaign slogan terms "Make America Great Again" ("MAGA") and "Drain The Swamp". That is why the Plaintiff is a fan of U.S. President Donald J. Trump. Not only has Donald Trump vowed to go after the pedophile

2

rings that may have plagued our Federal Government, State Governments, and other corruption within police departments and local municipalities and county governments, but also Infowars has spoken out against the pedophile rings, while also acknowledging that child pornography can be planted on people's computers. That is why they (Infowars) lean more toward arresting those locking up kids in cages and real child abusers and real child molesters that actually did in fact harm children, instead of those simply accused of only possessing child pornography images because of **how easy it is for somebody in law enforcement, or at the Central Intelligence Agency ("CIA"), or even the National Security Agency ("NSA") to plant such abuse images to ruin a political enemy or even ruin an ex-wife or ex-husband,** however proving to this Court with video evidence or even documentation that Infowars and Donald Trump is against the pedophile rings is unnecessary to this FOIA case and would waste the court's time unless the Government demands that Plaintiff provides such proof, but **Plaintiff only wanted to bring this up as to why he was/is involved with Infowars because both Plaintiff, U.S. President Trump, and Infowars hate the pedophile rings. The Plaintiff wants to legally go after and expose the pedophile rings for framing him with possession of child pornography.** Not revenge but the **Plaintiff seeks lawful justice against the pedophile rings for trying to get him raped in prison and ruin his life, all because images were planted on his computer.** Plaintiff is even willing to work with the U.S. Federal Bureau of Investigation ("FBI") to investigate (if they are willing to even do so) to determine if Philip Edward Berger, Phil Berger Jr., Charles Caruso, Robert Bridge, Rodney V. White, Michael Brandt, Melissa K. Hopper, or any of the people

3

directly or indirectly involved in his wrongful conviction could be or could have been involved in the pedophile rings or some other kind of criminal activity which may have led to Plaintiff's wrongful conviction railroaded to him by two Court appointed lawyers that may be connected to the Phil Berger family (*John Scott Coalter is a registered republican in Guilford County, NC so he may be involved with Phil Berger as he is also republican a Senator President Pro Tempore, Eric David Placke had been at one time was involved with Wake Forest School of Law to which certain members of the Berger family had attended law school, along with court appointed appellate lawyer named Mark Jones whom sabotaged Plaintiff's federal appeal in the fourth circuit, Mark Jones, had also been at Wake Forest School of Law around the same time that one of the members of the Phil Berger family had attended that school*). Plaintiff has evidence of enough political connections between Plaintiff's child pornography case in federal court, and members and/or associates with the Philip Edward Berger family in North Carolina that is acting corruptly and has a lot of power and connections incl. to law enforcement. Plaintiff Hill wants to get his entire discovery packet of evidence (supported by **Brady v. Maryland and Giglio v. United States**, *regarding a <u>criminal Defendant's right to the discovery evidence to which can affect the Jury trial and the sentencing phase</u>, since <u>Habeas Corpus (2255 Motion) can affect the sentencing and/or the conviction</u> aka the guilty verdict of a criminal Defendant*) of what was originally used to wrongfully convict the Plaintiff of possession of child pornography by forcing him to falsely take the guilty plea agreement or face severe prison time, without even being allowed to review over the entire discovery packet of evidence prior to the false guilty plea. Plaintiff Hill wants to

4

prove that somebody hacked into his computer, then Mayodan Police of Rockingham

County, North Carolina seized his computer on allegations of child pornography as to the

Search Warrant signed by Judge Todd Berke of Forsyth County in Winston Salem, it was

reported in Page IV of Special Agent ("SA") Rodney V. White's report that child porn

continued to had downloaded on his hacked Black Toshiba Laptop Computer (Satellite

C655D) computer while it was in the custody of both the Mayodan Police Department

and the State Bureau of Investigation ("N.C. SBI"), and eMule.exe (as of statistical

analysis of the file Known.met according to Page IV of his report, missing from the

FOIA document release by Defendants') had reported to have stopped downloading files

on July 28, 2013, to which may be of suspected child pornography (aka, "files of

interest") according to the claims of Special Agent ("SA") Rodney V. White ("White") of

the SBI.

