# EXHIBIT 1

For Federal civil complaint
-- PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING NEW FOIA DOCUMENT RELEASE FROM DEFENDANT EOUSA 1 DAY AFTER CALL-IN APPEARANCE ON INFOWARS NEW SHOW "WAR ROOM" WITH OWEN SHROYER --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

Brian David Hill

    Plaintiff(s),

v.

Executive Office for United States Attorneys (EOUSA)
United States Department of Justice (U.S. DOJ)

    Defendant(s),

Case No. **4:17-cv-00027**

**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK**

**Apart of Exhibit 1**, Video DVD disc and AVCHD (Blu-Ray) DVD video disc filed in support of "PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING NEW FOIA DOCUMENT RELEASE FROM DEFENDANT EOUSA 1 DAY AFTER CALL-IN APPEARANCE ON INFOWARS NEW SHOW "WAR ROOM" WITH OWEN SHROYER" _____ is being filed in paper or physical form with the Clerk's Office for the Western District of Virginia. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Virginia.

    DATED this 22nd day of September, 2017.

*Brian D. Hill*
Signed

Brian D. Hill ( Pro Se)
310 Forest Street, Apartment 2
Martinsville VA 24112
Phone #: (276) 790-3505

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK