# EXHIBIT 2

For Federal civil complaint
-- PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING NEW FOIA DOCUMENT RELEASE FROM DEFENDANT EOUSA 1 DAY AFTER CALL-IN APPEARANCE ON INFOWARS NEW SHOW "WAR ROOM" WITH OWEN SHROYER --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information Act & Privacy Act Staff*

Bicentennial Building  (202) 252-6020
600 E Street, NW, Suite 7300  (202) 252-6047 Fax
Washington, DC 20530

September 13, 2017

Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, VA 24112

Re: Request Number: FOIA-2016-03570; *Hill v. EOUSA*, CASE NO. 4:17-CV-00027 (WDVA)
Date of Receipt: July 25, 2016
Subject of Request: Self

Dear Mr. Hill:

    This letter constitutes a supplemental response from the Executive Office for United States Attorneys, the official record keeper for all records located in this office and the various United States Attorney's offices.

    To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

    The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you.

    Enclosed please find:

<u>4</u> page(s) are being released in part (RIP).

    The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

    (b)(6)
    (b)(7)(C)

    Because this matter is in litigation, we have omitted our standard paragraph concerning administrative appeal procedures.

If you have any questions about this matter, please contact AUSA Cheryl Sloan with the United States Attorney's Office for the Middle District of North Carolina.

Sincerely,

Kevin Krebs
Assistant Director

Enclosure(s)

Form No. 0021nofee – 4/11

2

# EXPLANATION OF EXEMPTIONS

## FOIA: TITLE 5, UNITED STATES CODE, SECTION 552

(b) (1)      (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;

(b)(2)      related solely to the internal personnel rules and practices of an agency;

(b)(3)      specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)      trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)      inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)      personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)      records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8)      contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)      geological and geophysical information and data, including maps, concerning wells.

## PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)      information complied in reasonable anticipation of a civil action proceeding;

(j)(2)      material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)      information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)      investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)      material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)      required by statute to be maintained and used solely as statistical records;

(k)(5)      investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence;

(k)(6)      testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)      material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence.

FBI/DOJ

1/06

**INCIDENT/INVESTIGATION REPORT**
Page 2

Mayodan Police Department

OCA: 2012-00287

## Status Codes
L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found

### DRUGS

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg | Importing | Operating |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### OFFENDER

Offender Used Alcohol/Drugs: ☐ Yes ☐ Unk  ☒ No ☐ N/A
Computer: ☐ Yes ☐ Unk  ☒ No ☐ N/A

Offender 1 — Age: 22  Race: W  Sex: M
Offender 2 — Age: 45  Race: W  Sex: F
Offender 3 — Age:  Race:  Sex:
Offender 4 — Age:  Race:  Sex:
Offender 5 — Age:  Race:  Sex:
Offender 6 — Age:  Race:  Sex:

Primary Offender Resident Status: ☒ Resident  ☐ Non-Resident  ☐ Unknown

### SUSPECT

Name (Last, First, Middle): **HILL, BRIAN DAVID**
Also Known As:
Home Address: 413 North 2nd Avenue, Mayodan NC
Occupation: DISABLED
Business Address:

| DOB / Age | Race | Sex | Hgt | Wgt | Build | Hair Color | Hair Style | Hair Length | Eye Color | Glasses |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/1990 / 23 | W | M | 600 | 185 | | BLO | | | BLU | |

Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics):

Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes

Was Suspect Armed?  Type of Weapon:  Direction of Travel:  Mode of Travel:

VYR | Make | Model | Style | Color | Lic/Lis | Vin

### WITNESS

Name (Last, First, Middle):  D.O.B.  Age  Race  Sex  Mobile Phone
Home Address:  Home Phone  Employer  Phone

Suspect Hate / Bias Motivated: ☐ Yes ☒ No  Unknown (Offender's motivation not known)

### NARRATIVE

On Wednesday, August 22, 2012 at 1400 hours, I, Detective Sergeant ▮▮▮▮▮ received a report of a possible Child Pornography case at 413 North 2nd Avenue in Mayodan, North Carolina. (B)(6) (B)(7)(c)

I met with Reidsville Police Detective ▮▮▮▮▮ at his department to discuss this case. Detective ▮▮▮▮ stated that he was a member of the Internet Crimes Against Children (ICAC) Task Force. According to Detective ▮▮▮▮ he discovered that an Internet Protocol (IP) address in our jurisdiction was being used to download child pornography.

