# EXHIBIT 3

**For Federal civil complaint**
**-- PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING NEW FOIA DOCUMENT RELEASE FROM DEFENDANT EOUSA 1 DAY AFTER CALL-IN APPEARANCE ON INFOWARS NEW SHOW "WAR ROOM" WITH OWEN SHROYER --**
**Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)**

**Civil Case Number 4:17-cv-00027**

### Status Codes
L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

### DRUGS

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg | Importing | Operating |
|-----|--------|----------|--------------|----------------|---------|-----|------|-----|-----------|-----------|
|     |        |          |              |                |         |     |      |     |           |           |

### OFFENDER

Offender Used Alcohol/Drugs: ☐ Yes ☐ Unk ☒ No ☐ N/A
Computer: ☐ Yes ☐ Unk ☒ No ☐ N/A

- Offender 1: Age: 22, Race: W, Sex: M
- Offender 2: Age: 45, Race: W, Sex: F
- Offender 3: Age: , Race: , Sex:
- Offender 4: Age: , Race: , Sex:
- Offender 5: Age: , Race: , Sex:
- Offender 6: Age: , Race: , Sex:

Primary Offender Resident Status: ☒ Resident ☐ Non-Resident ☐ Unknown

### SUSPECT

Name (Last, First, Middle): **HILL, BRIAN DAVID**
Also Known As:
Home Address: 413 North 2nd Avenue, Mayodan NC
Occupation: DISABLED
Business Address:

| DOB / Age | Race | Sex | Hgt | Wgt | Build | Hair Color | Hair Style | Hair Length | Eye Color | Glasses |
|-----------|------|-----|-----|-----|-------|------------|------------|-------------|-----------|---------|
| 05/23/1990 / 23 | W | M | 600 | 185 |  | BLO |  |  | BLU |  |

Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics):

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes |
|-----|--------|--------------|-----------|-----------|-------------------|-------|-------|
|     |        |              |           |           |                   |       |       |

Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|-----|------|-------|-------|-------|---------|-----|

### WITNESS

Name (Last, First, Middle): | D.O.B. | Age | Race | Sex | Mobile Phone
Home Address: | Home Phone | Employer | Phone

Suspect Hate / Bias Motivated: ☐ Yes ☒ No   *Unknown (Offender's motivation not known)*

### NARRATIVE

(B)(6)
(B)(7)(c)
(B)(7)(d)
(B)(7)(e)

[Narrative content redacted/blacked out]

**INCIDENT/INVESTIGATION REPORT**

Narr. (cont.) OCA: 2012-00287     *Mayodan Police Department*     Page 3

North 2nd Avenue.



**(B)(6)**
**(B)(7)(c)**
**(B)(7)(d)**
**(B)(7)(e)**

## CASE SUPPLEMENTAL REPORT

*NOT SUPERVISOR APPROVED*

Printed: 10/14/2013 10:36

*Mayodan Police Department*

OCA: ***201200287***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *FURTHER INVESTIGATION* **Case Mng Status:** *ACTIVE* **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

**Investigator:** (B)(6) **Date / Time:** *08/29/2012 14:24:00, Wednesday*

(B)(7)(c)

**Supervisor:** (B)(7)(d) **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:** **Reference:** *Investigative Progress*

*101 North 3rd Avenue, Mayodan*

(B)(7)(c)

(B)(7)(d)

(B)(7)(e)

# CASE SUPPLEMENTAL REPORT

Printed: 10/14/2013 10:36

*Mayodan Police Department*

OCA: ***201200287***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *FURTHER INVESTIGATION* **Case Mng Status:** *ACTIVE* **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

**Investigator:** (B)(6) **Date / Time:** *10/03/2012 10:00:00, Wednesday*

**Supervisor:** (B)(7)(c) **Supervisor Review Date / Time:** *10/03/2012 13:55:56, Wednesday*

**Contact:** (B)(7)(d) **Reference:** *Investigative Progress*

(B)(6)

(B)(7)(c)

(B)(7)(d)

(B)(7)(e)