# EXHIBIT 4

For Federal civil complaint
-- PLAINTIFF'S DECLARATION IN SUPPORT OF DOCUMENT #2 COMPLAINT, AND NEW EVIDENCE CONCERNING NEW FOIA DOCUMENT RELEASE FROM DEFENDANT EOUSA 1 DAY AFTER CALL-IN APPEARANCE ON INFOWARS NEW SHOW "WAR ROOM" WITH OWEN SHROYER --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027

Mayodan Police Department                             OCA: **201200287**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLOSED/CLEARED    **Case Mng Status:** CLEARED BY ARREST BY    **Occured:** 08/22/2012

**Offense:** SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR

**Investigator:** BRIM, C. T. (374)                **Date / Time:** 10/13/2013 10:30:00, Sunday
**Supervisor:** BRIM, C. T. (374)                  **Supervisor Review Date / Time:** 10/13/2013 11:00:00, Sunday
**Contact:**                                        **Reference:** Investigative Progress

I recovered property from NCSBI Special Agent Rodney White. SA White processed the digital evidence and found sufficient evidence to warrant a federal indictment. The property will be stored in the department's evidence room. The remainder of the digital evidence will stay in SA White's custody.