**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To *Clerk of the Court U.S. District Court*
Street and Apt. No., or PO Box No. *P.O. Box 1400*
City, State, ZIP+4® *Danville, VA 24543*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1070 0000 3531 4030

CERTIFIED MAIL



**PRIORITY MAIL®**

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

I USED INTERNATIONALLY, CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

FROM:

Brian D. Hill
310 Forest Street, Apt. 2
Martinsville, VA 24112

**U.S.W.G.O.** *Brian D. Hill Signed*

Say NO To Corruption

TO:

ATTN: Clerk of the Court
U.S. District Court
P.O. Box 1400
Danville, VA 24543

▽ FRAGILE ▽

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.