

U. S. Department of Justice

*United States Attorney*
*Western District of Virginia*

*Rick A. Mountcastle*
*Acting United States Attorney*

*Street Address (overnight mail)*
*310 First Street, SW, Room 906*
*Roanoke, Virginia 24011*

*Mailing Address*
*P. O. Box 1709*
*Roanoke, Virginia 24008*
*Telephone: 540-857-2250*
*Fax: 540-857-2614*

November 30, 2017

To: The Honorable Jackson L. Kiser
Senior United States District Judge

Re: <u>Brian David Hill v. EOUSA and DOJ</u>
Case No. 4:17-cv-00027

Pursuant to the Court's Pretrial Order dated June 9, 2017 (Dkt. No. 11), the government submits this status report, in the form of a letter as instructed.

The Plaintiff filed his First Status Report on November 27, 2017 (Dkt. No. 44) and requested the Court to grant him additional time to "establish and file an Exhibit List and Witness List."

The government does not object to the Plaintiff's request for additional time. However, should the Court grant Plaintiff additional time to establish his Exhibit and Witness Lists, the government respectfully requests that the Court also grant the government the same corresponding amount of time. The government does not request a pretrial conference at this time.

Respectfully submitted, this the 30th day of November, 2017.

RICK A. MOUNTCASTLE
Acting United States Attorney

/s/ Cheryl T. Sloan
Cheryl T. Sloan
NCSB #12557
Special Assistant U.S. Attorney
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
(336)333-5351
cheryl.sloan@usdoj.gov

| | |
|---|---|
| BRIAN DAVID HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR THE )<br>UNITED STATES ATTORNEYS, AND )<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 4:17-CV-00027-JLK |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, I electronically filed the foregoing Status Report with the Clerk of the Court using the ECF system. I further certify that I have mailed by U.S. mail the foregoing Status Report to the following non-ECF participants:

Brian David Hill
310 Forest Street, Apartment 2
Martinsville, VA 24112

Respectfully submitted, this the 30th day of November, 2017.

                                                         RICK A. MOUNTCASTLE
                                                         Acting United States Attorney

                                                         /s/ Cheryl T. Sloan
                                                         Cheryl T. Sloan
                                                         NCSB #12557
                                                         Special Assistant U.S. Attorney
                                                         101 S. Edgeworth St., 4th Floor
                                                         Greensboro, NC 27401
                                                         (336)333-5351
                                                         cheryl.sloan@usdoj.gov