IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRIAN DAVID HILL, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:17-cv-00027 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EXECUTIVE OFFICE FOR UNITED ) | By: Hon. Jackson L. Kiser |
| STATES ATTORNEYS, et al., ) | Senior United States District Judge |
| ) | |
| Defendants. ) | |

Plaintiff has requested an extension of time to file his witness and exhibit lists. (See Pl.'s First Status Report ¶ 3 [ECF No. 44], and Defendants have asked for a similar extension if I grant Plaintiff one. As Plaintiff has filed a Notice of Interlocutory Appeal [ECF No. 33], no action will be taken in this case until the Fourth Circuit's mandate is issued on Plaintiff's appeal. (See Notice of Stay of Mandate [ECF No. 43].

The clerk is directed to forward a copy of this Order to Plaintiff and all counsel of record.

Entered this 30th day of November, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE