UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1866
(4:17-cv-00027-JLK-RSB)

_____

BRIAN DAVID HILL

    Plaintiff - Appellant

v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, EOUSA; UNITED STATES DEPARTMENT OF JUSTICE, U.S. DOJ

    Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Floyd, Judge Harris, and Senior Judge Hamilton.

                For the Court

                /s/ Patricia S. Connor, Clerk