UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRIAN DAVID HILL, | ) |
|     Plaintiff, | ) CASE NO. 4:17-CV-00027-JLK |
| v. | ) |
| EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS, AND UNITED STATES DEPARTMENT OF JUSTICE, | ) |
|     Defendants. | ) |

**UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

NOW COMES the UNITED STATES OF AMERICA, on behalf of the DEPARTMENT OF JUSTICE (DOJ), and its sub-component, the EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS (EOUSA), or (collectively referred to as "Defendants"), through Rick A. Mountcastle, the Acting United States Attorney for the Western District of Virginia, and hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure because the Defendants have fulfilled their disclosure obligations in response to Plaintiff's request for records under the Freedom of Information Act (FOIA). The grounds for this motion are set forth in the accompanying Memorandum in Support of the United States' Motion for Summary Judgment.

This the 22nd day of December, 2017.

                Respectfully submitted,

                RICK A. MOUNTCASTLE
                Acting United States Attorney

                /s/ Cheryl T. Sloan
                Cheryl T. Sloan
                NCSB #12557
                Special Assistant U.S. Attorney
                Western District of Virginia
                101 S. Edgeworth St., 4th Floor
                Greensboro, NC 27401
                (336)333-5351
                cheryl.sloan@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRIAN DAVID HILL, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 4:17-CV-00027-JLK |
| | ) |
| v. | ) |
| | ) |
| EXECUTIVE OFFICE FOR THE | ) |
| UNITED STATES ATTORNEYS, AND | ) |
| UNITED STATES DEPARTMENT OF | ) |
| JUSTICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **CERTIFICATION OF SERVICE**

I hereby certify that on December 22, 2017, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the ECF system.

I further certify that I have mailed by U.S. mail the Motion for Summary Judgment to the following non-ECF participants:

Brian David Hill
310 Forest Street, Apartment 2
Martinsville, VA 24112

                                                      RICK A. MOUNTCASTLE
                                                      Acting United States Attorney

                                                      /s/ Cheryl T. Sloan
                                                      Cheryl T. Sloan
                                                      NCSB #12557
                                                      Special Assistant U.S. Attorney
                                                      101 S. Edgeworth St., 4th Floor
                                                      Greensboro, NC 27401
                                                      (336)333-5351
                                                      Cheryl.Sloan@usdoj.gov