*Hill v. EOUSA and U.S. Department of Justice*,
*Case No.: 4:17-cv-00027 (W.D.VA.)*

| BATES NUMBER | DESCRIPTION | EXEMPTION |
|---|---|---|
| 00001 - 00003 | Mayodan Police Department Incident/Investigation Report<br><br>Redacted the names of witnesses, and names and telephone numbers of Mayodan law enforcement officers. | Released in Part<br><br>(b)(6) and (b)(7)(C) – Privacy<br><br>Exemption (b)(6) and (b)(7)(C) are asserted to protects the names and telephone numbers of witnesses and law enforcement officers.<br><br>There is no public interest that outweighs the privacy interest identified here. Disclosure of the information would not reveal the operations or activities of the federal government but instead would expose the witnesses and law enforcement personnel to possible harassment and an unwarranted invasion of their personal privacy. |
| 00004 - 00016 | Case Supplemental Report<br><br>Redacted the names of witnesses and information related to the witnesses' statements; redacted names of Mayodan law enforcement and State Assistant District Attorney; redacted information related to the State Assistant District Attorney and law | Released in Part<br><br>(b)(6) and (b)(7)(C) – Privacy<br><br>Exemption (b)(6) and (b)(7)(C) are asserted to protects the names of uncharged individuals, State Assistant District Attorney, law enforcement personnel and conversation related to the legal and investigative strategies.<br><br>There is no public interest that outweighs the privacy interest identified here. Disclosure of the information would not reveal the operations or activities of the federal government but instead would expose the individuals to possible harassment and an unwarranted invasion of their personal privacy. |

**Attachment 1**

*Hill v. EOUSA and U.S. Department of Justice,*
*Case No.: 4:17-cv-00027 (W.D.VA.)*

| BATES NUMBER | DESCRIPTION | EXEMPTION |
|---|---|---|
| | enforcement officers' legal and investigative strategies related to plaintiff criminal case. | |
| 00017 - 00021 | Receipt of Evidence and/or Property<br><br>Redacted the names of Mayodan law enforcement officers. | Released in Part<br><br>(b)(6) and (b)(7)(C) – Privacy<br><br>Exemption (b)(6) and (b)(7)(C) are asserted to protects the names of law enforcement personnel.<br><br>There is no public interest that outweighs the privacy interest identified here. Disclosure of the information would not reveal the operations or activities of the federal government but instead would expose the law enforcement personnel to possible harassment and an unwarranted invasion of their personal privacy. |
| 00022 | Property and Evidence Voucher<br><br>Redacted the names of Mayodan law enforcement officers. | Released in Part<br><br>(b)(6) and (b)(7)(C) – Privacy<br><br>Exemption (b)(6) and (b)(7)(C) are asserted to protects the names of law enforcement personnel.<br><br>There is no public interest that outweighs the privacy interest identified here. Disclosure of the information would not reveal the operations or activities of the federal government but instead would expose the law enforcement |

Case 4:17-cv-00027-JLK-RSB   Document 49-2   Filed 12/22/17   Page 2 of 3   Pageid#: 832

*Hill v. EOUSA and U.S. Department of Justice,*
*Case No.: 4:17-cv-00027 (W.D.VA.)*

| BATES NUMBER | DESCRIPTION | EXEMPTION |
|---|---|---|
| | | personnel to possible harassment and an unwarranted invasion of their personal privacy. |
| 00023 - 00025 | Mayodan Police Department – Voluntary Statement<br><br>Redacted the names of Mayodan law enforcement officers.   . | Released in Part<br><br>(b)(6) and (b)(7)(C) – Privacy<br><br>Exemption (b)(6) and (b)(7)(C) are asserted to protects the names of law enforcement personnel.<br><br>There is no public interest that outweighs the privacy interest identified here. Disclosure of the information would not reveal the operations or activities of the federal government but instead would expose the law enforcement personnel to possible harassment and an unwarranted invasion of their personal privacy. |
| 00026 | Mayodan Police Department Interview/Miranda Warning Form<br><br>Redacted the names of Mayodan law enforcement officers. | Released in Part<br><br>(b)(6) and (b)(7)(C) – Privacy<br><br>Exemption (b)(6) and (b)(7)(C) are asserted to protects the names of law enforcement personnel.<br><br>There is no public interest that outweighs the privacy interest identified here. Disclosure of the information would not reveal the operations or activities of the federal government but instead would expose the law enforcement personnel to possible harassment and an unwarranted invasion of their personal privacy. |

Case 4:17-cv-00027-JLK-RSB   Document 49-2   Filed 12/22/17   Page 3 of 3   Pageid#: 833