

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*

*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

August 15, 2016

Brian D. Hill
310 Forest St., Apt. 2
Martinsville, Virginia 24112

    Re: Request Number: FOIA-2016-03570
    Date of Receipt: July 25, 2016
    Subject of Request: Self (Hill) Middle District of North Carolina

Dear Mr. Hill:

    The purpose of this letter is to acknowledge receipt of your Freedom of Information Act/Privacy Act request dated **July 25, 2016** and received in the Executive Office for United States Attorneys (EOUSA) on July 25, 2016. You requested specific records concerning yourself. Your request has been assigned Tracking Number FOIA-2016-03570.

    For your information, EOUSA assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. As an estimate, the likely median response time for simple requests is approximately 30 business days, whereas complex requests necessarily take longer. At this time, your request has been assigned to the Complex track.

    Please be advised that there may be certain costs associated with processing your request. Consequently, you may be responsible for paying those costs, unless you have requested and been granted a waiver or reduction in fees. In most instances, the first 100 pages to duplicate and the first two hours to search for records responsive to your request, will be provided to you free of charge. Thereafter, search and review fees by professional personnel are charged at $40 per hour and duplication fees are assessed at five cents per page.

    Requests that are specific, concrete and of limited scope (in time and/or subject matter) generally enable us to respond to you more quickly and possibly assess less fees. You may decide to limit or reduce the estimated fees, or obtain a quicker response, by modifying your request in one or more ways specified in the attachment to this letter. If after making those allowances we determine that the cost to process your request will amount to more than $25.00, we will notify you in writing at a later date.

If you have any questions regarding any aspect of your case, you may contact EOUSA by telephone or in writing using the contact information listed above. Please refer to your assigned tracking number, should you contact EOUSA seeking information about your request.

Sincerely,

Thomas D. Anderson
Acting Assistant Director

Attachment

Form No. 001 - 6/12

Case 4:17-cv-00027-JLK-RSB   Document 49-4   Filed 12/22/17   Page 2 of 3   Pageid#: 838

**THIS IS NOT A BILL.  DO NOT SEND MONEY**

Brian D. Hill    FOIA-2016-03570

**CHOOSE ONE**

____ Please do not search any longer.  I understand that I am entitled to the first 100 pages free.  Please do not search beyond two hours, nor duplicate beyond 100 pages.

____I wish to withdraw my request.

____I wish to modify my request in an attempt to reduce fees or to obtain a quicker response, as follows:

_____

_____

_____

_____

_____

____I agree to pay up to the following amount for search time:  $_____
**I understand that this payment is required even if no documents are located or released to me**.  In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_____         _____
Signature                                Date

Please return to:

EOUSA
FOIA/PA
600 E Street, N.W., Room 7300
Washington, DC 20530

3