U.S. Department of Justice
Executive Office for United States Attorneys
FOIA/DC

600 E. St., NW
Rm. 7300 BICN
Washington D.C. 20530

Official Business

SEP 0 1 2016
Vexut

Brian Hill
16-03570

X-RAYED
AUG 29 2016
DOJ MAILROOM

```
NIXIE      274 DC 1           0008/20/16
           RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 20530              *2931-03953-15-46
```