UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1866
(4:17-cv-00027-JLK-RSB)
_____

BRIAN DAVID HILL

   Plaintiff - Appellant

v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, EOUSA; UNITED STATES DEPARTMENT OF JUSTICE, U.S. DOJ

   Defendants - Appellees

_____

M A N D A T E
_____

  The judgment of this court, entered October 19, 2017, takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                 */s/Patricia S. Connor, Clerk*