# EXHIBIT 4

**For Federal civil complaint/filing
-- PLAINTFF'S BRIEF / MEMORANDUM IN
OPPOSITION TO
"MOTION for Summary Judgment by
Executive Office for United States Attorneys,
United States Department Of Justice."
(Documents #49, and #48) -- OPPOSING
BRIEF IN OPPOSITION TO THE
GOVERNMENT'S/DEFENDANTS'/MOVANT'S
MOTION AND BRIEF/MEMORANDUM UNDER
DOCUMENTS #49 AND #48" --
Brian David Hill v. Executive Office
for United States Attorneys (EOUSA),
United States Department of Justice
(U.S. DOJ)**

## Civil Case Number 4:17-cv-00027



*Mayodan Police Department*  OCA: **201200287**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/CLEARED*   **Case Mng Status:** *CLEARED BY ARREST BY*   **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

---

**Investigator:** *BRIM, C. T. (374)*   **Date / Time:** *08/29/2012 10:00:00, Wednesday*

**Supervisor:** *BRIM, C. T. (374)*   **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:** *Brim, C T*
*101 North 3rd Avenue, Mayodan*
*336-548-6038*

**Reference:** *Investigative Progress*

---

On Wednesday, August 29, 2012 at 1000 hours, Detective Robert Bridge and I interviewed Roberta Ruth Hill and Brian David Hill at the Mayodan Police Department. Roberta's statement was typed and signed. A full audio copy and a typed, signed statement was given by Brian Hill.

Case 4:17-cv-00027-JLK-RSB   Document 53-4   Filed 01/03/18   Page 2 of 2   Pageid#: 979