# EXHIBIT 5

**For Federal civil complaint/filing
-- PLAINTFF'S BRIEF / MEMORANDUM IN OPPOSITION TO
"MOTION for Summary Judgment by Executive Office for United States Attorneys, United States Department Of Justice."
(Documents #49, and #48) -- OPPOSING BRIEF IN OPPOSITION TO THE GOVERNMENT'S/DEFENDANTS'/MOVANT'S MOTION AND BRIEF/MEMORANDUM UNDER DOCUMENTS #49 AND #48" --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)**

**Civil Case Number 4:17-cv-00027**



*Mayodan Police Department*                                           OCA: **201200287**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *FURTHER INVESTIGATION*    Case Mng Status: *ACTIVE*              Occured: *08/22/2012*

Offense: *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

| | | |
|---|---|---|
| Investigator: | ███████ (B)(6) | Date / Time: *08/29/2012 10:00:00, Wednesday* |
| Supervisor: | (B)(7)(c) | Supervisor Review Date / Time: *NOT REVIEWED* |
| Contact: | (B)(7)(d) | Reference: *Investigative Progress* |
| | *101 North 3rd Avenue, Mayodan* | |

On Wednesday, August 29, 2012 at 1000 hours, ████████████████ interviewed Roberta Ruth Hill and Brian David Hill at the Mayodan Police Department. Roberta`s statement was typed and signed. A full audio copy and a typed, signed statement was given by Brian Hill.