CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 4 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRIAN DAVID HILL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00027 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, et al., | ) ) | By: Hon. Jackson L. Kiser     Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

Plaintiff's Motion to Redact his Social Security Number [ECF No. 52] is hereby **GRANTED**. ECF entries 49-3, 49-6, and 49-7 are hereby **STRICKEN** and Defendants are instructed to re-file those exhibits in accordance with Federal Rule of Civil Procedure 5.2 and Local Rule 8.

The clerk is directed to forward a copy of this Order to all counsel and to Plaintiff, and is further instructed to strike ECF Nos. 49-3, 49-6, and 49-7 from the docket.

Entered this 4th day of January, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

- 1 -