

U. S. Department of Justice

*United States Attorney*
*Western District of Virginia*

*Rick A. Mountcastle*
*Acting United States Attorney*

*Street Address (overnight mail)*
*310 First Street, SW, Room 906*
*Roanoke, Virginia 24011*

*Mailing Address*
*P. O. Box 1709*
*Roanoke, Virginia 24008*
*Telephone: 540-857-2250*
*Fax: 540-857-2614*

January 4, 2018

To: The Honorable Jackson L. Kiser
Senior United States District Judge

Re: <u>Brian David Hill v. EOUSA and DOJ</u>
Case No. 4:17-cv-00027

Pursuant to the Court's Order dated January 4, 2018, (Dkt. No. 54), the government submits the following Amended Redacted Exhibits as instructed.

Government Exhibit A – Attachment 2
Government Exhibit A – Attachment 5
Government Exhibit A – Attachment 6

Due to clerical error, the redactions were inadvertently missed. While the United States is sympathetic to Plaintiff's stated frustrations with the filing of said unredacted documents, there was no purposeful intent to file unredacted copies of these documents.

Respectfully submitted, this the 4th day of January, 2018.

RICK A. MOUNTCASTLE
Acting United States Attorney

 /s/ Cheryl T. Sloan
Cheryl T. Sloan
NCSB #12557
Special Assistant U.S. Attorney
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
(336)333-5351
cheryl.sloan@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRIAN DAVID HILL, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 4:17-CV-00027-JLK |
| | ) |
| v. | ) |
| | ) |
| EXECUTIVE OFFICE FOR THE | ) |
| UNITED STATES ATTORNEYS, AND | ) |
| UNITED STATES DEPARTMENT OF | ) |
| JUSTICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, I electronically filed the foregoing Letter and Amended Exhibits were filed with the Clerk of the Court using the ECF system. I further certify that I have mailed by U.S. mail the foregoing documents to the following non-ECF participants:

Brian David Hill
310 Forest Street, Apartment 2
Martinsville, VA 24112

RICK A. MOUNTCASTLE
Acting United States Attorney

 /s/ Cheryl T. Sloan
Cheryl T. Sloan
NCSB #12557
Special Assistant U.S. Attorney
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
(336)333-5351
cheryl.sloan@usdoj.gov