# Amended GE A – Attachment 6
# (Redacted)

Transmitted with Venta Fax & Voice software - http://www.ventafax.com

9/7/2016   4:31:03 PM   From: Brian David Hill   Fax ID: 276-790-3505   Page 1/2
Attn.: FOIA/Privacy Office   To: U.S. Dept. of Justice, Executive Office for US Attorneys

Page 1/2 - Response to FOIA Request to Exe. Office for U.S. Attorneys - 09/07/2016

# Response to FOIA Request to Executive Office for United States Attorneys – Re: FOIA-2016-03570

## Wednesday, September 7, 2016 - 04:21 PM

| Thomas D. Anderson, Acting Assistant Director | Room 7300, 600 E. Street, N.W. |
| FOIA/Privacy Unit | Washington, DC 20530-0001 |
| Executive Office for United States Attorneys | Phone: (202) 252-6020 |
| U.S. Department of Justice | Faxed to: (202) 252-6047 |

Dear Thomas D. Anderson,

Pursuant to Title 5 U.S.C. § 552, Freedom of Information Act, I am filing an additional Statement of Release in attachment to this response Pro Se, as a respectful individual in his individual capacity, in requesting a small number of specific records, if such records exist and can be located.

I am filing an additional Statement of Release under Declaration, in support of my FOIA Request formally requested on July 25, 2016. I have received your August 15, 2016 letter, in an envelope on September 3, 2016 as when delivered by the U.S. Postal Service. The Statement of Release is in support of my FOIA Request under FOIA #FOIA-2016-03570.

The Statement of Release is in support of my FOIA Request on any records pertaining to myself and concern myself.

I like to receive a written response after successfully receiving and processing this FOIA Request response. I request a written response from the FOIA Acting Assistant Director upon successful receipt of this letter and attached "Declaration(Statement under Penalty of Perjury): Release Statement."

Brian D. Hill
Signed
U.S.W.G.O.

Thank You & Sincerely,
Brian D. Hill
Former news reporter & Founder of USWGO Alternative News
Home Phone #: (276) 790-3505
310 Forest Street, Apt. 2. Martinsville, VA 24112

In support of my FOIA request under U.S. Privacy Act.

RECEIPT CONFIRMATION REQUESTED



Page 2/2 - Response to FOIA Request to Exe. Office for U.S. Attorneys - 09/07/2016

# (Attachment to 1-page Letter)
# Declaration(Statement under Penalty of Perjury):
## --Release Statement--
## --Statement of Release--
### Declaration authorized by Title 28 U.S.C. § 1746

I declare that I am Brian David Hill, that I am currently a U.S. Citizen, and that I am born on ▮▮▮ ▮▮ ▮▮▮. My SS# is ▮▮▮▮▮▮▮▮.

I am requesting records on myself and concerning myself. I am the person that is seeking the records concerning myself.

I grant myself permission to request records that contain personal and confidential information on myself. I live off of my SSI disability and I do not work a job. So I live off of a limited income. I am disabled.

At around January 2012, to August, 2012, I have been a resident of 413 North 2nd avenue, in Mayodan, North Carolina 27027. Around that time-frame my phone number had been (336) 510-7972. Any records pertaining to myself at that time, would include my old residence in Mayodan, North Carolina. After I had been traumatized by Mayodan Police concerning an investigation they had conducted, I still technically had lived at 413 North Second Avenue until the rental contract (as apart of the HUD public assistance program) had ran out. I was so afraid of Mayodan Police, I left Mayodan around August 29, 2012, and stayed over at my grandmother's apartment complex at 916 Chalmers St., Apt. D, Martinsville, VA 24112. I had made false admissions of guilt at Wake Forest Hospital. After my mother and grandparents moved my stuff out of 413 N. 2nd ave, Mayodan, NC, we had officially moved out of me and my mother's residence in 2012.

So from January, 2012, to August, 2012, 413 North 2nd Avenue had been my residence. So all records requested under FOIA concerning myself in 2012 and up to August 2012, would include my old address in North Carolina. I also have a N.C. State Identification card which also proves that as being my address in 2012, then I had filed for a new State Identification card changing to 916 Chalmers St., Apt. D, later in 2012-2013. So all records pertaining to 413 North Second Avenue in Mayodan are of records concerning myself.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 7, 2016.

*Brian D. Hill*
Signed

Signed
Brian David Hill(Pro Se)
310 Forest St., Apt. 2
Martinsville, VA 24112
Phone #: (276)790-3505