# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **BRIAN DAVID HILL** | **NOTICE** |
| v. | **CASE NO.: 4:17-cv-00027** |
| **EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, ET AL** | |

**TYPE OF CASE:**

    **X** CIVIL          CRIMINAL

**X**    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**PLACE:**

**U. S. DISTRICT COURT**
**700 Main Street**                **DATE: January 30, 2018**
**Danville, Virginia 24541**       **TIME: 10:00 a.m.**

**TYPE OF PROCEEDING:**

**MOTION HEARING**


                                       **JULIA C. DUDLEY, CLERK**

DATE: January 4, 2018            By:    s/H. McDonald
                                                    Deputy in Charge/Courtroom Deputy

To:    Brian David Hill, Pro Se Plaintiff
         Cheryl T. Sloan, Esq.
         Court Reporter Coordinator
         Jackson L. Kiser, Senior U. S. District Judge