# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

**BRIAN DAVID HILL**            **NOTICE**

    v.            **CASE NO.: 4:17-cv-00027**

**EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, ET AL**

---

**TYPE OF CASE:**

    **X**   CIVIL            CRIMINAL

---

**X**    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**PLACE:**

**U. S. DISTRICT COURT**
**700 Main Street**            **DATE: March 12, 2018**
**Danville, Virginia 24541**            **TIME: 9:30 a.m.**

---

**TYPE OF PROCEEDING:**

**BENCH TRIAL – SET FOR THREE DAYS**

---

           **JULIA C. DUDLEY, CLERK**

DATE: January 4, 2018            By:    s/H. McDonald
           Deputy in Charge/Courtroom Deputy

To:    Brian David Hill, Pro Se Plaintiff
       Cheryl T. Sloan, Esq.
       Court Reporter Coordinator
       Jackson L. Kiser, Senior U. S. District Judge