CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 5 2018

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

| | | |
|---|---|---|
| BRIAN DAVID HILL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00027 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED | ) | By: Hon. Jackson L. Kiser |
| STATES ATTORNEYS, et al., | ) | Senior United States District Judge |
| | ) | |
| Defendants. | ) | |

Following receipt of the mandate from the Court of Appeals for the Fourth Circuit, this matter is now ripe for consideration on the merits.

This matter is currently set for a bench trial on January 29–31, 2018. Given the delay caused by proceedings at the Court of Appeals, the trial is hereby **CONTINUED** until **March 12–14, 2018**. All deadlines are adjusted accordingly. (See, e.g., Pretrial Order ¶ 10, June 9, 2017 [ECF No. 11].)

Regarding Plaintiff's First Status Report, Plaintiff is admonished that threatening the government's counsel will not be tolerated, and his failure to comport himself appropriately before this court and in his filings can result in a charge of contempt. (See Pl.'s First Status Report ¶ 4, Nov. 27, 2017 [ECF No. 44] ("Plaintiff will ask that the next U.S. Attorney investigate and prosecute . . . Cheryl Thornton Sloan for obstruction of justice . . . ."). Plaintiff is also advised that this case does not concern his claim of "actual innocence." Rather, his Complaint is confined to whether Defendants complied with the federal Freedom of Information Act.

- 1 -

Defendants' Motion for Summary Judgment [ECF No. 48] will be heard on **Tuesday, January 30, 2018, at 10:00 a.m.**

The clerk is directed to forward a copy of this Order to all counsel and to Plaintiff.

ENTERED this 5th day of January, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE