# EXHIBIT 1

For Federal civil complaint/filing
-- PLAINTFF'S MOTION/NOTICE OF WAIVING RIGHT TO "MOTION HEARING" UNDER DOCUMENT #59, REQUESTING STAY OF PROCEEDING, OR IN ALTERNATIVE REQUEST COUNSEL TO REPRESENT PLAINTIFF -- MOTION/NOTICE AND BRIEF / MEMORANDUM IN SUPPORT OF THIS NOTICE --
Brian David Hill v. Executive Office for United States Attorneys (EOUSA), United States Department of Justice (U.S. DOJ)

Civil Case Number 4:17-cv-00027





# Preston Page LCSW, LSATP

29 Jones Street
Martinsville, VA 24112
www.ePageWorks.com

Telephone: 276-734-9870
Fax: 276-403-4285
Email: Preston@ePageWorks.com

## Client Status Report

Date: July 18, 2017
Re; Brian David Hill DOB 05-26-1990

I have seen the above named client, Brian David Hill, for about two years. Among the issues we deal with is Autism Spectrum. While he is intelligent and can understand and prepare complex documents his ability to present and support those documents are is very low.

I therefore recommend he not be allowed to represent himself in court.

Preston Page LCSW, LSATP
Counselor, Licensed Clinical Social Worker

Counseling Adults, Adolescents, and Seniors



# Preston Page LCSW, LSATP

29 Jones Street
Martinsville, VA 24112
www.ePageWorks.com

Telephone: 276-734-9870
Fax: 276-403-4285
Email: Preston@ePageWorks.com

## Client Status Report

Date: July 18, 2017
Re; Brian David Hill DOB 05-26-1990

I have seen the above named client, Brian David Hill, for about two years. Among the issues we deal with is Autism Spectrum. While he is intelligent and can understand and prepare complex documents his ability to present and support those documents are is very low.

I therefore recommend he not be allowed to represent himself in court.

Preston Page LCSW, LSATP
Counselor, Licensed Clinical Social Worker

Counseling Adults, Adolescents, and Seniors