CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 6 2018

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRIGINIA
DANVILLE DIVISION

BRIAN DAVID HILL,               )
                                )
            Plaintiff,          )        Case No. 4:17-cv-00027
                                )
v.                              )        **ORDER**
                                )
EXECUTIVE OFFICE FOR THE UNITED )        By: Hon. Jackson L. Kiser
STATES ATTORNEYS and UNITED     )            Senior United States District Judge
STATES DEPARTMENT OF JUSTICE,   )
                                )
            Defendants.         )

Plaintiff Brian David Hill challenges Defendants', the Executive Office for the United States Attorneys and the Department of Justice, response to his Freedom of Information Act request. Defendants have filed a motion for summary judgment which has been fully briefed by the parties. Both parties consented to a decision on the briefs and without oral argument. I have reviewed the evidence, argument, and applicable law; the matter is now ripe for disposition. For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment [ECF No. 48] is hereby **GRANTED**. Plaintiff's "Request to Stay Proceeding, or in the alternative Request Counsel to Represent Plaintiff" [ECF No. 61] is **DENIED**. (See Order, July 6, 2017 [ECF No. 25] (denying Plaintiff's request to have the court appoint counsel to represent him *pro bono*); Order, June 20, 2016 [ECF No. 16] (same).)

The clerk is directed to forward a copy of this Order and accompanying Memorandum Opinion to Plaintiff and all counsel of record, to close this case and remove it from the active docket of this court.

**ENTERED** this 6th day of February, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE