CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 08 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

In the United States District Court

For the Western District of Virginia

Danville Division

Brian David Hill
Plaintiff(s)

v.

Executive Office for United States Attorneys (EOUSA)
&
United States Department of Justice (U.S. DOJ)
Defendant(s)

Civil Action No. 4:17-cv-00027

## NOTICE OF APPEAL

Notice is hereby given that Brian David Hill ("Plaintiff") of Brian David Hill v. Executive Office for United States Attorneys (EOUSA) and United States Department of Justice (U.S. DOJ)' in the above named case,* hereby appeal to the United States Court of Appeals for the 4th Circuit from the final Order under Document #64 (Memorandum Opinion under Document #63) entered in this action on the 6th day of February, 2018.

Plaintiff respectfully files this NOTICE OF APPEAL with the Court, this the 7th day of February, 2018.

* See Rule 3(c) for permissible ways of identifying appellants.

Plaintiff requests with the Court that a copy of this PLAINTFF'S NOTICE OF APPEAL be served upon the Government as stated in **28 U.S.C. §1915(d)**, that "**The officers of the court shall issue**

1

and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases. Plaintiff requests that copies be served with the defendants' and the U.S. Attorney office of Roanoke, VA and AUSA Cheryl T. Sloan via CM/ECF Notice of Electronic Filing ("NEF") email. Thank You!

| Date of signing:<br>February 7, 2018 | Respectfully submitted,<br>Brian D. Hill<br>Signed<br>Brian D. Hill (Pro Se)<br>310 Forest Street, Apartment 2<br>Martinsville, VA 24112<br>Phone #: (276) 790-3505<br>U.S.W.G.O. |
|---|---|

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on February 7, 2018, service was made by mailing the original of the foregoing

PLAINTIFF'S NOTICE OF APPEAL

by deposit in the United States Post Office, Postage prepaid under certified mail tracking no. 7017-1070-0000-3531-7383, addressed to the Clerk of the Court in the U.S. District Court, for the Western District of Virginia, Danville division (P.O. Box 1400, Danville, Virginia 24543), and a copy of such filing under certified mail tracking no. 7017-1070-0000-3531-7376, as well to the Clerk of the Court in the U.S. Court of Appeals, 4th Circuit at 1100 East Main Street, Suite 501, Richmond, VA 23219. Then Plaintiff requests that the Clerk of the Court shall have electronically filed the foregoing PLAINTFF'S NOTICE OF APPEAL using the CM/ECF system which will send notification of such filing to the following parties:

Cheryl Thornton Sloan
U.S. Attorney Office

2

Counsel representing Defendants' in Civil Case # 4:17-cv-00027
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
cheryl.sloan@usdoj.gov

This is pursuant to Plaintiff's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases..."the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing: | Respectfully submitted, |
|---|---|
| February 7, 2018 | *Brian D Hill* Signed  -Signed <br> Brian D. Hill (Pro Se) <br> 310 Forest Street, Apartment 2 <br> Martinsville, VA 24112 <br> Phone #: (276) 790-3505 <br> **U.S.W.G.O.** |

3