**USWGO**
Brian D. Hill (USWGO)
310 Forest St., Apt. 2
Martinsville, VA 24112

*Brian D. Hill*
Signed

ATTN: Clerk of the Court
U.S. District Court
P.O. Box 1400
Danville, Virginia 24543