# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-1160
(4:17-cv-00027-JLK-RSB)

_____

BRIAN DAVID HILL

> Plaintiff - Appellant

v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, EOUSA;
UNITED STATES DEPARTMENT OF JUSTICE, U.S. DOJ

> Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Danville |
| Originating Case Number | 4:17-cv-00027-JLK-RSB |
| Date notice of appeal filed in originating court: | 02/08/2018 |
| Appellant (s) | Brian Hill |
| Appellate Case Number | 18-1160 |
| Case Manager | Anisha Walker 804-916-2704 |