UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1160
(4:17-cv-00027-JLK-RSB)
_____

BRIAN DAVID HILL

    Plaintiff - Appellant

v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, EOUSA; UNITED STATES DEPARTMENT OF JUSTICE, U.S. DOJ

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 07/24/2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*