Because of the concern that Plaintiff was framed with child pornography, that his Laptop

was hacked, child porn was planted on his computer, the bazaar claim made by SA White

in the very SBI report that Defendant EOUSA is not releasing to the Plaintiff in response

to his original FOIA request, and the various claims made by radio show host Alex Jones

and Donald Trump going after the pedophile rings that have reportedly plagued our

Federal Government, **Plaintiff Hill wants to know why he was framed with child porn**

**and forced onto a Sex Offender Registry being treated worse than animals where**

**sex offenders cannot be allowed here or there or is restricted of what he can do with**

**his life for being forced to falsely register as a sex offender** because he went after the

5

wrong politician or politicians in the Town of Mayodan in North Carolina. **Dehumanized Sex Offenders are being treated worse than animals, and police can treat sex offenders worse than animals because of the stigmatization surrounding anybody accused of molesting a child, having sex with a child, or producing and/or possessing materials which constitutes child pornography.** As disgusting and horrible as the material is, as reported by law enforcement, **the Plaintiff is still entitled to at least being allowed ample access to, to inspect, and make copies of any law enforcement reports that can allow the criminal Defendant to (#1) prove one or more reasonable doubts to a Jury of his peers, to (#2) prove one or more facts of actual innocence to which upon a reasonable fact finder would conclude that no reasonable juror would convict the criminal Defendant upon reasonable doubt aka proving that the criminal elements of the Defendant were false and can be proven not true to obtain any factual innocence claims, and (#3) that had the criminal Defendant not been deprived of ample opportunity to get access to, to inspect, cross examine, and make photocopies of the entire discovery packet of the criminal evidence introduced by the U.S. Attorney, that would the Jury had convicted the Plaintiff of possession of child pornography?** The Jury would have found Plaintiff not guilty based on the evidence by the U.S. Attorney of Greensboro, North Carolina. The Plaintiff is willing to fight till he dies of old age or willing to risk ending up a victim of a future criminal Government sanctioned assassination plot, if that happens as a result of Plaintiff continuously fighting, because he is INNOCENT and wants off the Sex Offender Registry.

6

Plaintiff Hill not being given access to his entire discovery packet until after being convicted, then John Scott Coalter threatening to destroy the discovery packet so that Plaintiff cannot be allowed to prove his own actual innocence (See Document #2-8, Document #4-1, Document #12, Document #12-5), and the U.S. Attorney Office of Greensboro, North Carolina (Middle District of North Carolina) giving Plaintiff such a difficult time to fight for acquittal, the Plaintiff had decided enough was enough and to find a media outlet willing to listen. Tried the Roanoke Times, tried the Greensboro News & Record. Nobody wants to cover his story in the official corporate media.

Plaintiff Hill had called into the "War Room" with the host Owen Shroyer of Infowars. Owen Shroyer had prior knowledge of Plaintiff's case since the Plaintiff had mailed evidence of his case to Infowars via their P.O. Box addressed to Owen Shroyer and David Knight. The Plaintiff was able to give a brief statement on his case that the U.S. Attorney Office is knowingly covering up evidence that would have proven that somebody (within the Government and/or hackers that hacked into his computer) planted child porn on Plaintiff's Laptop. The term "child porn" was not mentioned in his show since the stigmatization would cause people to lose interest and his message muffled and muzzled. Infowars is one of the top alternative media outlets that is detrimental to the agenda of the "Globalists" and mega corporations that are in opposition to the sovereignty and Constitutionality of the United States of America. They are on many AM/FM radio stations terrestrially, and are syndicated across the country. Plaintiff Hill does not have the list of how many radio stations which syndicate the Alex Jones Show

7

and syndicate Owen Shroyer's the "War Room" but is aware that Infowars is highly popular compared to CNN and MSNBC.