Detective ▮▮▮▮ said he obtained a subpoena for the IP address information, and determined that the IP address was registered to ▮▮▮▮▮▮▮▮▮▮ in Mayodan, North Carolina. Using this information, I confirmed that ▮▮▮▮▮▮ Brian David Hill, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ police officer knowledge. (B)(6) (B)(7)(c)

At 1430, I phoned Chief Charles Caruso and asked him to drive by the residence and photograph it with his cellular phone. I also requested that he check for any open and unsecured "Wi-Fi" signals in the area. He photographed the residence and noted that no unsecured "Wi-Fi" signals were being broadcasted by any residents in the area of 413


North 2nd Avenue.

While in Detective ▓▓▓ office, he showed me the webpages and downloaded files that were retrieved by the ICAC software. The videos downloaded by the Hill's IP address (24.148.156.211) were child pornography, commonly referred to as Pre-Teen Soft Core (PTSC) and Pre-Teen Hard Core (PTHC). I personally viewed a five second segment of each video and confirmed that it was child pornography.

**(B)(6)**
**(B)(7)(c)**

Detective ▓▓▓ said that the person or persons using IP address 24.148.156.211 were utilizing Peer to Peer (P2P) file sharing programs to download pornographic videos and pictures of children. These programs require that the person operating the computer search for specific content to download. Therefore, it was determined that whomever downloaded the images and videos using IP address 24.148.156.211 did so deliberately and not accidentally. Using this information, Detective ▓▓▓ and I wrote a search warrant for ▓▓▓▓▓▓▓▓▓ Brian David Hill and the premises and property located at 413 North 2nd Avenue in Mayodan, North Carolina.

Mayodan Police Department                                          OCA: **201200287**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *FURTHER INVESTIGATION*   **Case Mng Status:** *ACTIVE*   **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

**Investigator:** (B)(6)   **Date / Time:** *08/29/2012 14:24:00, Wednesday*
**Supervisor:** (B)(7)(c)   **Supervisor Review Date / Time:** *NOT REVIEWED*
**Contact:**   **Reference:** *Investigative Progress*
*101 North 3rd Avenue, Mayodan*

On Wednesday, August 29, 2012 at 1424 hours, I turned in the original search warrant and an inventory of seized items to the Rockingham County Clerk's Office. Both were signed and time and date stamped.

## CASE SUPPLEMENTAL REPORT

Printed: 10/14/2013 10:36

*Mayodan Police Department*

OCA: **201200287**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *FURTHER INVESTIGATION*  **Case Mng Status:** *ACTIVE*  **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

**Investigator:** ▮▮▮ (B)(6)  
**Supervisor:** ▮▮▮ (B)(7)(c)  
**Contact:** ▮▮▮

**Date / Time:** *10/03/2012 10:00:00, Wednesday*  
**Supervisor Review Date / Time:** *10/03/2012 13:55:56, Wednesday*  
**Reference:** *Investigative Progress*

On Wednesday, October 3, 2012 at 1000 hours, I met with North Carolina State Bureau of Investigation Special Agent ▮▮▮ (SA ▮▮▮) at his office and discussed this case.

(B)(6)
(B)(7)(c)

SA ▮▮▮ said he would conduct the forensic analysis of all the seized computer files and hard drives. SA ▮▮▮ inventoried the items to be processed and gave me a copy.

Page 19

Case 4:17-cv-00027-JLK-RSB   Document 40-2   Filed 09/25/17   Page 8 of 9   Pageid#: 769

Received on
September 14, 2017  Brian D Hill
                    Signed

Page 1 of 1

ORIGIN ID:RDVA  (202) 515-2121
DONNA PRESTON
DEPT OF JUSTICE/EOUSA
600 E STREET., NW

WASHINGTON, DC 20530
UNITED STATES US

SHIP DATE: 13SEP17
ACTWGT: 1.00 LB
CAD: 100065898/INET3920

BILL SENDER

TO  BRIAN HILL

310 FOREST ST.
APT. 2
MARTINSVILLE VA 24112
(276) 790-3505      REF: EOUSA
INV:
PO: USA/SS/EOUSA1/MAIN     DEPT:


FedEx Express

THU - 14 SEP 10:30A
TRK# 7702 5141 0243    PRIORITY OVERNIGHT
0201

XH DANA            24112
              VA-US  GSO