Here are the new evidence and facts as follows:

## I. New Evidence and FACTS presented to this Court

1. Plaintiff had appeared on the "War Room" show by Owen Shroyer ("Mr. Shroyer") that is apart of the organization called "Infowars" (See, **Exhibit 1, Video DVD of an excerpt**) by calling into his show. He called in during the first hour between 4 and 5 PM, Eastern Standard Time (EST), on September 13, 2017. Owen introduced Plaintiff Hill that he was under attack by the left and that he thought that Plaintiff should tell his story. Plaintiff Hill made a brief statement regarding his case and provided the information of his case number and where his case could be located, so that anybody listening to Mr. Shroyer's show could look up and keep watch of Plaintiff's case. Mr. Shroyer appeared to have had one of his production staff lookup his case number and showed information of this federal lawsuit case on screen. Mr. Shroyer then made a short and brief comment after the Plaintiff had been given the time to tell his story briefly.

2. The Defendant EOUSA's FOIA office had mailed out a 2-page letter (See, **Exhibit 2, the letter and attached documentation, envelope scanned in and marked by Plaintiff of when received**), attached explanation of exemptions, and 4 pages of records released in part. Those pages were already released in

8

past within the original FOIA response by Defendant EOUSA of Defendant U.S. DOJ. The letter and attached documentation was mailed out using FedEx Express, Priority Mail, overnight delivery, which of course Defendants' had never mailed out anything before to the Plaintiff in a priority mail express overnight delivery envelope. It was always mailed out using standard postage but this is the time first time that Plaintiff had received anything from Defendants' from FedEx. It said in the FedEx paper that the envelope was mailed out. The envelope was mailed out on September 13, 2017, and the letter was typed up, rather quickly, on September 13, 2017. Plaintiff had received the envelope on September 14, 2017. The FedEx Office, Print, and Ship Center located in Washington, DC, the same location as the Defendant EOUSA's FOIA office, is open from 7AM to 10PM to mail out anything important, especially overnight delivery. Another FedEx office hours are from 7:30AM to 9:00PM, in Washington, DC. So it could be mailed out pretty late if any situation arises for such.

3. It could be coincidence or not a coincidence, that Plaintiff appears on an Infowars show that started the "War Room" broadcast around 4:00PM EST, and then on the same day Defendant EOUSA mails out via priority mail express overnight delivery by FedEx to Plaintiff (See, **Exhibit 2, the letter and attached documentation, envelope scanned in and marked by Plaintiff of when received**) the very same documents that were released in response to the FOIA (as stated in the original complaint) but with less redactions than the

9

previous FOIA release. It doesn't prove beyond doubt that Defendants' mailed out the envelope in response to Plaintiff Hill calling into an Infowars show program, but it does seem rather fishy and needs to be filed on the record if the Court wishes to determine if Defendants' mailed out a response in reaction to Plaintiff Hill appearing on a political talk show or radio show over the telephone, that has anywhere between thousands, to hundreds of thousands, to possibly millions of listeners, viewers, and interested people. It will be up to asking the Defendants' some questions as to whether they had mailed out that Express Mailing, which they had never done before in any mailings from the U.S. DOJ to Plaintiff, as a reaction to Plaintiff Hill appearing before the "War Room" show with the host Owen Shroyer.

4. Plaintiff Hill shall file the exact same pages released to Plaintiff from Defendant EOUSA in the original FOIA response that triggered this lawsuit/litigation in cited the original complaint. (See, **Exhibit 3, the 4 pages of what was originally released to Plaintiff in response to his FOIA request but had more redactions than in the 4 pages released in the more current FedEx mailing more recently received by Plaintiff**) In other words, Plaintiff will file with this Court the four pages of the 68 pages released in full and 26 pages released in part that was mentioned in the original complaint (See Document #2-3, Pages 11 and 12 of 15, Page ID# 90 and #91). This shows a comparison between the more recent release of records via the FOIA by FedEx

10

delivery, versus the original records received by Plaintiff on February 18, 2017 (See Document #2-3, Pages 14 and 15, Page ID# 93 and #94).

5. The Plaintiff has proven to this Court, that regardless of whether Defendant EOUSA was influenced or reacted to Plaintiff's appearance on an Infowars show, or not, that they did rerelease the same pages of the Mayodan Police Report that was one of the very things requested via the FOIA that was apart of the criminal discovery packet of evidence by Defendants' and the U.S. Attorney Office for the Middle District of North Carolina, in Greensboro. However they still did not release the 20th page of the Mayodan Police Report. So 19 pages of the 20 page Police Report is still the number of what Defendants' had released to Plaintiff in response to Plaintiff's original FOIA request. (See Document #2-7).

6. Plaintiff shall file with this court the missing 20th page of the Mayodan Police Report, that Defendants' had failed or refused, or neglected to provide the Plaintiff in response to his FOIA request. (See, **Exhibit 4, page 20 of the Mayodan Police Report**). Nothing needs to be redacted for filing this particular page with this Court, since the name of the officer is abbreviated and the Plaintiff has mentioned the full name of C. T. Brim throughout his criminal case. This is the document page that Defendant EOUSA did not release to the Plaintiff, and it has stated that "*I recovered property from NCSBI Special Agent Rodney White. SA White processed the digital evidence and found sufficient evidence to warrant a federal indictment. The property will be stored*

11

*in the department's evidence room. The remainder of the digital evidence will stay in SA White's custody.*" It shows that both the N.C. State Bureau of Investigation ("N.C. SBI") and the Mayodan Police Department both pushed for federally indicting Brian David Hill, aka Plaintiff Hill. Yet the U.S. Attorney has 19 pages of the 20 page Mayodan Police Report, and the FOIA office of Defendant EOUSA has still not released the (false) confession Audio CD and neither of the N.C. SBI case file on Brian David Hill, aka Plaintiff Hill.

**Does the Plaintiff need to call into Fox News or Sean Hannity next? Does the Plaintiff need to beg the New York Times to cover this case before the U.S. Attorney will finally release the rest of the discovery evidence that was improperly withheld by Defendants'?**

**This is ridiculous. The Plaintiff shouldn't have to go to the media to get justice in the Court, but his own federal public defender and court appointed lawyer John Scott Coalter both betrayed him and should be liable for subornation of perjury (forcing an disabled and brittle diabetic innocent man to falsely plead guilty), acted as both like prosecuting attorneys that didn't represent the best interests of the Plaintiff which would have caused Plaintiff Hill to have been found not guilty and wouldn't have had to file this lawsuit.** Plaintiff was violated and deprived of all Constitutional rights except surrender his rights by taking the guilty plea agreement. The Plaintiff will go to every media outlet possible to pursue justice if his wrongful conviction is not

12

corrected, if he is not given ample access and opportunity to inspect, make copies of, and cross examine the discovery evidence to mount a successful actual innocence defense via affirmative defense of frame up and prove false confession caused by coercion/threats.

It doesn't matter what type of crime that the Plaintiff had been charged with and wrongfully convicted back in 2013-2014. **Child Pornography allegations do not equal the necessity of unconstitutional (Adam Walsh Style) witch-hunts and overall stigmatization to which thus denies the criminal Defendant the right** to cross examine witnesses, **prove actual innocence under the adversarial system of due process**, the right to effective assistance of Counsel, the right to proper medical treatment while in jail to think properly and be able to testify and think properly to defend against such allegations, and other federal Constitutional rights afforded to all criminal Defendants, to which Plaintiff had none of those rights at all prior to falsely pleading guilty and all prior to the sentencing. **Arguably: Anybody can plant child porn images on anybody's computer, Congress did not intend for the Adam Walsh Act to be used as a predatorial federal prosecutorial abuse mechanism to frame up and ruin political activists.** Federal Prosecutors under local law enforcement or even the FBI or any law enforcement agency can have anybody set up with child porn possession, as it is easy to copy and move any file around, whether it be a text file or a small jpg/jpeg image or even a png file.

In fact another Federal case law ruling stated that "child pornography" cases cannot be used as a way to deprive a criminal Defendant of a Constitutional right which may

13

include the right to discovery, cross examination, confronting the witnesses in open court (incl. police), the right to effective assistance of Counsel.

**United States v. Frechette, 583 F.3d 374 (6th Cir. 2009):**

<u>**Case Law Analysis:**</u> *In this child pornography case, the government succeeded in persuading the Sixth Circuit that there was sufficient probable cause to search the defendant's house and seize his computers. Well worth reading, however, is Judge Moore's spirited dissent in which she decries the "radical view of probable cause" expressed in the majority opinion. She concludes her dissent with the following: "I cannot think of any other circumstance where we have endorsed an invasion of a person's privacy with so few facts from which to draw an inference that the intrusion would likely uncover evidence of a crime . . . <u>**As reprehensible as our society finds those who peddle, purchase, and view child pornography**</u>, we, as <u>**judges, must not let our personal feelings of scorn and disgust overwhelm our duty to ensure the protection of individual constitutional rights**</u>. . . . <u>**There is no such thing as a fair weather Constitution**</u> – one which <u>**offers the harbor of its protections against unreasonable search and seizure only in palatable contexts and only to worthy defendants**</u>."*

The U.S. Constitution offers a criminal Defendant's right to review, inspect, and make copies or even take notes, or even to cross examine the discovery evidence, to know what is being used against him/her in a criminal case to not be swept into a wrongful conviction on a **TRIAL BY AMBUSH, and to help create an effective defense at trial**. <u>**Plaintiff Brian David Hill was heading for a TRIAL BY AMBUSH in 2014 if he had**</u>

**not falsely taken the guilty plea**, no thanks to compromised, corrupt, neglectful, and ignorant defense Counsels such as Eric David Placke and John Scott Coalter. **Total deprivation and violation of his 14th Amendment, 6th Amendment, and even his 5th Amendment as he was forced to falsely admit guilt depriving him of his right to remain silent.**

**The Plaintiff does exhibit good cause as to why the Court should consider that the U.S. Attorney Office of Greensboro, NC, has done everything they can to further victimize Brian, lie about Brian, create false facts about Brian, and force Brian to register as a Sex Offender for a crime that he was framed on. Then the U.S. Attorney reacts by covering up the evidence to force Brian to continue registering as a Sex Offender, over and over again every year on November of each year, finger printed. Brian is being treated worse than a murderer or computer hacker or even a shoplifter. Even shoplifters and murderers don't have to register as a sex offender to which are restricted to what they are allowed to do in life and where they can live.**

Brian D. Hill, formerly of USWGO Alternative News, asks this Court along with the statement of current 45th U.S. President Donald John Trump to help "<u>Drain The Swamp</u>" of the <u>corruption, criminal behavior, and evil within our Federal Government agencies</u>. Brian asks that the U.S. Attorney not be acting so darn corrupt and stop trying to prevent Brian from proving his actual innocence. <u>Drain the Swamp of corruption and evil.</u> The criminal behavior of the U.S. Attorney Office should not be tolerated by federal law enforcement that follows their Oaths of Offices. Government, do no Evil! How many laws must the Government violate before the U.S. Attorney Office finally let Plaintiff Hill prove his actual innocence?

Plaintiff requests with the Court that a copy of this DECLARATION and Video DVD be served upon the Government as stated in **28 U.S.C. §1915(d)**, that "The **officers of the court shall issue and serve all process, and perform all duties** in such cases. **Witnesses shall attend as in other**

cases, and the same remedies shall be available as are provided for by law in other cases. Plaintiff requests that copies be served with the defendants' and the U.S. Attorney office of Roanoke, VA and AUSA Cheryl T. Sloan via CM/ECF Notice of Electronic Filing ("NEF") email. Thank You!

This PLAINTIFF'S DECLARATION is respectfully filed with the Court, this the ~~21st~~ *22nd* day of September, 2017

Date of signing:

*September 22, 2017*

Respectfully submitted,

*Brian D. Hill*
Signed          **Signed**
**Brian D. Hill (Pro Se)**
**310 Forest Street, Apartment 2**
**Martinsville, VA 24112**
**Phone #: (276) 790-3505**

**U.S.W.G.O.**

## <u>Declaration of Plaintiff Brian David Hill in support of "PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING NEW FOIA DOCUMENT RELEASE FROM DEFENDANT EOUSA 1 DAY AFTER CALL-IN APPEARANCE ON INFOWARS NEW SHOW "WAR ROOM" WITH OWEN SHROYER"</u>

I, Brian David Hill, declare pursuant to Title 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am Brian David Hill, also known as Brian D. Hill, and am the plaintiff in the Federal civil case: **Brian David Hill v. Executive Office for United States Attorneys et al., Civil Case No. 4:17-cv-00027**, in the U.S. District Court for the Western District of Virginia. I file this Declaration type of Affidavit with the Court with original signature as a sign of good faith and

16

demonstrating factual evidence showing good cause for such action.

2. Attached hereto as <u>Exhibit 1</u>, is a true and correct copy of the DVD Video (480P) disc and a AVCHD (Blu-Ray or High Definition) DVD video disc (may play in most Blu-Ray players as it contains the .M2TS video file for high definition video playing) that contains the video segment of the Infowars show the "War Room" with host Owen Shroyer, where Plaintiff Brian David Hill had called into the show to talk about being maliciously prosecuted, and mentioned about this FOIA lawsuit, and tried to make a statement about the U.S. Attorney covering up that files were planted on computer, referring to what was stated in the State Bureau of Investigation report of suspect Brian David Hill, the very SBI report that Defendants' have still not given Brian a copy of, and the only copy that Brian may get to is John Scott Coalter an attorney whom has threatened that he may dispose or destroy of the discovery evidence which includes the SBI case file, and has admitted that he is in conflict of interest for Plaintiff Brian David Hill wanting to overturn his guilty plea to prove his actual innocence. Video acquired by family from the YouTube channel of a Ron Gibson (no link available) and was saved in High Definition in .MP4 video format, and was produced in DVD quality format, as well as AVCHD 720P high definition quality DVD disc to which may be playable on most Blu-Ray players, and may also be playable on any computers with a Blu-Ray playing software. A page was included called the "NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK" as paper documentation for the Clerk,

17

for the record. This print-out is <u>1-Pages total, 1x AVCHD 720P</u> <u>DVD disc, and the Video DVD 480P is 2-discs total</u>.

3. Attached hereto as <u>Exhibit 2</u>, is a true and correct copy of the letter (dated September 13, 2017) that Plaintiff had received from the Executive Office for United States Attorneys ("EOUSA") the component of the United States Department of Justice ("U.S. DOJ") and attached documentation, and envelope scanned in and marked by Plaintiff of when received which was the date of September 14, 2017. The office that the letter came from appears to be from the "Freedom of Information Act & Privacy Act Staff", located at the "Bicentennial Building, 600 E Street, NW, Suite 7300, Washington, DC 20530". Signed by Kevin Krebs, the Assistant Director. This print-out is <u>8-Pages total</u>.

4. Attached hereto as <u>Exhibit 3</u>, is a true and correct copy of 4 pages from the entire originally released records (68 pages released in full, 26 pages released in part, 0 pages withheld in full, FOIA Request Number FOIA-2016-03570) in response to Plaintiff's original FOIA request dated as to being received by Defendant EOUSA on July 25, 2016. This print-out is <u>4-Pages total</u>.

5. Attached hereto as <u>Exhibit 4</u>, is a true and correct copy of Page-20 of the Mayodan Police Report to which Brian David Hill was a suspect. Obtained outside of the FOIA and obtained through written request to the Town of Mayodan via FAX. This appears to be the one(1) missing page that was never released via the FOIA by Defendant EOUSA and their FOIA office staff. Even though 19-pages were released of the Mayodan Police Report with pages containing redactions

18

(released in part) or released in full, there was a missing page. After examining and cross examining Plaintiff's copy of the Mayodan Police Report (OCA: 201200287)(without any redactions)(CASE SUPPLEMENTAL REPORT)(Printed: 12/16/2014 10:18) with the records released via the FOIA, it is concluded that Page 20 may have been the missing page from the records of the Executive Office for United States Attorneys. After reviewing through each page and discovered that Page 20 was not in the response envelope of papers, and confirming it by checking the pages of the Mayodan Police Report that Plaintiff has in his possession. Since there is no social security numbers, since Christopher Todd Brim and his full name is mentioned throughout Plaintiff Brian David Hill's criminal case (as defendant) on public pro se filings while the name on Page 20 simply is abbreviated as "BRIM, C. T. (374)", and all other information doesn't seem sensitive enough for redaction unless the Plaintiff is somehow wrong, Plaintiff releases this page in full to the Court as evidence to file on public record, as proof of authenticity and as proof of the existence of such record. This print-out is **1-Pages total**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *September 22, 2017*

*Brian D. Hill*
~~Signed~~

**Signed**

Brian David Hill (Pro Se)
Former news reporter, & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112



19

# CERTIFICATE OF SERVICE

**Plaintiff hereby certifies that on September 22, 2017, service was made by mailing the original of the foregoing**

**PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING NEW FOIA DOCUMENT RELEASE FROM DEFENDANT EOUSA 1 DAY AFTER CALL-IN APPEARANCE ON INFOWARS NEW SHOW "WAR ROOM" WITH OWEN SHROYER**
**+ Exhibits incl. Video DVD disc and AVCHD video DVD disc, copies of both discs marked for the Defendants' Attorney also filed with the Clerk requesting that service be mailed by mailing both discs to the Defendants' Attorney Cheryl T. Sloan.**

**by deposit in the United States Post Office, Priority Mail, Postage prepaid under certified mail tracking no. 7017-1070-0000-3531-4030, on September 22, 2017 addressed to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, Danville division (P.O. Box 1400). Then Appellant requests that the Clerk of the Court shall have consider mailing the two-Exhibit1 discs ((1) DVD Video, (2) AVCHD video DVD disc) then electronically filed the foregoing DECLARATION and NEW EVIDENCE using the CM/ECF system which will send notification of such filing to the following parties:**

**Cheryl Thornton Sloan**
**U.S. Attorney Office**
**Civil Case # 4:17-cv-00027, Appeal Case # 17-1866**
**101 South Edgeworth Street, 4th Floor**
**Greensboro, NC 27401**
**cheryl.sloan@usdoj.gov**

This is pursuant to Appellant's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases..."the Clerk shall serve process via CM/ECF to serve process with all parties.

20

| Date of signing:            | Respectfully submitted,          |
|-----------------------------|----------------------------------|
| *September 22, 2017*        | *Brian D. Hill*                  |
|                             | ~~Signed~~ Signed                |
|                             | Brian D. Hill (Pro Se)           |
|                             | 310 Forest Street, Apartment 2   |
|                             | Martinsville, VA 24112           |
|                             | Phone #: (276) 790-3505          |
|                             | USWG.O                           |

21